FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ~~THE CONSTITUTION FOR THE~~ ~~united States of America~~

2017 FEB 15 2·24

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

### for the

MICHAE WAYNE PARSONS, A LIVE MAN,
AMBASSADOR, TSILHQOT'IN NATION
TRIBAL MEMBER, ASSOCIATE CHIEF JUSTICE
UNIVERSAL SUPREME COURT, TSILHQOT'IN
UNDER DURESS WITHOUT PREJUDICE

*Petitioner*

v.

FURNAS COUNTY JUDGE ANNE PAINE,
PHELPS COUNTY JAIL LT, PENNY GREGG,
SHERIFF, FURNAS COUNTY NEB, KURT KAPPERMAN
TIPTON COUNTY JUDGE JOSEPH H. WALKER III

*Respondent*

(name of warden or authorized person having custody of petitioner)

Case No. 8:17 CV 44
(Supplied by Clerk of Court)

OFFICE OF THE CLERK

2017 FEB 15 PM 2:24

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name: Michael Wayne Parsons
    (b) Other names you have used: Mike Parsons

2.  Place of confinement:
    (a) Name of institution: PHELPS COUNTY NEBRASKA JAIL
    (b) Address: 715 5TH AVENUE, STE #20
    HOLDREGE, NEBRASKA 68949
    (c) Your identification number:

3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☐ State authorities    ☑ Other - explain:

    ILLEGAL WARRANT FOR THE MICHAEL PARSONS TRUST/CORPORATION WHICH I HAVE NO OBLIGATION TO,

4.  Are you currently: RENDERING WARRANT VOID FOR LACK OF JURISDICTION OF ME AS A LIVE MAN AND AMBASSADOR OF THE TSILHQOT'IN NATION,
    ☑ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you:

    (b) Docket number of criminal case:

    (c) Date of sentencing:

    ☐ Being held on an immigration charge

    ☑ Other (explain): THE TIPTON COUNTY CIRCUIT COURT AND FURNAS AND PHELPS COUNTY LACK JURISDICTION
    AS THERE IS NO CONTRACT WITH ME THE LIVE MAN Michael Wayne Parsons, I HAVE DIPLOMATIC
    IMMUNITY FROM PROSECUTION ARREST OR DETENTION VIA THE VIENNA CONVENTION ON
    DIPLOMATIC RELATIONS. I AM NOT A U.S. CITIZEN, I AM TSILHQOT'IN AMBASSADOR
    AND ASSOCIATE CHIEF JUSTICE OF THE UNIVERSAL SUPREME COURT OF THE TSILHQOT'IN.

Page 2 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition: JUNS DICTION , DIPL-MATE IMMUNITY, NO CONTRACT, NOTA U.S. CITIZEN

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention RESPONDENT(S) DETAINING AND PRESECUTING ME WITH OUT JURISDICTION.

☐ Immigration detention

☑ Detainer RESPONDANT(S) LAUC JURNDICTION TO DETAIN ME, I HAVE DIPLOMATIC IMMUNITY NO CONTRAOT.

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: UNLAWFULLY ARRESTED AND DETAILED BY FURNAS COUNTY NEBRASKA SHYRIFF KAPPERMAN, UNLAW FULL WARRANT ISSUED BY TIPTON COUNTY JUDGE WALKER.

(b) Docket number, case number, or opinion number: CR17-8 FURNAS COUNTY / 8617 TIPTON COUNTY

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

UNLAWFUL ARRST, DETENTION, PROSPUTION, UN LAW FUL WARRANT.

_____

_____

(d) Date of the decision or action: ARRESTED 01/12/2017, WHARRANT ISSUED 01/10/2017

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ORDER FOR RELEASE SERVED UPON FURNAS COUNTY COURT

(2) Date of filing: 01/13/2017

(3) Docket number, case number, or opinion number: CR17-8

(4) Result: NO RESPONSE.

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

[empty line]

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes       ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:    FURNAS COUNTY COURT JUDGE
SAID THIS WAS ISSUE TO BE ADDRESSED VIA HABEAS CORPUS IN FEDERAL COURT

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes       ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

FEB. 5. 2017 2:05PM    PHELPS CO CORRECTIONS    NO. 284    P. 4

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No  NOT APPLICABLE

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your

conviction or sentence:     I HAVE NOT BEEN CONVICTED BY, NOR SERVING A

SENTENCE UNDER A JUDGEMENT AGAINST ME IN FEDERAL COURT.

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes              ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody:

(b)     Date of the removal or reinstatement order:

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                        ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                        ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

## 12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

" LACK OF JURISDICTION."

**GROUND ONE:** STATE OF TENHESSEE TIPTON COUNTY TENNESSEE, FURNAS COUNTY AND PHELPS COUNTY ARE CORPORATIONS ONLY POSING AS GOVERNMENT, I AM A LIVE MAN WHO IS UNDER ANY CONTRACT REQUIRING PERFORMANCE WITH THOSE CORPORATE ENTITIES. BOYD VS. UNITED STATES, 529 US 334-2000, I DO NOT ENGAGE IN COMMERCE WITH ANY CORPORATIONS POSING AS GOVERNMENT. I AM NOT A U.S. CITIZEN, CLEARFIELD DOCTRIN VIOLATION,

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

SEE ATTACHED [illegible] LISTING STATE OF
TENNESSEE, STATE OF NEBRASKA, TIPTON COUNTY, FURNAS COUNTY AS CORPORATIONS,

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

                    "LACK OF JURIS DICTI~N"  VIENNA CONVENTION ON DIPLOMATIC RELATIONS
                                            (ART (CLE 39.1)
GROUND TWO: I AM AN AMBASSADOR OF THE TSILHQOTIN NATION, COUNTRY OF CHILCOTIN,
AND HAVE DIPLOMATIC IMMUNITY VIA THE VIENNA CONVENTION ON DIPLOMATIC
RELATIONS. I HAVE CONFIRMATION OF MY A-1 VISA FOR AMBASSADORS/PUBLIC
MINISTERS BY THE U.S. DEPARTMENT OF STATE. (NONIMMIGRANT APPLICATION 160 DS-)

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

ACCORDING T THE VIENNA CONVENTION ON DIPLOMATIC RELATIONS, ALL SIGNATORIES OF
THE (VCDR INCLUDING UNITED STATES) MUST RECOGNIZE, AND FEDERAL LAW
MANDATES, [22 USC 254 DIPLOMATIC ACT) RECOGNITION OF AMBASSADORS OF ALL
NATIONS EVEN IF THEY ARE NOT SIGNATORIES OF THE VCDR. I HAVE A SCHEDULED
MEETING AT THE OTTAWA, ONTARIO CANADA OFFICE FOR THE A-1 VISA 7/2/2017
MY APPOINTMENT AS AMBASSADOR/ASSOCIATE JUSTICE/TRIBAL MEMBER ARE
HERS IN ATTACHED, IMMUNITY TO PROSECUTION BY ANY U.S. COURT EXIST FROM MY APPOINTMENT.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☐ No

GROUND THREE: HAVING BEEN EXONERATED OF ALL PRIOR FALSE CONVICTIONS, THESE
CHARGES OF FELON IN POSSESSION ARE RENDERED VOID, INTERNATIONAL LAW OF

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

THE UNIVERSAL SUPREME COURT OF THE TSILHQOT'IN IS AN ABORIGINAL
INTERNATIONAL COURT OF THE SOVEREIGN TSILHQOT'IN NATION, IN 2015,
THE APPEAL OF THE FALSE CONVICTIONS BY TIPTON COUNTY TENNESSEE TO THE
(USCT) RESULTED IN A COMPLETE EXONERATIONS AND OVERTURN IN B OF ALL
OF THOSE CONVICTIONS AND ULTIMATELY THE FALSE CHARGE OF FELON IN POSSION
OF A GUN, TENNESSEE WAS ORDERED TO PAY 5,000 FOR EVERY DAY OF INCARCERATION,
(SEE (USCT) ORDER AND REASONS FOR JUDGEMENT.)

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes          ☐ No

8  P. 8   NO. 284          SNOITCERROC OC SPLEHP   Wd80:2   7102 .5 .BEF

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** AM RPPS FORM, JUDICVL OFFICER, TRIBAL MEMBER OF THE TSILHQOT'IN NATION, COUNTRY OF CHILCOTIN, CHILCOTIN NATIONAL CONGRESS MEMBER.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

THE CONSTITUTION FOR THE united STATES DECLARES THAT JURISDICTION OF ANY ISSUE INVOLVING A STATE AND A FOREIGN NATIONAL AS BEING IN A FEDERAL COURT NOT A STATE COURT, THIS IS A FEDERAL ISSUE BECAUSE I AM A TSILHQOT'IN TRIBAL MEMBER AND AN ASSOCIATE JUSTICE OF THE UNIVERSAL SUPREME COURT OF THE TSILHQOTIN.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: ORDER MY IMMEDIATE RELEASE ALONG WITH ALL OF MY PROPERTY. DISMISS CHARGES,

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under ~~28 U.S.C. § 2241~~  THE CONSTITUTION FoR THE united States of America

**Declaration Under Penalty Of Perjury** ~2/1/2-17

If you are incarcerated, on what date did you place this petition in the prison mail system:

FEBRUARY 01/2017

~2/1/2-17

I declare ~under penalty of perjury~ that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. ~I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.~ 2/1/2017  IT IS UNCLEAR WHO WILL DETERMINE WHAT IS FACTUAL.  2/1/2017

WHOM DEPOST WITHOUT PRETUDICE
AMBASSADOR, ASSOCIATE CHIEF JUSTICE (USCT) CONGRESS
TSILHQOTIN NATION, COUNTRY OF CHILCOTIN, CHILCOTIN NATIONAL ↓

Date:  FEBRUARY 01, 2017

~Signature~ of Petitioner
AUTOGRAPH

'

Signature of Attorney or other authorized person, if any



# LAWFULLY YOURS

## THE PEOPLE'S EMPOWERMENT GUIDE TO OUR CORPORATE-COMMERCIAL LEGAL SYSTEM

### CAUTION ABOUT ATTORNEYS!

Do not expect attorneys to support these facts or strategies. BAR attorneys created our corporate government and they are the ones that misrepresent it, profit from it, and keep it in place. Seeking their advice, counsel or approval is not recommended since, as this guide will demonstrate, they are a monumental part of the problem and an infinitesimal part of the solution.

## Ninth Edition
**October, 2015**

Second Edition addition: sample letter for school superintendent
Third Edition addition: revised APPENDIX C
Fourth Edition addition: Child Protective Services letter & NOTICE and updated APPENDIX B
Fifth Edition addition: added APPENDIX D Contracts
Sixth Edition addition: added Contract checklist for APPENDIX D; added APPENDIX E Affidavits
Seventh Edition: updated letters & notices; added APPENDIX F Citations and Summons
Eighth Edition: added quote of Judge Molloy; additional references, Bond v. US disclaimer, Void for Vagueness clarification, signature restriction
Ninth Edition: updated templates, added Medical Power of Authority (attorney)

*This guide is a compilation of research by volunteers.*
*It was organized and formatted by the AntiCorruption Society.*

*AntiCorruption Society © copyround 2015*
*Permission is granted for redistribution if the content is unaltered*
*and AntiCorruptionSociety.com is acknowledged*

The following, listed alphabetically, contributed to this guide. (This is not to imply that they all have read and approved of the contents in their entirety.)

Barefoot's World.com
Judge Dale, retired
Robert Gilman, Michigan
Teri Hinkle, Georgia
Attorney Karen Hudes, Washington, DC
Paul Kahle, Ohio
Judge John Fitzgerald Molloy, retired
Frank O'Collins, Australia
Attorney Melvin Stamper, author of *Fruit from a Poisonous Tree*
Former Representative James Traficant, Ohio
Jeanette Tripplett, AIB Radio
AL Whitney, AntiCorruptionSociety.com

**Foreword**

The following contains empowering information for all Americans. Since the founding of our country, the 'elite' (and their Robber Baron partners) have fabricated our history, taken control of our economy and altered our form of government and legal system. The whole rather sordid tale is brilliantly exposed in Judge Dale's *The Great American Adventure;* free online at AntiCorruptionSociety.com

This guide contains material authored by Judge Dale, retired, and strategies compiled by others familiar with the commercial (Admiralty) nature of our courts. In it, Judge Dale exposes our legal system - that we were never taught about - and reveals ways we can defend ourselves from our current parasitic corporate-government and injustice system. From Judge Dale, retired:

"The Federal and State Governments are not real. They are privately owned corporations [listed on Dun and Bradstreet] called governments . . . and the law is nothing more than their corporate regulations called statutes."

According to Judge Dale and many others, BAR attorneys have been indoctrinated into believing that we have a lawful system of justice, which we do not. Their job today is to prevent the American people from understanding our reality and to keep us all locked into the legal system BAR attorneys created and were trained to implement. Our current 'legal system' is a fraud that works to their benefit and to our detriment. This truth was confirmed by Karen Hudes, former World Bank Attorney, during an interview. See: *Former World Bank Attorney exposes the bankers and the BAR* on AntiCorruptionSociety.com. Ms Hudes correctly stated that:

"I don't want to believe that all of these lawyers and the American Bar Association are pulling a fast one on everybody like this, but I have no choice - that's the way it is. If that's the way it is, I'd rather admit that's the way it is than sit there being a dupe."

". . . the ABA [American Bar Association] has lost all total credibility and they should apologize to the American people for what it is they have been doing. And they should disband."

The American BAR Association is an offshoot of London Lawyer's Guild and was established by people with invasive monopolistic goals in mind. In 1909 they incorporated this traitorous group in the state of Illinois and had the state legislature (which was under the control of lawyers) pass an unconstitutional law that only members of this powerful union of lawyers, called the American BAR Association, could practice law and hold all the key positions in the making and enforcing of laws.[1] The American people never authorized this group to recreate our legal system or to take over our courthouses. This foreign organization has invaded our country and our court rooms and is wholly responsible for replacing Constitutional law with the Uniform Commercial Code.[2]

Both our government and our courts are playing Chess, while telling the people the game is Checkers. If We The People wish to restore our unalienable birth rights, we need to learn to play Chess. This guide has been compiled to help the American people learn ways to deny consent to their own fleecing and/or enslavement.

AL Whitney, Editor
AntiCorruptionSociety.com

---

**Disclaimer**: Images and footnotes have been added to Judge Dale's original work. They were not authored or approved by him, but provided as adjuncts by the AntiCorruptionSociety.com

---

[1] See: *The Legal Craft*; AntiCorruptionSociety.com; SOURCE DOCUMENTS
[2] See *Who is Running America* - a free download from the homepage of AntiCorruption Society.com

3

# TABLE OF CONTENTS

| | |
|---|---|
| **SECTION 1** - Introduction | 5 |
| Supreme Court Decisions that Expose the Scam | 6 |
| Overview | 7 |
| **SECTION 2** - The Legal Process | 8 |
| THE COURTS | 8 |
| CRIMINAL LAW | 9 |
| CITATIONS | 12 |
| SUMMONS AND LAWSUITS | 12 |
| DIVORCE | 13 |
| FORECLOSURE | 13 |
| **SECTION 3** - How to Defeat Admiralty Courts and "The Law of the See" | 16 |
| **SECTION 4** - Lawful Strategies | 21 |
| Strategy a - Clarify | 21 |
| Strategy b - Inquire | 23 |
| Strategy c - Give Notice | 24 |
| **SECTION 5** - Sample Questionnaires, Letters, & Notices | 26 |
| Sample I: Letter of Inquiry | 26 |
| Sample II: Government-Corporation employee questionnaire | 27 |
| Sample III: Letter of Debt Validation | 29 |
| Vaccination Notice of Non-consent for Physicians and Schools | 30 |
| Sample IV: VACCINATION NOTICE | 31 |
| Sample Letter for School Superintendent | 32 |
| Vaccination Notice of Non-consent for Employers and Colleges | 33 |
| Sample V (a): EMPLOYEE/STUDENT VACCINATION NOTICE (a) | 34 |
| Sample V (b): EMPLOYEE/STUDENT VACCINATION NOTICE (b) | 35 |
| Smart Meter Notice of Non-consent | 36 |
| Sample Smart Meter Letter of non-consent | 37 |
| Sample VI: SMART METER NOTICE | 38 |
| Pocket Card Notices of Non-consent | 39 |
| Sample VII Pocket Card NOTICE of Non-consent | 40 |
| Forced vaccinations or quarantine | 41 |
| Sample VIII: Pocket Card NOTICE of Non-consent Re: Forced Vaccinations and Quarantine | 42 |
| Child Protective Services Notice of Non-consent | 43 |
| Sample Letter to CPS | 44 |
| Sample IX: NOTICE TO   XYZ   COUNTY CHILDREN SERVICES | 45 |
| Medical Power of Authority (attorney) | 46 |
| Sample X: Medical Power of Authority (attorney) | 47 |
| List of available templates | 49 |
| APPENDIX A - Clearfield Trust vs. UNITED STATES | 51 |
| APPENDIX B - Bond vs. UNITED STATES | 53 |
| APPENDIX C - Twelve Presumptions of the Court | 57 |
| APPENDIX D - What is a Contract | 59 |
| APPENDIX E - Properties of an Affidavit | 63 |
| APPENDIX F - Citations and Summons | 67 |

# SECTION 1

## INTRODUCTION

While most of us recognize that lobbyists for major corporations seem to control Washington, few people know that Washington, D.C. is a corporation itself. The so-called 'federal government' is the Mother Corporation of a vast network of state and local governments and governmental 'agencies' that is actually a CORPORATE franchise system. All of these so-called government entities are for profit institutions and are listed on Dun and Bradstreet in their corporate all caps names.

After the Civil War, Congress passed the Reconstruction Act bringing all of the states under the authority of the federal government. Then the Act of 1871 formed a corporation called THE UNITED STATES. The new corporation, owned by foreign interests, moved in and shoved the original Constitution into a dustbin. With the Act of 1871, the organic Constitution was defaced — in effect vandalized and sabotaged — the title was capitalized and the word "for" was changed to "of". The Constitution for the united States became the CONSTITUION OF THE UNITED STATES.

Then, during FDR's administration in the 30's, maritime/Admiralty (statutory) law was introduced into our courts.

The Uniform Commercial Code (UCC) "was originally approved by its sponsors and the American Bar Association in 1952, and was revised in 1958 to incorporate a number of changes that had been recommended by the New York Law Revision Commission and other agencies. Subsequent amendments that were deemed desirable in light of experience under the Code were approved by the Permanent Editorial Board in 1962 and 1966."[3]

By the middle 1960's, every state had passed the UCC into law. The states had no choice but to adopt newly formed **Uniform Commercial Code as the Law of the Land**. Washington D.C. adopted the Uniform Commercial Code in 1963, just six weeks after President John F. Kennedy was killed.

Today all courts (except the Supreme Court) are statutory maritime administrative courts. This change in our legal system was not authorized by the American people. It was created by stealth by the bankers and the BAR. The BAR also instituted what is known as "case law". According to Justice John Molloy, the "case-law system is a constitutional nightmare because it continuously modifies constitutional intent. For lawyers, however, it creates endless business opportunities. That's because case law is technically complicated and requires a lawyer's expertise to guide and move you through the system. The judicial system may begin with enacted laws, but the variations that result from a judge's application of case law all too often changes the ultimate meaning."[4]

The more people who understand what our courts have become, the fewer will hire attorneys. Attorneys are actually trained to implement this parasitic corporate-government system upon the unsuspecting public. That is where their 'expertise' lies, as attorneys Judge Dale[5], Melvin Stamper[6], and Karen Hudes[7] have revealed.

While good people are working to recover a truly representative form of government (Of the people, By the people and For the people), the current corporate-government continues to attack the American population. The UNITED STATES has imprisoned a higher percent of its population than any other country on the planet. As automation and robotization[8] are rapidly advanced, the government corporation has implemented many

---

[3] From *Who's Running America* (pg 21); a free download on AntiCorruptionSoceity.com

[4] Excerpt from article by John Molloy, former superior court judge and author of *The Fraternity - Lawyers and Judges in Collusion*; http://www.tulanelink.com/tulanelink/johnmolloy_box.htm

[5] Author of *The Great American Adventure* and *The Matrix and the US Constitution*. Both works are available as a free download from the home page of www.AntiCorruptionSociety.com

[6] Author of *Fruit from a Poisonous Tree;* available on Amazon

[7] See: AntiCorruptionSociety.com - "Former World Bank Attorney Exposes the Bankers and the Bar"

[8] See *A Robot Will Take Your Job* by economist Paul Craig Roberts; AntiCorruptionSociety.com

programs and technologies designed to control and/or reduce the population. Here are a few examples:

- Chemtrails
- Mandatory unwarranted dangerous vaccines
- Harmful medical care and limited access to natural remedies
- Drinking water contaminated with toxic waste from the fertilizer industry aka water fluoridation
- Monopolization and degradation of food (to include GMOs)
- Endless unjustified wars
- Energy restriction under the false pretense of CO2 global warming
- Wireless communication transmission of harmful electro-magnetic radiation

It is important that we understand our legal system and familiarize ourselves with strategies that have been formulated to restore some accountability while allowing us an alternative to the current *comply or die* (adhesion contracts) corporate system of unlawful statutory 'rule'. Statutes passed today are not laws; they are rules and/or regulations created by the corporations that falsely call themselves our 'government'. Again, each and every division of our so-called government is listed as a private corporation on Dun and Bradstreet.[9] Commonly statutes/rules/regulations/ordinances are inflicted upon us by our consent or willingness to contract. So, learning how to deny consent is critical. In our statutory 'legal system', consent is presumed unless denied. (APPENDIX C)

## SUPREME COURT DECISIONS THAT EXPOSE THE SCAM

### Clearfield Trust Co. vs. UNITED STATES 318 US 363 (1942) [APPENDIX A]
In 1942 the Supreme Court made a decision that exposed the corporate government. It resulted in what is now called the Clearfield Doctrine.

Summary of the Clearfield Doctrine
As all of our government "entities" (listed on Dun and Bradstreet) are doing business using private commercial paper (the FEDERAL RESERVE NOTE), they have no more rights or privileges than any other corporation.

Because of the private currency we are all forced to use called the FEDERAL RESERVE NOTE, our so-called government has lost its sovereignty and has become no different than a mere private corporation. As such, government then becomes bound by the rules and laws that govern private corporations. Therefore, if they intend to compel an individual to some specific performance based upon their corporate statutes or rules, then they, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance is made.

And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes. Without the contract, enforcement cannot take place lawfully . . . unless you consent.

### Bond vs. UNITED STATES 529 US 334 (2000) [APPENDIX B]
In 2000 the Supreme Court held that the American people are in fact sovereign and not the STATES or the government. The court went on to define that local state and federal law enforcement officers were committing unlawful action against the sovereign people by the enforcement of the laws and are personally liable for their actions.

The state and federal government is a corporation and therefore the Congress, state legislatures, city councils, municipalities and all state and federal courts are corporate entities posing as Constitutional branches of government. All laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Since these government bodies are not sovereign, they cannot promulgate or enforce criminal laws. Corporate 'governments' can only create and enforce civil laws, which are bound to comply with the Law of Contracts.

---

[9] See: http://PeopleforSafeTechnologies.wikispaces.com/ - "Our Government is a Corporation"

On April 16, 2013 in an article titled *The Missing 13th Amendment* (posted on AntiCorruptionSociety.com), Judge Dale explained why we cannot validate the Bond v. UNITED STATES decision. See APPENDIX B:

**The Law of Contracts requires signed written agreements and complete transparency.** [See APPENDIX D]

Enforcement of corporate statutes, rules, and regulations by law enforcement officers - without full disclosure and written consent - are unlawful and these officers can be held personally liable for their actions.

Although Summary, Misdemeanor, Felony and Capital offenses are referred to as criminal laws, they are merely civil laws - disguised as criminal laws. See Section 2, The Legal Process by Judge Dale, retired

# OVERVIEW

## WHAT IS OUR GOVERNMENT . . . REALLY?

A CONSTITUTIONAL    or a    CORPORATE COMMERCIAL
REPUBLIC                               ENTERPRISE




**Sovereign Constitutional Republic**            **USA INC [1]**
**Constitutional and Common Law**        **Permanent State of Emergency [2]**
**Legislated Laws**            **Exec Orders (Fed Registry) - Statutes [3]**
**Courts of Justice**        **Administrative Courts - CRIS Accounts [4]**
**National Currency**           **Private (commercial) Currency [5]**
**Public Lands**            **Public (cestui que vie) Trust [6]**
**Public Servants**            **Corporate Employees [7]**

SUPPORTING DOCUMENTS ON ANTICORRUPTION SOCIETY.COM

[1] Search: Our Government is Just Another Corporation
SOURCE DOCUMENTS: Bond vs. UNITED STATES
SOURCE DOCUMENTS: Articles of Incorporation - UNITED STATES CORPORATION COMPANY
[2] SOURCE DOCUMENTS: Senate Report 93-549
[3] Search: Who is Running America
[4] Search: Our Courts Have Nothing to do with Justice
[5] SOURCE DOCUMENTS: The Clearfield Doctrine
[6] SOURCE DOCUMENTS: Congressional Record (March 1993)
[7] Search: Corporations Cannot be Sovereign Governments

# SECTION 2

## THE LEGAL PROCESS

**From** *The Great American Adventure - Secrets of America* **(Part 5)**
**by Judge Dale, retired**

[Available as a free download from the homepage of AntiCorruptionSociety.com]

I didn't plan on writing a PART 5 but given the global movement in play to collapse the fiat financial dominance historically created and controlled by the Vatican; European Royal and Elite plus the retaliatory efforts by the United States Corporation to recoup their control of America; I felt a need to point out the flaws in their CORPORATE PROCESS.

You probably identify with this CORPORATE PROCESS as LEGAL PROCESS but it really isn't about what is legal or lawful because all process is about the enforcement of CONTRACTS or the imposition and enforcement of CORPORATE REGULATIONS called STATUTES. The best advice you will ever receive is to AVOID THEIR COURTS WHENEVER POSSIBLE. There is NO justice to be found in those Courts unless you are a member of the Vatican; the Royal or Elite, or have purchased Diplomatic Immunity!

### THE COURTS

The only Constitutional Court in America is the International Court of Trades, which was created because no Foreign Nation Government would Trade with the Corporate United States, until they provided a way for these Foreign Nations to enforce their Trade Agreements with America.

*NOTE: Historically, the World Court was created to provide Nations with a venue to enforce their Trade Agreements but the Corporate United States refused the Courts invitation to participate because they were denied control over the Court.*

All of the other American Courts are pseudo courts or fictions and simply are Corporate Administrative Offices designed to resemble Courts and all of their Judges are simply Executive Administrators designed to resemble Judges.

The purpose of these pseudo Corporate Courts are only to settle contract disputes and since George Washington's government was military in structure. If either party refuses to participate, these Courts cannot become involved and the dispute is dead in the water! My use of the term "dead in the water" is not a canard because these pseudo Courts are unconstitutional Courts of Admiralty, the International Law of the Sea!


The Washington Monument

The Washington Monument was completed in 1884, as a tribute to George Washington and his military government, which is actually a sea-level obelisk that infers that all of America is "under water" and thus subject

8

to the Laws of Admiralty as opposed or contrary to the intended Constitutional Civilian Government under Common Law.

**The pseudo Judges of these pseudo Courts have NO powers without the consent of both the Plaintiff and the Defendant. AND, in every case the Judge must determine that he has Consent (Personam and Subject Matter Jurisdiction) before he can act or access the Cesta Que Trust.**

From *The Matrix and the US Constitution* by Judge Dale, retired (pg 20)

"One hundred percent (100%) of the people sentenced and held in all American Jails have either been convicted of crimes that are not positive law or were convicted of civil crimes, and are being detained there by their consent! That's Right! The lawyers and judges representing our legislature and judicial system; created maneuvers to insure that anyone who is accused of a so-called crime and posts bail, signs a contract to appear and consents by that contract to the proceedings scheduled. Anyone who applies for a public defender, signs the same contract without knowing it and anyone who privately hires a lawyer to represent them in a Court proceeding, consents to the same contract upon the lawyer filing a "Notice of Appearance!" When you hire a lawyer, you signed a Power of Attorney. He is required to file his Notice of Appearance in that case and that Notice of Appearance offers your consent and binds your appearance to the proceedings!"

"Absent these aforementioned contracts; the Court cannot proceed against you! When that occurs; the Judge and the Prosecutor, attempt to trick and intimidate you into giving your consent! If you know how to invoke your Sovereignty, and you take what they throw at you, and stand your ground; they will be forced to release you after 72 hours has elapsed!"

*NOTE: All tradable Securities must be assigned a CUSIP NUMBER before it can be offered to investors. Birth Certificates and Social Security Applications are converted into Government Securities; assigned a CUSIP NUMBER; grouped into lots and then are marketed as a Mutual Fund Investment. Upon maturity, the profits are moved into a GOVERNMENT CESTA QUE TRUST and if you are still alive, the certified documents are reinvested. It is the funds contained in this CESTA QUE TRUST that the Judge, Clerk and County Prosecutor are really after or interested in! This Trust actually pays all of your debts but nobody tells you that because the Elite consider those assets to be their property and the Federal Reserve System is responsible for the management of those Investments.*



[Court Registry Investment System is the system that connects the courts to the Federal Reserve]

*Social Security; SSI; SSD; Medicare and Medicaid are all financed by the Trust. The government makes you pay TAXES and a portion of your wages supposedly to pay for these services, which they can borrow at any time for any reason since they cannot access the CESTA QUE TRUST to finance their Wars or to bail out Wall Street and their patron Corporations.*

*The public is encouraged to purchase all kinds of insurance protection when the TRUST actually pays for all physical damages, medical costs, new technology and death benefits. The hype to purchase insurance is a ploy to*

9

*keep us in poverty and profit off our stupidity because the Vatican owns the controlling interest in all Insurance Companies.*

*You may receive a monthly statement from a Mortgage Company, Loan Company or Utility Company, which usually has already been paid by the TRUST. Almost all of these corporate businesses double dip and hope that you have been conditioned well enough by their Credit Scams, to pay them a second time. Instead of paying that Statement next time, sign it approved and mail it back to them. If they then contact you about payment, ask them to send you a TRUE BILL instead of a Statement and you will be glad to pay it. A Statement documents what was due and paid, whereas a TRUE BILL represents only what is due. Banks and Utility Companies have direct access into these Cesta Que Trusts and all they needed was your name, social security number and signature.*

## CRIMINAL LAW

There are NO Criminal Laws in America because Criminal Laws would imply that the Corporate United States Governments are Sovereign and have absolute power over all living, flesh and blood Americans, which of course is not true because a corporation is a fiction and therefore cannot be Sovereign. Man is Sovereign and is in control of his own destiny and one day he will finally wake up and realize this to be true!

There is however Criminal Contracts being enforced against us and with our Consent, which are surreptitiously called: Criminal Statutes. Our Consent has been obtained by them visa vie our silence and failure to act or protest, which under law is defined as: Tacit Procuration.

*(e.g.) Tacit Procuration: If someone accuses you of theft in writing and you fail to respond or deny those allegations in writing, your failure to deny or act is considered an admission of guilt! (or) You receive a Bill for goods or services that you never ordered or received, and you fail to deny those allegations, your omission represents the truth of the matter, which imposes an obligation to pay! Collection companies frequently use Tacit Procuration to establish indebtedness to them on a discharged debt they had purchased from some corporate business.*

"Now you're probably thinking: *No Criminal Laws? Well, that can't be true? A whole lot of people have been tried; convicted and are doing time in American jails for breaking Criminal Laws!"*

And my response to that is: True, they are in Jail because they unknowingly accepted the Criminal Contract on behalf of their Birth Certificate and consented to be imprisoned as a condition of their conviction and punishment. Their lawyer didn't help any because he reinforced that situation by and through his Notice of Appearance to represent you. It is the Birth Certificate that is under arrest, which I will explain shortly!

*NOTE: Criminal Contracts are graded according to the severity of the crime alleged and that grading is identified as either: Summary; Misdemeanor; Felony or Capital offenses.*

The Criminal Process usually begins with a Police Officer issuing a Citation [or] making an arrest with or without a Warrant [or] the Police Officer [or] County Attorney prepares a complaint based upon a sworn affidavit or on information, which is presented to a Judge and a Warrant is then issued. The defendant is subsequently arrested and is brought before a Judge for arraignment.



Note: Birth Registration is issued by the Dept of Commerce

The Complaint and Warrant will reflect your BIRTH NAME or identify you as a JOHN DOE, if your name is unknown, which is typed out in all capital letters! This is not a mistake on their part because it is your Birth Certificate that is under arrest and not your living, flesh and blood person. The hope of these pseudo Courts is that the flesh and blood person will be intimidated enough to accept responsibility for the Birth Certificate! Sounds crazy but nothing is what it seems: "It's all Smoke and Mirrors."

Most Police Officers do not know or have these details and believe in what they are doing and believe the lawyers who counsel them in law like they are Gods! Big mistake on their part because just like everyone else, they too have been vigorously lied to! You can't trust lawyers to be inherently honest! Police Officers are instructed to always print or type the Defendants Name in capital letters but they are never told the reason why! As a precaution, you should always carry a copy of your Birth Certificate with you as part of your identification papers, which I will explain in the next paragraph.

At your Arraignment or Trial, the Judge will ask you if you are the named individual ALL CAPS BIRTH NAME on the complaint and your natural response will be to answer in the affirmative but that is exactly what you don't want to do!

Remove your Birth Certificate and respond to him by stating:  I am making a Special Limited Appearance on behalf of the defendant who is right here and hold up your Birth Certificate!

Then state the following: As I understand this process Judge; the County Attorney or Police Officer has leveled a criminal charge with the Clerk and against the TRUST, using the ALL CAPS NAME that appears on this BIRTH CERTIFICATE!  The use of capital letters is dictated by the US Printing Style Manuel, which explains how to identify a CORPORATION.

The Clerk, who is the ADMINISTRATOR of the CESTA QUE TRUST, then, appointed you Judge as the TRUSTEE for the TRUST and since neither of you can be the BENEFICIARY, that leaves me and therefore you are MY TRUSTEE!

So as MY TRUSTEE, I instruct you to discharge this entire matter, with prejudice and award the penalties for these crimes to be paid to me in compensation and damages for my false arrest!

*NOTE: The Law of Trusts dictates that an Administrator; Trustee and Beneficiary cannot serve two positions in a Trust. So a Trustee cannot be a Beneficiary too!*

The TRUSTEE Judge has no alternative but to honor your demands but you have to get this right and act with confidence!  You really need to know this information well, so that you can't be hoodwinked or confused by either of them!  They will or may attempt to play some mind games with you if you display any doubt; stammer or display a lack confidence!  Appearances [the pomp and majesty] of these pseudo Courts, is totally for your benefit and is intended to invoke fear and intimidation!  If you show fear or intimidation, you get a pony ride!

*NOTE: I've seen and heard of Judges and Prosecutors interfering with a defendant's response, which made the defendant, become confused and he was subsequently committed into a mental hospital for a psychiatric evaluation. The Judge and Prosecutor successfully twisted what the defendant was trying to say and then the Judge Ordered a mental evaluation.*

*Understand that the County Attorney will be forced to pay the Cost of Court out of his own pocket, if the case is discharged, so he isn't going to give up that easily; and the Judge, Clerk and County Attorney stand to make a pretty penny off of your conviction and incarceration! So don't screw it up...*

*If the County Attorney begins to act too cocky with you, you can take the wind out of his sails by asking him to produce the 1040 for this case?  If he denies the need to do such a thing, inform him that you will be taking care of that for him ASAP [as soon as possible]!  He may move for a discharge at that point because you are a little too dangerous or smart!  The last thing that Prosecutor wants is the IRS examining his files for the last seven*

*years because he makes money on every conviction but he doesn't pay TAXES on them as a Rule! He usually only declares the salary he receives.*

*Also: Should you accidentally find yourself in a mental hospital; the Psychiatrist who is assigned or appointed to evaluate you is just as corrupt as the Judge; Clerk and County Attorney and he will falsify all of your responses to him, just so that you are recommitted back into the mental facility with a review in six months! So lie to him and deny that you ever made such remarks! Of course, if you accept the criminal charges against your Birth Certificate, then you will instantly be deemed SANE!*

*Sorry that I had to be the one to tell you this but this is how corrupt many of my fellow Judges truly are and it should explain why my conscience caused me to retire early! Before I learned what was really going on, I believed that my duties and performance were entirely Constitutional. I was lied too also!*

## CITATIONS [See also APPENDIX F]

The CITATION process can be handled much easier; through the mail. When a Police Officer issues you a CITATION, he is actually requesting you to CONTRACT with him! He is alleging that you violated a corporate regulation in writing, which you have accepted by signing and thus requires you to respond.

The Police Officer is instructed to explain that your signature is merely an acknowledgment that you received a copy of the CITATION but in actuality, your signature is notification to the Court and Judge that you have accepted or CONSENTED to this offer to CONTRACT, which also grants the Judge CONSENT; PERSONAM and SUBJECT MATTER jurisdiction over you and the case!

You can cancel that CONTRACT however by rescinding your CONSENT. The Federal Truth in Lending Act provides that any party to a CONTRACT may rescind his CONSENT, within three business days of entering into such a CONTRACT. So across the face of the CITATION you should print or type in large print, the following words:

I DO NOT ACCEPT THIS OFFER TO CONTRACT.
and
I DO NOT CONSENT TO THESE PROCEEDINGS.

Use blue ink [for admiralty] or purple ink [for royalty]. Admiralty is the Court and Royalty represents your Sovereignty. Either way is appropriate. Sign your signature underneath in blue or purple ink and in front of a Notary and under your signature type: **Without prejudice, UCC 1-308**. This is another way to declare that you may not be held responsible for this contract pursuant to the Uniform Commercial Code.

Serve the cancelled Citation back on the Clerk / Court, along with a Certificate of Service, by Certified Mail, Return Receipt Requested. This kills the CITATION; removes your CONSENT and removes the JURISDICTION of the Court, all at the same time. It really is that simple!

*NOTE: A Certificate of Service is a letter that first identifies the Citation and then defines how and when you returned the document to the Court and is signed. If not denied, it becomes a truth in commerce by Tacit Procuration.*

*Remember to keep a copy of everything, in case the Clerk attempts to trash your response, which certainly will not happen with a Certificate of Service or if it is mailed back by the Notary. The Notary is actually a Deputy Secretary of State and is more powerful than the Court Clerk!*

*Public Notaries originate from the time of the Egyptian and Roman Scribes who were the purveyors of certified documents, which are sworn affidavits. Certified documents and sworn affidavits [See APPENDEX E] are truth in commerce. Birth Certificates are certified documents on bonded paper. The word bonded is derived from bondage as in slavery, which makes all of us Bond Slaves to whoever retains custody of our original Birth*

12

*Certificates. I bet you believed that the Emancipation Proclamation freed the slaves and it did for a short time and then the Birth Certificate and the 14th Amendment enslaved us all!*

## SUMMONS and LAWSUITS [See also APPENDIX F]

The SUMMONS process, whether it is defined a Civil or Criminal Action, is once again an offer to CONTRACT, despite what words are used to command your appearance or response. It too can be cancelled just by following the same procedure as the CITATION process above. A million dollar lawsuit is no different than a CITATION and both can be cancelled! Hard to believe, isn't it?

Does your lawyer know about this? You bet he does but he is not permitted to embarrass the Court and besides, Court is where he makes his money!

*NOTE: How many of you have ever attempted to avoid Jury Duty? All you had to do was cancel the SUMMONS [OFFER to CONTRACT]; Notarize it and mail it back to the Jury Commissioner. Don't worry, they won't bother you because you are obviously too smart and may influence their Jury! The Jury [controls] the Court and not the Prosecutor and Judge and if you know that, they lose and the defendant wins, which is why they prefer only the dumbed down candidates to serve on a Jury.*

There are a few matters or issues that are next to impossible to circumvent or quash because of the depth of corruption within these pseudo Courts, such as child custody and the division of property resulting from a divorce. The Birth State claims the custody of your children pursuant to the Birth Certificate and records them under the Department of Transportation as a State owned Vessel!

A marriage is a CONTRACT and all that is required is a PRE-NUPIAL AGREEMENT to complete the marriage but if you are sufficiently indoctrinated to believe that a Judge or Mayor or a Minister or Priest, must join you in holy matrimony and you subsequently applied for a LICENSE; now you both have married the STATE as well! Now the State is entitled to its fair share of the division of your marital property should the marriage not work out or should you die [called probate]! Some people might say that a divorce should be included on this list of impossible issues but then they don't know what I know!

## DIVORCE

An Action in Divorce is a request to break the LICENSED MARRIAGE CONTRACT. If you desire a divorce and your spouse refuses to consent to a divorce, no State Judge will grant you a Divorce Decree because the Judge has not been granted the CONSENT of both parties! There is a way around this however, which your lawyer will never admit to because he cannot make any money from giving you truthful or sound advice!

*NOTE: Puerto Rico is a United States Territory acquired from Spain and it still operates under Spanish Law. This was never changed by the Corporate United States when Puerto Rico became a US Territory, so first you need to fly to Puerto Rico.* [10]

Once in Puerto Rico, you can establish residency by simply opening a Post Office Box for a period of three days. Just after opening the Post Office Box, hire a local Paralegal to prepare an Action in Divorce for you. The Paralegal will file the divorce petition immediately, which is generally a certified form document and it will be heard by a Puerto Rican Judge within three days.

Under Spanish law, your spouse is not required to be served the divorce petition, only the divorce decree. Five days after the Decree, your former spouse will receive the divorce decree in the mail, written entirely in Spanish, which cannot be contested and must be honored by all US Federal and State Courts!

---

[10] Please note, that Puerto Rico is also the HQ for the Internal Revenue Service, which was chartered as a private corporation in 1933.

*NOTE: Immediately after the Puerto Rican Judge declares you divorced, if you choose, you can marry again by Contract or by License. Both are legitimate, but no one will ever tell you that!*

The division of marital property and custody of children is a much more complicated issue but at least the divorce cannot be utilized as leverage against you to divide up your property, less than proportionately, which is exactly why American Judges will not bifurcate the issues involved in a divorce: [e.g] divorce; division of property; custody; support and alimony. The hope is that your desire to obtain a divorce is worth more to you than anything else you own, now or in the future!

## FORECLOSURE

If you are involved in a FORECLOSURE or you are thinking about filing for BANKRUPTCY protection to buy you more time, instead of trying to defeat the corrupt Bank and your Creditors in a State or Federal Court, where the cards are certainly stacked against you, plan to file for BANKRUPTCY and do it this way, to insure that you come out on top!

All BANKRUPTCY FORMS are printable; can be obtained on line and they can be completed in longhand with an ink pen. The Forms to use are: B-1 through and including B-8. You only need to prepare and file the first five or six pages to obtain a Case Number and then you must sit through a Credit Counseling session, which can be done all in a day. When you are completely finished with preparing your petition, you should have filed about 58 pages in total and the filing fee is around $280.00.

Here's the reason for using the Bankruptcy Courts:
List all your debts on one schedule and when it comes to listing your assets include your BIRTH CERTIFICATE and its CUSIP NO. The value of the Mutual Fund Investment for your Birth Certificate can also be found on line using the Cusip Number under Fidelity Investments. You will discover that it is worth multi-millions but you must have the CUSIP NO. on your asset schedule or the Birth Certificate will be discharged as frivolous by the JUDGE or the TRUSTEE.

The Bankruptcy Judge will then appoint a LAWYER TRUSTEE to dissolve the Mutual Fund Investment; pay off your debts and the balance must be paid to you! This procedure usually attracts the attention of the Department of Justice (DOJ) because they don't want the LAWYER TRUSTEE to screw up and short change the Vatican, the Federal Reserve and the Corporate United States and so they tend to warn or threaten the LAWYER TRUSTEE to be very careful!

Most of these Mutual Fund Investments usually involve a group of between 10 to 25 Birth Certificates and so only a fraction of that Mutual Fund belongs to you! The Bankruptcy Judge will not certify the final disposition until the LAWYER TRUSTEE can prove his math and every aspect of his work because the Judge inherits responsibility for the Trustee's errors, if he made any!

After the first LAWYER TRUSTEE resigns, you can probably cut a deal with the DOJ or you can proceed on with the same Bankruptcy proceeding and the newly appointed LAWYER TRUSTEE! Now isn't that easier and better than attacking or defending yourself against the Bank and a bunch of greedy Creditors, knowing full well that the cards are stacked against you because of the Vatican and the Federal Reserve System?

While you are in Bankruptcy, you are protected. No one can proceed against you for any debts or foreclosure, as long as you have a bond or sufficient assets; the Birth Certificate guarantees that aspect and while in Bankruptcy, you won't have to pay on any of those past debts!

Your debts will eventually be discharged and the balance of the Trust Fund is to go into your pocket! It's a WIN, WIN situation any way your shake it and the Vatican, Government and Bank loose the Trust Fund assets they planned to steal from you all along!

*NOTE: There is a process to follow to determine your CUSIP NO [or] you can ask a Stock Broker friend to help you [or] hire a Broker on the side to assist you. There are people in the Patriot movement who also know how to apply the formula, which converts your Birth Registration Number and or Social Security Number into a Cusip Number. I paid to have mine done and discovered that I am worth about 167 million. It's all FIAT money but as long as it can be spent, who cares?*

I hope that this entire expose' has enlightened and elevated your personal knowledge and will benefit you now and in the future. Pax vobiscum (Peace be with you).

**End**

Confirmation of Judge Dale's research is available from many sources, which include:

- Youtube: *USA INC - Exposing the Thieves Who Stole our Governmen*t
- Barefoot's World: W*ho is Running America;* http://www.barefootsworld.net/usfraud.html
- Rep Traficant's (D-OH) speech before Congress on the US Bankruptcy; March 17, 1993. While the official congressional record has been altered to conceal the Bankruptcy of '33 from the public, the original version is available online (http://www.afn.org/~govern/bankruptcy.html) and is also in Traficant's book, *America's Last Minuteman.*
- One-Heaven.org: *Canons of Positive Law: Cestui Que Vie Trust*; http://one-heaven.org/canons/positive_law/article/100.html
- *Our Government is Just Another Corporation*; http://anticorruptionsociety.com/is-our-government-just-another-corporation/
- *Silent Weapons for Quiet Wars*; http://anticorruptionsociety.files.wordpress.com/2013/06/silent-weapons-for-quiet-wars.pdf
- *Former World Bank attorney exposes the bankers and the BAR* http://anticorruptionsociety.com/2014/06/02/former-world-bank-attorney-exposes-the-banksters-and-the-bar/
- *Fruit from a Poisonous Tree* by Melvin Stamper, JD; available at Amazon
- *UCC and You*; AntiCorruptionSociety.com; SOURCE DOCUMENTS
- *Louis McFadden - An Astounding Exposure (Congressional Record)*; AntiCorruptionSociety.com SOURCE DOCUMENTS; https://anticorruptionsociety.files.wordpress.com/2015/09/louis-mcfadden-an-astounding-exposure.pdf

# SECTION 3

## How to Defeat Admiralty Courts and "The Law of the See"

By Judge Dale, retired
May 13, 2013

---

NOTE from editor:

While Judge Dale, retired, offers the following as a way for people to "exit the system", not all will choose to take this somewhat complex path. Those who cannot earn a living without a license, such as physicians, beauticians, and truck drivers, can elect to challenge the corporate regulatory system issue by issue, as they arise. Methods for doing exactly that will be explored in Section 4. Whether one chooses to "exit the system" or not, the following information is still invaluable, as the Judge explains further how our legal system was/is set up.

---

The Catholic word "See" conceals the influence of the Holy Roman Church over the corrupt corporate government and legal system.

The term "see" comes from the Latin word "sedes", meaning "seat", which refers to the Episcopal throne (cathedral).http://en.wikipedia.org/wiki/Cathedral

The term "Apostolic See" can refer to any see founded by one of the Apostles, but, when used with the definite article, it is used in the Catholic Church to refer specifically to the see of the Bishop of Rome, whom that Church sees as successor of Saint Peter, the Prince of the Apostles. http://en.wikipedia.org/wiki/Holy_See

Sedes Sacrorum (Latin Sedes for seat/see, Sacrorum for holy) otherwise known as Santa Sede and the "SS" also known in English as "Holy See" refers to the legal apparatus as a whole by which the Roman Catholic Pope and its Curia of Bishops claim historical recognition as a sovereign entity with superior legal rights. ( http://one-evil.org/content/entities_organizations_holy_see.html )

The Catholic Church uses two legal personalities with which to conduct its international affairs: the first is as an International state known as the Vatican City State, to which the Pope is the Head of Government. The second is as the supreme legal personality above all other legal personalities by which all property and "creatures" are subjects.

The legal enforceability of its first personality as an International State is constrained by international law. The sovereign status of the Vatican City remains dependent upon the continued recognition of an agreement known as the "Lateran Treaty" http://en.wikipedia.org/wiki/Lateran_Treaty signed between Catholic Fascist Dictator, Benito Mussolini, in 1929 and his political supporter Pope Pius XI. This recognition remains in defiance and contempt to existing international laws prohibiting recognition of rogue states and laws created by mass murdering dictators.

The legal enforceability of the second personality of the Catholic Church as the Holy See is dependent upon the continued adherence to legal statutes, definitions, conventions and covenants as have been accumulated since the Middle Ages concerning the primacy of the Pope over all property and creatures. These statutes, conventions and covenants remain the fabric and foundation of the modern legal system of most states in the world.

To extend its legal strength using its second personality, the Catholic Church considers the region controlled by every bishop a See.

## Admiralty Law

Admiralty law  [http://en.wikipedia.org/wiki/Admiralty_law]  was introduced into England by the French Queen Eleanor of Aquitaine while she was acting as regent for her son, King Richard the Lionheart. She had earlier established admiralty law on the island of Oleron (where it was published as the Rolls of Oleron) in her own lands (although she is often referred to in admiralty law books as "Eleanor of Guyenne"), having learned about it in the eastern Mediterranean while on a Crusade with her first husband, King Louis VII of France. In England, special admiralty courts handle all admiralty cases. These courts do not use the common law of England, but are civil law courts largely based upon the Corpus Juris Civilis of Justinian.

Admiralty courts were a prominent feature in the prelude to the American Revolution. For example, the phrase in the Declaration of Independence "For depriving us in many cases, of the benefits of Trial by Jury" refers to the practice of Parliament giving the Admiralty Courts jurisdiction to enforce The Stamp Act in the American Colonies. Because the Stamp Act was unpopular, a colonial jury was unlikely to convict a colonist of its violation. However, because admiralty courts did not (as is true today) grant trial by jury, a colonist accused of violating the Stamp Act could be more easily convicted by the Crown.

Admiralty law became part of the law of the United States as it was gradually introduced through admiralty cases arising after the adoption of the U.S. Constitution in 1789. Many American lawyers who were prominent in the American Revolution were admiralty and maritime lawyers in their private lives. Those included are Alexander Hamilton in New York and John Adams in Massachusetts.

In 1787 John Adams, who was then ambassador to France, wrote to James Madison proposing that the U.S. Constitution, then under consideration by the States, be amended to include "trial by jury in all matters of fact triable by the laws of the land [as opposed the law of admiralty] and not by the laws of Nations [i.e. not by the law of admiralty]". The result was the Seventh Amendment to the U.S. Constitution. Alexander Hamilton and John Adams were both admiralty lawyers and Adams represented John Hancock in an admiralty case in colonial Boston involving seizure of one of Hancock's ships for violations of Customs regulations. In the more modern era, Supreme Court Justice Oliver Wendell Holmes was an admiralty lawyer before ascending to the federal bench. http://en.wikipedia.org/wiki/Admiralty_law

The Roman Court is very confusing – even for some judges – because it does not operate according to any true set rules of law but rather by presumptions of law. If these presumptions presented by the Private Bar Guild (BAR attorneys) are not rebutted they become fact and thereafter are said to stand as a "Truth in Commerce." Despite the façade, the world is a playground of commercial business and is secretly owned by private foreign corporations.

Why is the Bar Guild so hell-bent on keeping everything on the private side? Because the public side invokes Constitutional issues and nothing they do can withstand a Constitutional challenge. The organic Constitution still exists in its original glory and authority and is buried in the US Printing Office.

All amendments since 1871 do not exist. Why? It was the "corporate mission statement" for the District of Columbia that was written in 1871 to resemble the organic Constitution. It is that corporate mission statement that has been amended since 1871 and chopped up as of late.[11]

## A Legal Way to Defeat this System

Specifically, there is a defendant living in Florida who discovered the answer to this puzzle and properly embraced his (all caps name/strawman) by registering it as a "Fictitious Name" with the state of Florida.

This process identified him as having a commercial and intellectual proprietary interest in the (all caps name). He, by entering it as such clearly on the Public Record, successfully rebutted all (12) presumptions on the private side of the Admiralty Court and nullified its "jurisdiction."

---

[11] This is also the Constitution that government employees take their oath to today.

What did he do?

The Registration of a Fictitious Name is something you might do if you wanted to open a commercial business and you wanted to reserve a "creative name" to identify that business. The process, however, does not obligate you to ever open a business or to incorporate. It simply reserves the name for your future use and as your commercial and intellectual proprietary property.

For many years patriots have attempted to disassociate their sovereign beings from the legal fiction – the all caps name / strawman – created by the corporate government because this was designed to make you personally vulnerable and convert your living being into a corporation – a thing – and the property of the corporate government.

Certain patriots properly decided to embrace the corporate fiction / strawman as their own personal property by affidavit using a Financing Statement filed under the UCC (Uniform Commercial Code) as a notice to the world. This is because an unrebutted affidavit stands as Truth in Commerce [See APPENDIX E] and the government never rebuts these affidavits.

So why didn't it work?

The patriots bypassed one crucial step. They failed to rebut the presumptions of the private side of the corporate government and courts that imprisoned their sweat equity and labor.

An unrebutted presumption stands as Truth in Commerce. Their presumption nullified the affidavit and placed them on the private side.

There are twelve (12) key presumptions asserted by the Private Bar Guilds, which, if left unchallenged, stand as Truth in Commerce. [See APPENDIX C]

These are:

i. The Public Record
ii. Public Service
iii. Public Oath
iv. Immunity
v. Summons
vi. Custody
vii. Court of Guardians
viii. Court of Trustees
ix. Government as Executor/Beneficiary
x. Executor De Son Tort (not a party to)
xi. Incompetence
xii. Guilt

I'm only going to discuss (6) of those (12) presumptions. However, Frank O'Collins did a superb job addressing these presumptions[12] in an exposé titled "A history of today's slavery" and I encourage you all to read it.

### Canon 3228 (i): The Presumption Of Public Record

Any matter brought before a lower Roman Court is a matter for the public record, when in fact it is presumed by the Private Bar Guild as private business. Unless this presumption is openly rebutted by filing or stating clearly on the Public Record that the matter is to be a part of the Public Record, the matter remains on the private side as private Bar Guild business under private Guild rules.

---

[12] See APPENDIX C

The defendant in this particular case recorded on the Public Record the Registration Certificate issued by the state of Florida, identifying his registered ownership of the fictitious (all caps name), which proved that he was not the alleged defendant on the Courts Docket. I believe I should refer to him as the alleged defendant from here on.

## Canon 3228 (ii), (iii) and (iv): The Presumptions Of Public Service; Oath And Immunity.

If the Judge ignores the alleged defendants Fictitious Name Registration entered into the Public Record, which is clearly presented to him in open Court and then decides to move forward with the case, he violates his public service oath and judicial immunity under these sub-sections.

## Canon 3228 (v): The Presumption Of Summons

A summons, when unrebutted, stands as Truth in Commerce. Attendance in a Court is usually invoked by invitation and therefore one who attends Court initiated by a summons, warrant, subpoena or replevin bond, is presumed to accept the position of a (defendant, juror, witness or thing) and the (jurisdiction) of the Court.

If these instruments are not rejected and returned, with a copy of the rejection filed clearly on the Public Record (jurisdiction) the presumed position and the presumption of guilt also stands as Truth in Commerce.

In this particular case the alleged defendant rebutted his forced appearance by presenting the Judge with the recorded registration certificate issued by Florida. This certificate stated he is not the defendant on the courts docket. 'The name is fictitious and I am the registered owner of that name under Florida law.'

## Canon 3228 (vi): The Presumption Of Custody

Those who attend a Court initiated pursuant to the command of a summons or warrant, is presumed to be "corporate property or a thing" and therefore is liable to be detained in custody by the Courts appointed or elected "Custodian."

Custodians may only retain custody over "property and things" and not flesh and blood living beings. Unless this presumption is openly challenged by rejection of the summons or warrant on the Public Record, the presumption stands as Truth in Commerce and you are thereafter treated as a "thing or property."

In this particular case this presumption was absolutely rebutted when the alleged defendant proved his arrest was a case of mistaken identity and in no way could the Court Custodian detain him after that.

Sixteen words written across the face of the summons or warrant; notarized and filed on the Public Record will cure most problems. Those words are:

**I do not accept this offer to contract and I do not consent to these proceedings.**

In addition to the above sections of Canon Law 3228, the defendant has also unknowingly rebutted the balance of the (12) presumptions:

* Court Guardians
* Court Trustees
* Government as Executor and Beneficiary
* Executor De Son Tort (not a party to)
* Incompetence
* Guilt

This particular defendant succeeded in accomplishing all of this by "registering" his ALL CAPS name as a "Fictitious Name" in which only he now owns an absolute commercial and intellectual proprietary interest in the state of Florida. By entering it in the (Public Record) he has overcome all (12) presumptions and nullified the "prosecution and jurisdiction" of the private Roman court. His next step would be to record it in the UCC, which is a notice to the world.

19

**Checkmate**

There is no way for the corporate government and private Roman Court to proceed against this living being. If the prosecutor was to disclose the presumptive frauds that the Court has been operating under in the private side, it would also nullify the case and subject the judge to arrest and damages for "prosecutorial fraud" and the "absence of jurisdiction."

Please note that the judge's only legal response to the alleged defendant is to Order a "Stay" until the defendant secures counsel (meaning an attorney and BAR Guild member). If it is reported that the alleged defendant has not secured counsel the case remains absolutely deadlocked! If this open "stay" does not cause him any harm (and it shouldn't) he can choose to

* do nothing or
* he can file a two page "Motion to Dismiss" or
* he can file a "Rule to Show Cause" seeking a summary judgment for damages on behalf of his living being.

What would happen if the individual follows the judge's advice and hires an attorney? In all probability his attorney would use the alleged defendant's "signed power of attorney" to withdraw the "Fictitious Name Registration" from the Public Record. The defendant would more than likely be imprisoned, tried on the private side, and convicted!

What other applications can this process be used for?

* licensing
* tax collections
* foreclosures
* debt collections
* the vehicle code, to name a few.

All of these matters are found on the private side and none could withstand a Constitutional challenge.

Again, checkmate! (Don't you just love a good story with a happy ending?)

# SECTION 4

## LAWFUL STRATEGIES

### FOR DEALING WITH OUR CORPORATE-COMMERCIAL-GOVERNMENT

 

## STRATEGIES

The following is NOT legal advice. It is the formulation of common principles of commercial contracts and lawful due process. As the current government functions exclusively as a commercial enterprise, it is important that - for the moment - we respond to it as such.

Remember, the Constitution is NOT the Law of the Land - the Uniform Commercial Code is! There are no Constitutional or common law courts, except the Supreme Court which is available only to very few wealthy and determined people. Constitutional and/or common law courts have been replaced by statutory courts of Admiralty law.

The following strategies and templates represent a collaboration of many people. Sadly, in a predatory system like ours, there are no guarantees. But, hiring a BAR attorney will not protect you, as he or she is obliged to accept the authority of the STATE OF - not challenge it. After all, BAR attorneys get their BAR cards from the JUDICIARY/SUPREME COURTS FOR STATE OF. XXXX, which is listed as a private corporation on Dun & Bradstreet.

Here are three strategies for dealing with the BAR created commercial legal system: **clarification, inquiry, and notice**.

### Strategy (a)
### CLARIFY

Too often people are accused of violating a law or statute - after the fact - when they had absolutely no awareness of the law they were accused of violating. As the vast majority of the American population is completely unaware of Bond vs. UNITED STATES (APPENDIX B) and the necessity of consent (or contract - APPENDIX D), informed consent is essentially impossible.

Let's not forget that all corporate statutes are written for the non-human legal fiction known as the "person". This "person" is also what is known as the STRAWMAN because it is not a real flesh and blood human man or woman. Rules and regulations for the STRAWMAN only apply to us if we voluntarily sign contracts, which we are incessantly asked to do. For example, the corporate statutes for the STATE OF OHIO define a "person" as: *"Person" includes an individual, corporation, business trust, estate, trust, partnership, and association."*

Do these entities sound like flesh and blood men and women? Of course not, because they aren't. They are ALL non-human legal fictions (constructs). This explains why statute enforcers and lawyers keep the nature and applicability to these laws vague. However there is a doctrine that voids vague laws:

### Void for Vagueness Doctrine
" . . . a vague law is a violation of due process because the law does not provide fair warning of a prohibition and fails to set standards for enforcement that would govern the exercise of the police power."
http://dictionary.findlaw.com/definition/void-for-vagueness-doctrine.html
(Cited on the Pocket Card Notice of Non-consent - SAMPLE VII)

So, how does the Vagueness Doctrine apply to us and our so-called legal system?

What is vague to most employees of government corporations, including the police and the courts, is exactly who their statutes/rules/codes/regulations apply to. While most of them recognize diplomatic immunity, they are not educated about the STRAWMAN "person". However, they are generally obligated (usually by contract) to abide by the Executive Orders of the Office of the President of the UNITED STATES corporation.

In 1999 President Bill Clinton signed Executive Order 13132 titled "Federalism". EO 13132 redefined 'freedom':
*Section 2 (d) The people of the States are free, subject only to restrictions in the Constitution itself or in constitutionally authorized Acts of Congress, to define the moral, political, and legal character of their lives.*

According to the legal dictionary of thefreedictionary.com[13] character means:
*character (An individual), noun being, body, figure, human, human being, man, mortal, party, person, personage, personality, self-determined being, somebody, someone*

This means:
1. **Political character** If you still vote, you have defined your political character and chosen to recognize the bogus corporate network now calling itself our government as legitimate, which it is not. They have no lawful authority to do what they are doing, without our consent. According to attorney Melvin Stamper, registering to vote in their "federal elections . . . established the legal presumption necessary in determining that you were a federal citizen."[14]

2. **Legal Character** If you choose not to define your "legal character" as a "person", but as a living flesh and blood man or woman, you have removed yourself from their statutory jurisdiction.

Now, the "vagueness" the controllers have created can by used by us in our letters and notices. We can clarify exactly who "they" are (corporations) and who "we" are by defining our "legal character" as living flesh and blood men and women outside their jurisdiction.

### Your Signature
Because our country is nothing more than a commercial enterprise, OUR SIGNATURE IS OUR MOST VALUABLE POSSESSION. And, it is required on many documents that are not in our best interest to sign. Your signature on certain documents and forms amounts to your consenting to someone else's terms. So, don't sign anything without reading it and understanding it fully! In fact, a great strategy to slow down this deceptive system is to demand that all applications/forms/agreements presented to you are explained fully - in detail - before you

---

[13] http://legal-dictionary.thefreedictionary.com/character
[14] From Melvin Stamper's book *Fruit from a Poisonous Tree*, page 58.

sign. Since most who present these documents can't explain their terms, this action alone will put a huge stick in the spokes of this deceptive machine.

Because your signature represents consent regarding the terms of the agreement, it is important that you write "Without prejudice - UCC 1-308" above it. This applies to any contract, agreement, or form that you sign for any so-called governmental institutions, including school registrations and driver's licenses.

According to the Cornell University Law School web site (https://www.law.cornell.edu/ucc/1/1-308), UCC 1-308 means:

*(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.*

By restricting your signature, you leave the door open to challenge any term or condition in the future that you did not know about or did not specifically consent to under the "mutuality" requirement of lawful contracts. [See APPENDIX D.]

**Under penalty of perjury**
Many contracts and even forms contain unclear and potentially devastating terms or conditions. Never agree to the terms of "under penalty of perjury" which is commonly sited on applications and forms. This phrase is a trap for the unsuspecting. If all of the information you provided on the application is factual, "to the best of your knowledge", you are still not protected from prosecution. The "arbiter" of what is factual and what is false is not disclosed, nor is the process that will be used to make that determination should there be a conflict between their records and yours. Generally no assurances are made that you will be permitted to review all of their records and remove all falsehoods. Currently we do not have a legal system that represents the best interests of the people. It is parasitic and has been designed to represent the interests of the for-profit corporate complex. When "under penalty of perjury" appears on a form or application, just draw a line through it, initial it and write the following below it.

"It is not clear who will determine what is factual."

You can also write "without prejudice" above your signature. Always ask for a copy of the form or application for your own records.

If a clerk tells you that he/she cannot accept altered forms, inform him or her that they are not authorized to make that determination. Remind them that you insist your form/application be accepted as is and that his/her superiors will make that determination at a later date. Always be polite . . . never be belligerent.

**Strategy (b)**
**INQUIRE**

As the entire system is a vast network of corporations, there needs to be a signed contract obliging the signatory to perform as the Clearfield Doctrine [APPENDIX A] states. When statutes are crafted by corporate government employees, they generally include a performance 'demand' and a penalty for non-performance. However, unless we work for them, these statutes only apply to us if we consent. Remember these statutes, rules, and regulations are their own private devises. We have no ability to create them or revoke them - and they are copyrighted.

From *The Great American Adventure* by Judge Dale, retired:
"These corporate laws and regulations are called statutes and their affect and control over human beings is deceptively obtained by consent through civil contracts."

When the corporative-government representative sends you a notice to perform or to pay a fee or penalty, simply request in writing that they produce a contract containing your original signature demonstrating an obligation on your part to adhere to their private statute(s). [See Sample I] If they provide you with a copy of a specific contract

that you signed, - and all the terms were not disclosed - you can always respond by notifying them in writing that you made a mistake. As all of the terms and conditions were not disclosed, you are rescinding your signature on the agreement/contract. You can point out in your communication that all contracts/agreements containing undisclosed terms are neither lawful nor enforceable without your consent. More likely than not, they have no such contract in their possession. [See APPENDIX D - What is a Contract]

If a corporate-government representative is at your door or on your property requesting your compliance, simply ask them to identify themselves and the statute that grants them the authority to approach you by handing them a *Corporate Government Employee Questionnaire*. [See Sample II] Always be polite.

### Debt Collection
Many corporate governments have now turned revenue collection over to private debt collection agencies. Debt collectors generally have no contract with you because they simply purchased someone else's IOU without the contract. This letter is a great way to deal with all debt collection entities. It is a DEBT VALIDATION letter/notice. [See Sample III]

### Strategy (c)
### GIVE NOTICE

### Performance Demands
Sometimes we are told that a corporate statute requires a specific performance; like-over vaccinating our children or permitting unsafe smart meter surveillance systems to be mounted on our homes.

Under these conditions a NOTICE might be our only strategy for non-compliance aka non-consent. A NOTICE is lawful in their system, particularly when un-rebutted. So, to make our stand and set the record straight, we need to put them on notice. [See "Samples" in SECTION 5] Affidavits and legal notices are commonly used instruments in their system.

Like affidavits, notices should state facts.
http://legal-dictionary.thefreedictionary.com/Notice

*The concept of notice is critical to the integrity of legal proceedings. Due process requires that legal action cannot be taken against anyone unless the requirements of notice and an opportunity to be heard are observed.*

An important part of giving notice is to state the facts regarding the 'player's' for-profit corporate status. Exposing that government entities and agencies are merely for-profit corporations is the surest way to remove their credibility and authority. The list includes the STATE OF, COUNTY, MUNICIPALITY, the FDA, the CDC, the EPA, the USDA, the FCC and on and on. As long as these entities are private corporations, they need signed contracts (consent) to enforce compliance. [See the Clearfield Doctrine; APPENDIX A]

The recipient of a NOTICE has 30 days to rebut it. It is important to save a copy of your notice should efforts to force compliance of a rule/regulation continue. Notices can be hand delivered, sent by certified mail (with a return receipt) or published in the newspaper with other legal notices. Notices can be created to address many issues.

### Notifying the Judge
While Judge Dale has explained in detail why the courts are not our courts, but are administrative courts of the corporation, occasionally people might find themselves unwittingly in their arena. Judge Dale offers invaluable guidance for anyone caught in just such a situation. He also offers instructions regarding notifying the courtroom judge of our real status, thus nullifying their jurisdiction.

Here are important excerpts about our courts from Judge Dale's *The Matrix and the US Constitution*:[15]

Page 16

---

[15] Available free online on the homepage of AntiCorruptionSociety.com

"All of our governments are corporations and are responsible for the creation of about 800 thousand laws called statutes, which are designed to control the Sovereign people of America. Just like the King; these statutes cannot be enforced against the Source of Law, which are the living, breathing, flesh and blood Sovereign people."

"All of the Agents in power beginning with the King, the Vatican, the Founding Fathers and now our presumed public officials, wanted to obtain power and control over America and the Constitution pretty much prohibited them from achieving those ends! So they began to devise ways to change the Sovereign Americans into a corporate fiction."

pg 17
"Are you a United States Citizen? YES / NO and everyone circles the YES answer. Didn't you? Now look up the definition of a "United States Citizen," in a reputable law dictionary. You will discover that a United States Citizen is a phrase designed to identify a 'corporate fiction!'"

pg 17
"Under our corporate governments, no Sovereign can lawfully be tried or convicted of any statutory crime! I recently discovered how to avoid prosecution under the Trust,[16] when a Sovereign is taken before a corporate prosecuting Attorney or a Judge:"

**"First**: the Sovereign must inquire if we are on the record, and if not, insist upon it! Say nothing, sign nothing and answer no questions until you are convinced that the proceedings are being recorded!

**Secondly**: all a Sovereign has to say for the record is: "I am a beneficiary of the Trust, and I am appointing you as my Trustee!"

**Thirdly**: the Sovereign then directs his Trustee to do his bidding! "As my Trustee, I want you to discharge this matter I am accused of and eliminate the record!"

**Fourthly**: if the Sovereign suffered any damages as a result of his arrest, he can direct that the Trust compensate him from the proceeds of the Court by saying; "I wish to be compensated for [X] dollars, in redemption." This statement is sufficient to remove the authority and jurisdiction from any prosecuting attorney or judge. The accused will be immediately released from custody, with a check, license or claim he identifies as a damage. It doesn't matter what the action involves or how it is classified by the corporate law as a civil or criminal action! It works every time!"

---

[16] This refers to the Public Trust (Cestui Que Vie) that holds the value of your birth certificate. This is explained in Section 2, *The Legal Process*.

# SECTION 5

## Sample Letters, Questionnaires, and Notices

Copies and templates for the following sample letters, questionnaires and notices can be located at
AntiCorruptionSociety.com; tab: LAWFULLY YOURS. They are listed at the bottom of page as "Download the
Word doc templates here" and "Download the 4 X 6 pocket card notices here" All but the questionnaire and the
pocket card notices are designed to be personalized.

## SAMPLE I
## LETTER OF INQUIRY

date


Employee name, title
Department
GOVERNMENT CORPORATION
Address
CITY, STATE ZIP

Dear Mr. name,

Recently I (we) received a communication from your office regarding making application for a newly created
permit.

You cited a rule/code/ordinance/statute passed by the private corporation known as the       CITY OF XXX       in
your communication, but did not identify the statute by name, number and effective date.

Freedom of Information Request

Please provide the name, number, and effective date of the rule/code/ordinance/statute that prompted your
communication. And, please send me (us) all documents that contain my (or my husband's or wife's) original
signature that created the obligation for me (us) to adhere to that       CITY OF XXX       corporate
rule/code/ordinance/statute.

Appreciatively,


*Signature*

First and last name only
address
City, and State (no zip)

## SAMPLE II
# GOVERNMENT-CORPORATION EMPLOYEE QUESTIONNAIRE

For all employees of federal, state, county, municipal and township corporations.

Public Law 93-579 states in part: "The purpose of this Act to provide certain safeguards for an individual against invasion of personal privacy by requiring government agencies . . . to permit an individual to determine what records (documents) pertaining to him (or her) are collected, maintained, used, or disseminated by such agencies."

The following questions are based upon that act, government prohibitions regarding identity theft and recognition of the commercial statutes that define your employment.

Please fill out the form completely.

**My identification per your records**

1. My name as it appears in your files

2. My address as it appears in your files

   City _____ State _____

3. My legal status as listed in your files

**Government-corporation employee information**

4. Full Legal Name:

5. Residence Address

   CITY _____ STATE _____ ZIP _____

6. Badge or employee ID#

7. Employee job title

8. Employee phone number

9. Name of government-corporation that employs you (please use the legal all caps name as listed on Dun and Bradstreet)

10. Name of department, bureau or agency of that corporation that employs you

11. Name of supervisor _____ _

12. Supervisor's mailing address:

_____

CITY _____ STATE _____ ZIP _____

13. Supervisor's phone number

_____

14. Name of department head _____

15. Department head's mailing address if different from supervisor's

_____

CITY _____ STATE _____ ZIP _____

16. Department head's phone number

_____

**Statutory identification**

17. Name, number and effective date of the government-corporation statute (rule or regulation) that generated this encounter:

_____

_____

18. Are you aware of a document (with my original signature) that obligates me to adhere to this corporate statute of your employer?

    Yes ☐                  No ☐

19. The name of this document:

_____

20. Under penalty of perjury, please attest by signing below that you have personally seen this document and can attest to its validity?

_____ Date _____

This questionnaire is available for printing on the AntiCorruptionSociety.com web site tab LAWFULLY YOURS; link at bottom of the page listed as "Download the Word doc templates here"

## SAMPLE III
# LETTER OF DEBT VALIDATION

date

Your first and last name only
Street address
city, state zip

Employee name, Title
Department
COMPANY NAME
Address
CITY, STATE ZIP

Dear Mr. name,
This letter is not a refusal to pay, but a notice sent pursuant to the Fair Credit Reporting Act 15 U.S.C. §1681, that your claim is disputed and validation is requested.

This is not a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:
- What the money you say I owe is for.
- Explain and show me how you specifically calculated the entire amount of what you say I owe.
- Provide me with copies of any and all papers that show I agreed to pay what you say I owe to include original signatures.
- Identify the ORIGINAL creditor.
- Provide me with a copy of ANY judgment you say gives you the right to collect anything from me.

If your offices are able to provide the proper documentation as requested, I will require at least 30 days after receipt to investigate this information and during such time all collection activity must cease and desist.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit files and a copy of such deletion request shall be sent to me immediately. Until proper validation is provided you are to cease all collection efforts.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records; any information obtained shall be used for that purpose.

Respectfully,

*Signature*

First and Last Name
Sent by certified mail, #XXXXXXXXXXXXXXXXX

Page 1 of 1

**Notice to agent is notice to principal**
**Notice to principal is notice to agent**

## Vaccination Notice of Non-consent for Physicians and Schools

Before submitting a vaccination notice to the physician, request the package insert for the vaccine he/she wishes to give you or your child. Do not accept CDC vaccine information sheets as a substitute. Do not decide while in his/her office, but take it home and read it. DO NOT SIGN ANY VACCINE REFUSAL FORMS[17] the doctor or nurse offers you. It is imperative that you present your own notice to them instead. The following notice is written from the point of view of a well informed rational parent, because most certainly the benefits of today's vaccines do not outweigh the risks.

The Vaccination Notice[18] is designed to inform the doctor, hospital or school of the reasons you are opposed to their administering vaccines to your child and that you will only consent if they agree to accept the liability - in writing, **which they would never do**. The statements listed on the notice are factual and easy to validate. This approach should help put an end to the endless arguments that pediatricians and others inflict on vaccine-aware parents and patients.

### FILLING OUT THE NOTICE
1. Items in grey need to be personalized.
2. Select son or daughter as applicable.
3. Corporate entities need to be in all caps.
4. The health department of each state is listed in its corporate name in all caps on Dun and Bradstreet. That information is accessible for free online.
5. At the bottom of the notice is a space for the parent's signature and the signature of two witnesses. Of course the dates need to be identical. An acceptable alternative to two witnesses would be to sign in front of a notary and have them stamp it for you. Use blue ink for signatures.

### DELIVERING THE NOTICE
This notice requires little discussion. Just hand it to the nurse or doctor. Politely explain that you are not comfortable with the vaccine risks and wish to have this notice placed in the child's records so you don't have to bring in a new one each time your child sees the doctor or nurse. If asked where you obtained the document, simply say from another parent, which is true. Giving more information is neither required nor advisable. Citing websites or vaccine-aware organizations just motivates those in the vaccination-distribution-business to track down and discredit folks that are doing their best to bring good information to the public. And, frankly where you get your information is none of their business.

Do not answer detailed questions about your objections to any vaccine. Just repeat what is on the notice; "I am aware of multiple scientific peer-reviewed papers that have exposed the dangers of many vaccines." Doctors and nurses are well armed with 'talking points' designed to overcome all claims you might make regarding vaccines and nearly all authors you might site. According to Russell Blaylock, MD there are lots of peer-reviewed articles on this topic for doctors and nurses to read. It is their job to seek this information. It is not your job to provide it to them. The notice just states facts and is designed to be self-explanatory.

Should the clerk, doctor, or nurse refuse to accept your notice, remind them that legal notices are an important element in due process. Keep a copy for yourself and put the name of the employee who accepted (or rejected) the notice and the date it was delivered on the bottom of the page.

Should school employees refuse to place the notice in your son or daughter's file, refer them to the "Notice to agent is notice to principal clause". Write Notice refused by Agent (first and last name) on such and such date in the space at the top of the notice. Then take the notice home and send it certified mail (with return receipt) to the Superintendent of the school. Include a short explanatory letter. Following is a sample letter for the school superintendent, if necessary.

---

[17] For more information go to ParentsAgainstMandatoryVaccines.com; "DO NOT SIGN"

[18] See *Notice* http://legal-dictionary.thefreedictionary.com/Notice

# SAMPLE IV

- single page notice -

## VACCINATION NOTICE

### Notice to agent is notice to principal - Notice to principal is notice to agent

As the living flesh and blood mother of Sally Doe (whose address is 2525 Maple Lane, Grove City, Ohio (no zip)), I am prohibited by law from endangering my son or daughter; therefore, I declare the following

1) I am aware that those ordering and/or administering vaccines have been granted immunity from liability should my son or daughter suffer from a vaccine caused injury or illness. Since the Supreme Court decision Bruesewitz v. Wyeth (Feb 22, 2011), drug companies are under no legal obligation to insure their vaccine products are either safe or effective. The same decision defined vaccines as unavoidably unsafe. The Vaccine Injury Compensation Trust Fund is not an acceptable alternative to me. (Reason listed below - #10)

2) Unless I receive the vaccine manufacturer's package inserts, I have not been given full disclosure regarding any vaccine. CDC or public health vaccine information sheets and/or websites are not acceptable alternatives. (Reasons listed below - #4 & #5)

3) I am aware that vaccine schedules have been established by the CDC and are promoted by public health departments, the American Academy of Pediatrics and other organizations. I do not accept CDC recommendations as science-based. (Reasons listed below - #4 & #6)

4) I do not recognize the CDC as a government health advocacy organization. It is a corporation listed on Dun and Bradstreet and headquartered in the STATE OF GEORGIA, with strong ties to the pharmaceutical industry. Therefore, their recommendations are influenced by the 'fiscal' health of their corporation.

5) I am aware that physician records are reviewed by the HEALTH, OHIO DEPARTMENT OF, a corporation headquartered in COLUMBUS OH and listed on Dun and Bradstreet, and who receive monetary compensation from the CDC to perform this function. Therefore, the state public health department's recommendations and actions are influenced by the 'fiscal' health of their corporation.

6) I do not recognize the AMERICAN ACADEMY OF PEDIATRICS nor the AMERICAN ACADEMY OF FAMILY PHYSICIANS as health advocacy organizations. They are both corporations (listed on Dun and Bradstreet) that are headquartered in the STATE OF ILLINOIS and the STATE OF KANSAS respectively, whose monetary compensation from the vaccine manufacturers contributes to the 'fiscal' health of their corporations.

7) I am aware that many physicians are paid higher reimbursement rates for administering vaccines.

8) I am aware that LEGISLATORS for the corporation known as the STATE OF OHIO, listed on Dun and Bradstreet, vote on statutes and rules for the STATE OF OHIO. As the LEGISLATORS have no medical training and can easily be influenced by drug company lobbyists and/or the CDC, I do not accept their corporate statutory vaccination mandates as science-based.

9) I am aware of multiple scientific peer-reviewed papers that have exposed the dangers of many vaccines as well as the "herd immunity myth" of 1933.

10) I am aware that the corporation HEALTH & HUMAN SERVICES, UNITED STATES DEPARTMENT OF (listed on Dun and Bradstreet and headquartered in WASHINGTON DC) determines claims paid from the Vaccine Injury Compensation Trust Fund via a secret administrative process and also profits from vaccine patents.

11) I have concluded that failure to follow the CDC recommendations about vaccinations is less likely to endanger the health or life of my son (or daughter) or other's sons and daughters than following their recommendations.

For the reasons I have listed and more, I do not consent to anyone administering any vaccine to my son or daughter unless they provide me with the vaccine package insert, allow me to determine if the health risks are acceptable, and sign a document stating that they, in their professional and personal capacity, not me (and or my husband or wife) accept the responsibility for any injury or illness (as defined by the International Medical Council on Vaccination) the vaccine they administer might cause my progeny (property), Sally Doe.

*NOTE: This document can be used to protect those that administer vaccines (physicians, nurses or others) or are obliged to adhere to corporate statutes from any punitive statutory actions or penalties.*

| Mother | Signature: | Date: |
| Father: | Signature: | Date: |
| Witness: | Signature: | Date: |
| Witness: | Signature: | Date: |

## SAMPLE LETTER FOR SCHOOL SUPERINTENDENT

date

Name, **Superintendent**
NAME OF SCHOOL SYSTEM
street address
CITY, STATE ZIP

Dear Mr. name,

My progeny (property) Sally Doe attends the (name of school) in your school district. On (date) I delivered my Vaccination Notice to your agent, (first and last name) at (name of school). (He or she) denied my lawful request to place my Vaccination Notice in my (son or daughter's) school record. Your agent's inaction necessitated that I send my lawful Vaccination Notice directly to you. It is enclosed.

As stated on my Vaccination Notice, unless I receive a confirmation in writing from you that you - and/or your school district - accepts the liability for any harm or injury the school mandated vaccines might cause my (son or daughter), I consider (him or her) excepted (not exempted) from all vaccinations mandated by the legislators of the corporation known as the STATE OF OHIO.

Please place my Vaccination Notice in my (son or daughter's) school file and make a note on his or her record of this permanent exception.

Appreciatively,

*Signature*

First and last name only
address
City, and State

Sent by certified mail, #XXXXXXXXXXXXXXXXXX

32

# Vaccination Notice of Non-consent for Employers and Colleges

The following notice is designed to inform your employer of the conditions under which you will comply with their flu shot (or other vaccine) request. See *Notice* http://legal-dictionary.thefreedictionary.com/Notice
Before filling out and turning in this notice, employees must request the vaccine package insert (not the CDC vaccination information sheet) for the vaccine they are being asked to take. If the appropriate insert is provided, inform the employer that you must take it home to read and consider. DO NOT JUST READ IT AND HAND IT BACK. It could be used as evidence should you accept the vaccine and get injured by it.

If no insert is provided, fill out and deliver the Vaccine Notice (a). If the inset is provided use the Vaccination Notice (b). This Vaccination Notice was designed as a tool to help employees decline unreasonable flu shot (or other vaccine) requests . . . and hopefully keep their jobs.

## FILLING OUT THE NOTICE
1. Items in grey need to be personalized.
2. Corporate entities need to be in all caps.
3. The health department of each state is listed in its corporate name in all caps on Dun and Bradstreet. That information is accessible for free online.
4. The report referenced in the notice can be read at ParentsAgainstMandatoryVaccines.com under the title: *Health Hazards of Disease Prevention*
5. At the bottom of the notice is a space for the employee or student's signature and the signature of two witnesses. Of course the dates need to be identical. An acceptable alternative to two witnesses would be to sign in front of a notary and have them stamp it for you. Use blue ink for signatures.

## DELIVERING THE NOTICE
This notice requires little discussion. Just hand it to the department that notified the employee of the vaccine request. Politely explain that you are not yet able to make a decision regarding the employer's vaccine request and you wish to notify them of the additional assurances you require before complying. Remember that there have been adults who were permanently severely disabled by vaccines - whose employers paid zero in compensation! And for this very reason drug companies refused to stop making vaccines unless they were given immunity from liability. It is extremely unlikely your employer will provide a document accepting liability should you suffer illness or injury from the vaccine. If asked where you obtained the notice, simply say from another individual who shares your concerns, which is true. Giving more information is not required and is not advisable. Citing websites or vaccine aware organizations just motivates those in the well funded vaccination-distribution-business to track down and discredit folks that are doing their best to bring good information to the public.

The notice just states indisputable facts and is designed to be self-explanatory. However, if you don't understand all of the items on the notice and agree they are factual, do not use it. Keep a copy of the notice for yourself and write the name of the individual you gave it to and the date on the bottom of the notice. Should you be told your employer will not accept this notice, ask if they would prefer you sent it by certified mail to the head of the Department of Human Resources. Be sure to save a copy of the notice for your own records and write on it the name of the individual who received it and the date. Always be polite and appear cooperative.

## SAMPLE V (a)
## **EMPLOYEE/STUDENT VACCINATION NOTICE (a)**   -single page notice

As a living flesh and blood employee or student of XYZ MEDICAL CENTER, INC. I declare the following:

My employer or school is requesting that I accept a flu shot vaccine as a condition of my employment or enrollment.

1) I am aware that since Supreme Court decision Bruesewitz v. Wyeth (Feb 22, 2011) those manufacturing, ordering and/or administering vaccines have been granted immunity from liability should I suffer from a vaccine caused injury or illness, such as Guillian Barre. The same decision defined vaccines as unavoidably unsafe. The Vaccine Injury Compensation Trust Fund is not an acceptable alternative to me. (Reason listed below - #7)

2) Enclosing the adverse effects of pharmaceutical products is common practice for pharmacists. So, unless I am provided the vaccine manufacturer's package inserts, I will not have been given the information I need to make an informed decision regarding the risks of taking the vaccine. CDC, public health, or other vaccine information sheets and/or websites are not acceptable alternatives. (Reason listed below - #4).

3) I am aware that vaccine recommendations have been established by the CDC and are promoted by public health departments and other various organizations. I do not recognize these corporations as health advocacy institutions. (Reasons listed below - #4 & #5)

4) I do not recognize the CDC as a government health advocacy organization. It is a corporation listed on Dun and Bradstreet and headquartered in the STATE OF GEORGIA, with strong ties to the pharmaceutical industry. Therefore, their recommendations are influenced by the 'fiscal' health of their own corporation.

5) I do not recognize the HEALTH, OHIO DEPARTMENT OF as a government health advocacy organization. It is listed on Dun and Bradstreet, is headquartered in COLUMBUS OH. has strong ties to the CDC and the pharmaceutical industry and receives monetary compensation to promote vaccines. Therefore, the state public health department's recommendations and actions are influenced by the 'fiscal' health of their own corporation.

6) I am aware of peer-reviewed scientific reports, such as *The vaccination policy and the Code of Practice of the Joint Committee on Vaccination and Immunisation (JCVI): are they at odds?*, which have provided proof that governments have been concealing the dangers of many vaccines as well as the "herd immunity myth".

7) I am aware that the corporation HEALTH & HUMAN SERVICES, UNITED STATES DEPARTMENT OF (listed on Dun and Bradstreet and headquartered in WASHINGTON DC) determines claims paid from the Vaccine Injury Compensation Trust Fund via a biased secret administrative process and also profits from vaccine patents.

8) I am unaware of any state statute that grants XYZ MEDICAL CENTER, INC. the authority to require employees or applicants to take a pharmaceutical product (that is not warranted as either safe or effective by the manufacturer) as a condition of their employment or admission. If such a statute exists, please send me the name, number and effective date.

For the reasons I have listed and more, I cannot comply with XYZ MEDICAL CENTER, INC. vaccine request unless I am provided with the vaccine package insert, allowed to determine if the health risks are acceptable, and presented with a document stating that XYZ MEDICAL CENTER, INC. (not the Vaccine Injury Compensation Trust Fund) agrees to be financially responsible for any and all injuries, illnesses or losses (as defined by the International Medical Council on Vaccination) this vaccine might cause to a living flesh and blood man or woman.

*NOTE: Please place this notice in my employee records file.*

Name:

Address:

Signature:                                                                                          Date

Witness:                                                                                            Date:

Witness:                                                                                            Date:

**Notice to agent is notice to principal - Notice to principal is notice to agent**

## SAMPLE V (b)
# EMPLOYEE/STUENT VACCINATION NOTICE (b)

As a living flesh and blood employee or student of XYZ MEDICAL CENTER, INC. I declare the following:

My employer or school is requesting that I accept a flu shot vaccine as a condition of my employment or enrollment.

1) I am aware that since Supreme Court decision Bruesewitz v. Wyeth (Feb 22, 2011) those manufacturing, ordering and/or administering vaccines have been granted immunity from liability should I suffer from a vaccine caused injury or illness, such as Guillian Barre. The same decision defined vaccines as unavoidably unsafe. The Vaccine Injury Compensation Trust Fund is not an acceptable alternative to me. (Reason listed below - #7)

2) I requested, received and reviewed the manufacturer's package insert for the vaccine I am being requested to take. The possible adverse reactions listed on this insert, exposed health risks I am unwilling to take.

3) I am aware that vaccine recommendations have been established by the CDC and are promoted by public health departments and other various organizations. I do not recognize these corporations as health advocacy institutions. (Reasons listed below - #4 & #5)

4) I do not recognize the CDC as a government health advocacy organization. It is a corporation listed on Dun and Bradstreet and headquartered in the STATE OF GEORGIA, with strong ties to the pharmaceutical industry. Therefore, their recommendations are influenced by the 'fiscal' health of their own corporation.

5) I do not recognize the HEALTH, OHIO DEPARTMENT OF as a government health advocacy organization. It is listed on Dun and Bradstreet, is headquartered in COLUMBUS OH, has strong ties to the CDC and the pharmaceutical industry and receives monetary compensation to promote vaccines. Therefore, the state public health department's recommendations and actions are influenced by the 'fiscal' health of their own corporation.

6) I have seen peer-reviewed scientific reports, such as *The vaccination policy and the Code of Practice of the Joint Committee on Vaccination and Immunisation (JCVI): are they at odds?*, which have provided proof that governments have been concealing the dangers of many vaccines as well as the "herd immunity myth".

7) I am aware that the corporation HEALTH & HUMAN SERVICES, UNITED STATES DEPARTMENT OF (listed on Dun and Bradstreet and headquartered in WASHINGTON DC) determines claims paid from the Vaccine Injury Compensation Trust Fund via a biased secret administrative process and also profits from vaccine patents.

8) I am unaware of any state statute that grants XYZ MEDICAL CENTER, INC. the authority to require employees or applicants to take a pharmaceutical product (that is not warranted as either safe or effective by the manufacturer) as a condition of their employment or admission. If such a statute exists, please send me the name, number and effective date.

For the reasons I have listed and more, I cannot comply with XYZ MEDICAL CENTER, INC. vaccine request unless I am presented with a document stating that XYZ MEDICAL CENTER, INC. (not the Vaccine Injury Compensation Trust Fund) agrees to be financially responsible for any and all injuries, illnesses or losses (as defined by the International Medical Council on Vaccination) this vaccine might cause to a flesh and blood living man or woman.

*NOTE: Please place this notice in my employee records file.*

Name of employee:

Employee Address:

Employee signature:                                     Date

Witness:                                                        Date:

Witness:                                                        Date:

**Notice to agent is notice to principal - Notice to principal is notice to agent**

- single page notice -

## Smart Meter Notice of Non-consent

Following is a lawful strategy for denying consent for your electric company to install a smart meter on your home or business. It can also be reworded to demand that one be removed if already in place.

This is not legal advice. It is a common sense approach to notifying your electric company of your awareness and preferences while piercing their corporate veil at the same time.

The letter and form should be sent by certified mail to the CEO and top officers of your electric company. The fact that the private for-profit corporation that represents your public utility commission has approved the installation of smart meters, while making no assurances as to their safety, puts this issue right back into the lap of the private electric corporations. The general population has no input regarding the appointment of public utility commissioners and no legal contract with any of them. These commissioners do not work for the people.

The sample letter can be used as a template but needs to be personalized. The names of the electric company's officers and the public utility commissioners can generally be found on the internet.

The notice is a collection of undisputable facts. It is important to note that NONE of the players in the smart meter rollout are making any claims regarding the safety of this biologically damaging device. Therefore SAFETY IS THE ISSUE. In our dysfunctional legal system, consent is presumed unless specifically denied. The notice is designed to meet that requirement . . . officially deny consent.

Save copy of the letter, the notice and the certified mail label. In our sample, there would be six letters, six notices and six certified mail labels.

NOTE: On the SAMPLE SMART METER NOTICE items in grey are to be personalized.

# SAMPLE SMART METER LETTER OF NON-CONSENT

date

Your first and last name only
address
city and state

Nicholas K. Akins, Chief Executive Officer
AMERICAN ELECTRIC POWER
1 Riverside Plaza
COLUMBUS, OH 43215

Dear Mr. Akins,

Recently I became aware that your corporation plans on installing unsafe smart meters on homes and businesses. Please note: I was not a party to that decision.

Enclosed is my lawful notice regarding the installation of a smart meter on my home. It represents a lawful denial of consent.

I do hereby request that my denial of consent notice be filed in your records and that AEP's smart meter installers be so informed.

I **DO NOT CONSENT** to having a smart meter or an analog wireless transmitter placed on my home or property.

Appreciatively,


*Signature*

Your first and last name only


Enclosure

cc:     Robert P. Powers, AEP Executive Vice President
            Brian X. Tierney, AEP Executive Vice President
            David M. Feinberg, AEP Executive Vice President
            Lana L. Hillebrand, AEP Senior Vice President
            Dennis E. Welch, AEP Executive Vice President


**Notice to agent is notice to principal**
**Notice to principal is notice to agent**

# SAMPLE VI
# SMART METER NOTICE

As a living flesh and blood man (woman) who buys electricity from *AMERICAN ELECTRIC POWER COMPANY, INC, COLUMBUS OH* , I declare the following:

1) I am (we are) aware that   *AMERICAN ELECTRIC POWER COMPANY, INC (AEP)*   wishes to install smart meters on properties in   *OHIO*   and has been granted the approval of the *PUBLIC UTILITIES COMMISSION, OHIO* to achieve that goal. *AEP*  was chartered to provide a public utility service.

2) I am (we are) aware that the   *PUBLIC UTILITIES COMMISSION, OHIO*   is a private corporation listed on Dun and Bradstreet and headquartered in   *COLUMBUS, OH*.   I am (we are) aware that   *Todd Snitchler, Asim Haque, Steven Lesser, Lynn Slaby, and M. Beth Trombold*   serve as   *COMMISSIONERS*   for the   *PUBLIC UTILITIES COMMISSION, OHIO (PUCO)*.

## SAFETY ISSUE

3) I am (we are) aware that some electric corporations in the   *STATE OF OHIO*   have made continued electric service contingent upon men and/or women permitting smart meters to be attached to their homes and/or businesses. These corporations have endangered these people's health and safety by denying them access to the public utility the corporations were chartered to provide.

4) I am (we are) aware that the FEDERAL COMMUNICATIONS COMMISSION (listed as a private corporation on Dun and Bradstreet and headquartered in WASHINGTON DC) has stated on their web site that there are no national safety standards regarding the radiofrequency energy that smart meters emit.

5) I am (we are) aware that PUCO has provided no assurances as to the safety of Smart Meters, despite the fact that they have made a public claim to assure safe and affordable utility services.

6) I am (we are) aware that a national health organization, the American Academy of Environmental Medicine, issued a warning in January 2012 about the unsafe and detrimental health effects of smart meters on men, women and children.

7) I am (we are) aware that multiple scientific peer-reviewed papers have exposed the health and safety dangers of smart meters and that this research is readably available in the BioInitiative Report of 2012.

8) I am (we are) unaware of any code or regulation that specifically authorizes utility service providers to install equipment that is unsafe and known to harm men or women on homes or businesses. If such a statute exists, please send me (us) the name, number and effective date.

I (we) hereby deny any employee of *AMERICAN ELECTRIC POWER* permission to place a smart meter or wireless analog meter on my (our) house. *AEP officers Nicholas Akins, Robert Powers, Brian Tierney, David Feinberg, Lana Hillebrand, and Dennis Welch* have no lawful jurisdiction to harm my health or the health of my family members. Should AEP employees install a smart meter on my (our) property without my (our) consent, I (we) will use all lawful and legal remedies to hold these officers personally - and in their official capacity - liable for any and all harm and or illness caused by this dangerous device.

*NOTE: This document can be used to protect AMERICAN ELECTRIC POWER from any punitive statutory actions or penalties of the EXECUTIVE (CEO) of the UNITED STATES, the DEPARTMENT OF ENERGY, the DEPARTMENT OF DEFENSE, the EPA or any other government-corporation or subdivision thereof.*

| | | | |
|---|---|---|---|
| Name(s):   *Jane Doe* | account number:  *22334455* | | |
| Address: *25 Maple Lane* | city:   *Grove City* | | state:   *Ohio* |
| Signature(s):   *Jane Doc* | Date:  *3-31-13* | | |
| Witness:   *Jim Walton* | Date:  *3-31-13* | | |
| Witness:   *Roy Rogers* | Date:  *3-31-13* | | |

**Notice to principal is notice to agent - Notice to agent is notice to principal**

## Pocket Card Notices of Non-consent

The following page contains the information on the 4X6 pocket card *NOTICE* - in bold. The FACTS listed are followed by links to the source for validation. It is designed to allow you to notify law enforcement employees - in writing - that you are not a non-human legal "person" and do not consent to their requests, nor do you wish to contract with them. The 4X6 size should make it easy to keep in your wallet or purse, should they approach you for any number of reasons.

It is important that this notice is well understood before it is utilized. Reading the information contained in the links will help accomplish that.

Before presenting this card to a corporate statute enforcer (policeman, Sheriff Deputy, State Trooper, etc.), ask for his or her name and badge number. Put that info on both copies of the card. Be polite and courteous. Then sign and date it in front of the statute enforcer and hand it to hum or her. **Never ever become belligerent** with these corporate employees, as many of them are nothing more than bullies! If you have a witness with you, it would be beneficial to get the witness to sign and date the card as well. Say very little about the contents of the card, other than to state that it is a lawful notice of non-consent to be taken under advisement. In other words the card is a lawful notice and they need to read it and talk to their attorneys prior to proceeding.

Recommended verbiage:
"This is a lawful notice of non-consent - to be taken under advisement."
Repeat if necessary.

If asked where you got the notice, say "This is a lawful notice of non-consent - to be taken under advisement."

**When asked by the statute enforcer if you "understand", never say yes,** because it is a trick question. They are instructed to get you to agree to "stand under" their authority and if you say yes, you are consenting to their authority and agree to abide by their corporate rules and/or regulations. In other words, you will have just verbally nullified your notice of non-consent. The less conversation you have with the law (statute) enforcer the better.

If you are asked if you are a "sovereign" or a "sovereign citizen", respond by saying "This is a lawful notice of non-consent - to be taken under advisement." Refusing to contract with the corporate law enforcement employee is nothing more than refusing to contract with a corporate law enforcement employee.

**If asked to sign anything** by the statute enforcer, politely refuse. If the statute enforcer becomes threatening, it is wise to sign their paper work and put "without prejudice UCC 1-308" above your signature. Signed paper work with the law enforcer might need to be followed up with another notice. See "Citations" in Section 2, *The Legal Process*, by Judge Dale. After the encounter, put your copy of the notice in a safe place as proof that you did not consent nor agree to contract.

The Resources listed in the following sample are for the reader's information. They do not appear on the NOTICE, which is available as a free download at AntiCorruptionSociety.com on the LAWFULLY YOURS page. It is listed as 4X6 poc*ket card notices.*

## SAMPLE VII

### NOTICE!

#### This is a lawful notice of non-consent

**FACTS:**
**1. All law enforcement employees in the UNITED STATES work for private for-profit corporations listed on Dun and Bradstreet. that use private commercial script (FEDERAL RESERVE NOTES) and are bound by the laws of contracts (UCC). [See Clearfield Doctrine]**

**2. Laws passed by the FEDERAL, STATE, COUNTY & MUNICIPAL governments are for (non-human) legal "persons" . . . not for living flesh and blood men and women - unless we consent or agree to contract.**
Resource:
Cornell University Law School's Legal Information Institute defines a person as follows:
"Legal person refers to a non-human entity that is treated as a person for limited legal purposes--corporations, for example."

**3. No agency of the corporate government network has the authority to deprive living men and women of their human unalienable rights - unless we consent or agree to contract**
Resources:
The Legal Process by Judge Dale, retired - Section 2
Clearfield Doctrine - APPENDIX A

**4. Enforcement of private corporate statutes, rules, regulations by law enforcement officers upon flesh and blood men and women - without consent to contract - are unlawful and these officers can be held personally liable for their actions.**
Resource:
Clearfield Doctrine - APPENDIX A

(over)

#### VOID FOR VAGUENESS DOCTRINE
" . . . a vague law is a violation of due process because the law does not provide fair warning of a prohibition and fails to set standards for enforcement that would govern the exercise of the police power."
Resource: http://dictionary.findlaw.com/definition/void-for-vagueness-doctrine.html

Per Executive Order 13132 (signed by Bill Clinton in August 1999) , I am free to define my "legal character", therefore:
• I am not a non-human juristic legal "person".
• I am a living flesh and blood man (woman) free to contract or not.

I do not wish to contract with you.
I do not consent to your request.

_____
Name of corporation

_____  _____
Name of employee                    Badge # or ID

*Without Prejudice UCC 1-308*

_____   _____
*Signature: first and last name*                    *Date*

_____   _____
Witness (if available): *first and last name*           *Date*

- Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent -

This notice of non-consent and no contract should be taken under advisement

## Forced Vaccinations and/or Quarantine

In light of the recent 'ebola campaign', some folks carry a 4X6 NOTICE of non-consent pocket card in case employees of our corporate government attempt to demand they accept a vaccine or insist they relocate to an isolation center. While there is no guarantee the statute enforcers will recognize this notice, without it - in our current system - it may not be on the record that consent has been denied. After all, an ounce of prevention is worth more than a pound of cure.

Following is the information contained on the pocket card NOTICE. The FACTS listed are followed by links to the source for validation. It is important that this notice is well understood before it is dispensed. Reading the information contained in the links will help accomplish that.

When presenting this card to a corporate statute enforcer, be polite and courteous. Sign and date it in front of the statute enforcer and hand him/her the card. **Never ever become belligerent** with these corporate employees as many of them are nothing more than bullies! Say very little about the contents of the card other than to state that it is a notice of non-consent to be taken under advisement. In other words the card is a lawful notice and they need to talk to their attorneys prior to proceeding.

Recommended verbiage:
"This is a lawful notice of non-consent - to be taken under advisement."
Repeat if necessary.

If asked where you got the notice, say "This is a lawful notice of non-consent - to be taken under advisement."

**When asked by the statute enforcer if you "understand", never say yes**, because it is a trick question. They are instructed to get you to agree to "stand under" their authority and if you say yes, you are consenting to their authority and agree to abide by their corporate rules and/or regulations. In other words, you will have just verbally nullified your notice of non-consent. The less conversation you have with the law (statute) enforcer the better.

If you are asked if you are a "sovereign" or a "sovereign citizen", respond by saying "This is a lawful notice of non-consent - to be taken under advisement." Refusing to contract with the corporate law enforcement employee is nothing more than refusing to contract with a corporate law enforcement employee.

**If asked to sign anything** by the statute enforcer, politely refuse. If the statute enforcer become threatening, it might be wise to sign their paper work and put "without prejudice UCC 1-308" above your signature. Signed paper work with the law enforcer might need to be followed up with another notice. See "Citations" in Section 2, The Legal Process, by Judge Dale. After the encounter, put your copy of the notice in a safe place as proof that you did not consent nor agree to contract.

The Resources listed are for the reader's information. They do not appear on the NOTICE, which is available as a free download at AntiCorruptionSociety.com on the LAWFULLY YOURS page. It is listed as 4x6 pocket card notices.

## SAMPLE VIII

---

### NOTICE!

#### This is a lawful vaccination notice of non-consent

**FACTS:**

**1. All law enforcement employees in the UNITED STATES work for private corporations listed on Dun and Bradstreet that use private commercial script (FEDERAL RESERVE NOTES) and are therefore bound by the laws of contracts (UCC). [See Clearfield Doctrine}**

**2. Laws statutes, rules and regulations passed by FEDERAL, STATE, COUNTRY & MUNICIPAL corporation are for non-human legal (juristic) "persons" . . . not for living flesh and blood men and women - unless we consent or agree to contract.**
Resource:
Cornell University Law School's Legal Information Institute defines a person as follows:
"Legal person refers to a non-human entity that is treated as a person for limited legal purposes--corporations, for example."

**3. No agency of the corporate government network can be "granted" the authority to deprive living men and women of their human unalienable rights - without our written consent or willingness to contract!**
Resources:
The Legal Process by Judge Dale, retired - Section 2
Clearfield Doctrine - APPENDIX A

**4. Those who produce vaccines have been given immunity from liability should their products cause illness or injury. [Supreme Court decision: Bruesewitz v. Wyeth (2011)] The manufacturers no longer warrant them as either safe or effective. Therefore, if vaccines are forced onto men or women - without their written consent - the enforcement 'officer' will be personally liable for any illness or injury the vaccine may cause.**
Resource:
Supreme Court decision: Bruesewitz v. Wyeth (2011)

(over)

#### VOID FOR VAGUENESS DOCTRINE

**" . . . a vague law is a violation of due process because the law does not provide fair warning of a prohibition and fails to set standards for enforcement that would govern the exercise of the police power."**
Resource: http://dictionary.findlaw.com/definition/void-for-vagueness-doctrine.html

Per Executive Order 13132 (signed by Bill Clinton in August 1999) , I am free to define my "legal character", therefore:
• I am not a non-human juristic legal "person".
• I am a living flesh and blood man (woman) free to contract or not.

I do not wish to contract with you.
I do not consent to your request.
_____
Name of corporation

_____   _____
Name of employee                    Badge # or ID

*Without Prejudice UCC 1-308*

_____   _____
*Signature: first and last name*              *Date*

_____   _____
*Witness (if available): first and last name*     *Date*

**- Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent -**

**This notice of non-consent and no contract should be taken under advisement**

## Child Protective Services (CPS) Notice of Non-consent

More and more stories are coming in from parents across the country regarding the unlawful kidnapping of their children. Parents who wisely refuse to subject their children to the ever growing number of toxic and dangerous vaccines are not the only parents being victimized. Because their so-called 'agency' requires that they investigate all complaints - reasonable or not - employees for Children's Protective Services (CPS) can show up on anyone's door step. So, all parents need to be prepared to respond defensively.

If you are unaware of the magnitude of this problem, please go to the website of former CPS employee Carlos Morales: Truthovercomfort.net. As a former CASA volunteer with several years of experience in my own county, I concur with Mr Morales's observations and conclusions about these dysfunctional and often dangerous so-called "child protection" agencies. You can also listen to a recent interview Mr. Morales did on Red Ice Radio: http://www.redicecreations.com/radio/2014/11/RIR-141126.php

All CPS employees are bound by the rules and regulations (codes) of the STATE in which they are employed. So, one of the first things we all need to understand is why the so-called presumed authority of the STATE OF is not valid - without our consent. They are all bound by the laws of contract (SEE APPENDIX D).

The STATE OF's vast network of employees and their courts have been told that our son and daughters are indeed their property as in 'under their jurisdiction'. To enforce their codes, they must provide proof of this claim, **if requested**. Without asking them for proof of their claim, it is presumed we accept it as fact. The only so called proof they have is the birth certificate[19] signed by the child's Mother. However, the Mother was never told that by signing the birth certificate she was donating her baby to the STATE OF. Contracts with undisclosed terms and conditions are not lawful and cannot be enforced . . . without your consent. What do you think the likelihood is of them admitting in writing that your signature on your baby's birth certificate - that you were coerced into signing - meant that you were willingly with full knowledge and understanding donating/pledging your baby to the STATE? And, if you indeed did agree to care for the STATE's property, as you have been doing, where are your payments for the many hours and costs you have invested?

Another aspect of this unlawful kidnapping of children by CPS workers is their willingness to violate the letter of the STATE OF statutes/codes and make their own determinations as to their presumed 'authority'. As their corporation has a financial incentive to kidnap children, explained brilliantly by Mr. Morales, bending the rules (codes) is not unusual.

Should a CPS employee knock on your door, the first thing to understand is that they have no authorization to enter your home without your consent. **Do not allow them into your home.** Instead, hand them a generic Corporate-Government Employee Questionnaire (page 26) which asks them to identify themselves, to identify the number and effective date of the code they are attempting to enforce, and to verify that they personally have seen your signature on a signed contract agreeing to abide by their codes. Naturally they won't be able to provide this info on your doorstep, so they will have to leave. DO NOT ANSWER ANY OF THEIR QUESTIONS - just tell them you refuse to talk to them without them properly identifying themselves by filling out your questionnaire.

There is a good chance that they will not return as you have proven yourself waaay too knowledgeable. However, should they remain unconvinced that they cannot scare you into granting them authority; they might return or even send a supervisor to pay you another visit. They have also been known to send employees to the child's school for an unlawful interview with the child they are pretending to protect. So once they have left, print out a short letter and a lawful notice (samples on pages 4 and 5) and send them together via Certified Mail to the head of the CPS 'agency' the employee works for. The name of the agency should be on the top of the employee's business card. Following are samples! Items in grey are to be personalized.

---

[19] "The Birth State claims the custody of your children pursuant to the Birth Certificate and records them under the Department of Transportation as a State owned Vessel"; from Section 2, page 13.

43

# SAMPLE LETTER TO CPS

September 23, 2013

John Smith, Director
FRANKLIN COUNTY CHILDREN SERVICES
25 Elm Street
Canton, Ohio

Dear Mr. Smith,

On September 23, 2013 your employee, Rita Jones, came to my house and requested entry. In an effort to identify her and the lawful reason for her request, I handed her a questionnaire, which she has (or has not) returned.

As the flesh and blood living mother of Sally Doe (and other children if applicable), I hereby prohibit any employee of FRANKLIN COUNTY CHILDREN SERVICES from interviewing or collecting information on my progeny (property), Sally Doe (and other children if applicable), without my consent.

For the record, I am notifying you that I do not consent to your investigation and I do not wish to contract with your agency-corporation.

My notice is attached.

Appreciatively,

*Signature*
Jane Doe
2525 Maple Lane
Canton, Ohio

Notice attached

44

SAMPLE IX

# **NOTICE TO** FRANLKIN COUNTY CHILDREN SERVICES

As the living flesh and blood mother (father) of Sally Doe (and other children if applicable), I declare the following:

As the mother (father) of my progeny (property) Sally Doe (and other children if applicable), I am responsible for his (her or their) nurturing and education. He (she or they) is (are) not the property of the corporation listed on Dun and Bradstreet as the STATE OF OHIO. Upon my son or daughter's birth, neither my spouse nor myself donated or pledged him (or her) to the STATE OF OHIO or any other corporate entity. Any presumption that we did is false.

As a for-profit corporation the STATE OF OHIO cannot make laws regarding the care and upbringing of flesh and blood boys and/or girls without their flesh and blood mother's or father's consent. They can only make laws, rules, and regulations for non-human legal "PERSONS". This description does not apply to me (us) nor to our son(s) and/or daughter(s).

I do not recognize the entity known as FRANKLIN COUNTY CHILDREN SERVICES as a 'government' child protection institution. It is a for profit corporation doing business and listed on Dun and Bradstreet.

As a private corporation. FRANKLIN COUNTY CHILDREN SERVICES is bound by the law of contracts and has no authority to initiate any action regarding Sally Doe (and other children if applicable). without a contract signed by me. I do not wish to contract with - FRANKLIN COUNTY CHILDREN SERVICES.

This is my notice of non-consent and my refusal to contract.

_____     _____
Jane Doe                                     date
2525 Maple Lane. Grove City, Ohio

_____     _____
John Doe                                     date
2525 Maple Lane. Grove City, Ohio

_____     _____
Witness                                      date

_____     _____
Witness                                      date

(Or Notary)

**Notice to agent is notice to principal**
**Notice to principal is notice to agent**

- single page notice -

45

## Medical Power of Authority (attorney)

Due to the ever increasing fascist nature of our corporate commercial medical industry, many rules and restrictions have been put into place regarding the medical care we may or may not receive, when we become a "customer" (or health care consumer) in their medical facilities. They stopped referring to us a patients long ago.

A "carrot or stick" value-added system has been gradually implanted since the passage of Medicare in 1965, whereas health care workers MUST extract information from us AND implement the government's version of "evidence based guidelines and best practices",[20] which might actually be harmful to your health.

Since the passage of the Affordable Care Act, the practice of medicine has been increasingly controlled by corporate government edicts and consequentially is now potentially far more dangerous to our health and well being.[21]

If we are to protect our loved ones, should they find themselves incapacitated in a hospital, and honor their wishes we need to have in our possession a signed and witnessed medical power of authority (attorney). Following is a sample that can be modified to suit your own needs. Once again, do not expect BAR attorneys to approve of this document for two reasons: 1) preparing one for yourself cuts into their profits and 2) it supersedes their private UCC legal rules/restrictions. There are no laws prohibiting us from entering into private contracts and the medical power of authority (attorney) is exactly that.

Caution
Never give a medical power of attorney to anyone who you **literally** don't trust with you life.

---

[20] See *Lies, Damn Lies and Medical Science*; AntiCorruptionSociety.com

[21] See *Modern Medicine at the Crossroads* by Donald W. Miller, Jr., Md; Journal of American Physicians and Surgeons, Volume 20 Number 3 Fall 2015

SAMPLE X

# POWER OF MEDICAL AUTHORITY (attorney)

I Jane Doe do hereby assign to my husband John Doe the lawful authority to make medical care decisions on my behalf - should I become incapacitated and unable to make sound decisions regarding my own medical care.

### Legal character
For the purposes of this document, I hereby define my legal character as a living flesh and blood woman and NOT as an all caps juristic legal "person". Therefore the lawfulness of this document (contract) is superior and is not subject to the rules and limitations of the FEDERAL or STATE corporation's private statutory codes.

### Determining incapacitation
The determination regarding my ability or inability to make sound medical decisions on my own behalf is to be made by John Doe after collaboration (consultation) with the physician in charge of my care and with my daughter Sally Doe and my son Jim Doe.

### Execution of medical authority
Should the decision to invoke medical authority be made by my husband John Doe, this document is to be executed by submitting a copy to all institutions and or private physicians involved in my medical care.

### Authority granted
This authority of making decisions regarding my health care means: consent, refusal or withdrawal to any care, treatment, service or procedure recommended by any and all employees of any health care facility including private physicians.

This authority also includes the following:
1. The power to request, receive and review any information verbal or written regarding my physical or mental health including, but not limited to, medical and hospital records.
2. The power to execute on my behalf any releases or other documents that may be required in order to obtain this information
3. The power to consent to the disclosure of this information

Additionally, if and when necessary I grant John Doe the authority to execute the following on my behalf:
1. Documents titled or purporting to be a "Refusal to Permit Treatment" and "Leaving Hospital Against Medical Advice"
2. Waivers or releases requested by a hospital or physician

### Alternative (successor) Agent
In the event that John Doe is unavailable or himself incapacitated, I designate this Power of Medical Authority (attorney) to my daughter Sally Doe and my son Jim Doe jointly if both are available and individually if not.

### Revocation
Should I elect to revoke this authority at any time, I reserve the right to do so 1) prior to its execution or 2) when I am recovered and no longer incapacitated regarding my medical decision making capabilities.

(continued on pg 2)

Date: _____                                    1 of 2 pages

Revocation shall be in completed when I write and sign a statement declaring my decision to withdraw this Power of Medical Authority (attorney) from John Doe and reclaim it for myself. .

_____          _____
Jane Doe (grantor)                        John Doe (agent)
2525 Maple Lane                           2525 Maple Lane
Canton, Ohio                              Canton, Ohio

_____          _____
Sally Doe (co-successor agent)            Jim Doe (co-successor agent)
32 Wedgewood Ave                          105 Clinton Road
Akron, Ohio                               Canton, Ohio

**Witness**
On this _____, before me personally appeared Jane Doe and John Doe, known to me to be the man and woman described in and who executed the foregoing instrument and acknowledged to me that both executed the same as their free act and deed.

Witness: _____          Date: _____

Address: _____

Witness: _____          Date: _____

Address: _____

**or Notary**

Date: _____                     2 of 2 pages

48

**LIST OF AVAILABLE TEMPLATES ON AntiCorruptionSociety.com website; tab LAWFULLY YOURS**

**Word doc templates:**

| | |
|---|---|
| Sample I | Government-Corporation employee questionnaire |
| Sample II | Letter of inquiry |
| Sample III | Letter of debt validation |
| Sample IV | VACCINATION NOTICE |
| Letter | Letter for school superintendent |
| Sample V (a) | EMPLOYEE/STUDENT VACCINATION NOTICE (a) |
| Sample V (b) | EMPLOYEE/STUDENT VACCINATION NOTICE (b) |
| Letter | Smart meter letter of non-consent |
| Sample VI | SMART METER NOTICE |
| Letter | Letter to CPS |
| Sample IX | NOTICE TO COUNTY CHILDREN SERVICES |
| Sample X | MEDICAL POWER OF AUTHORITY (attorney) |

**Pocket Card Notices:**

| | |
|---|---|
| Sample VII | Pocket Card NOTICE of Non-consent |
| Sample VIII | Pocket Card NOTICE of Non-consent re: forced vaccinations or quarantine |

# APPENDIX A

## Clearfield Doctrine

Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363-371 1942

Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation.

As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.

And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes.

This case is very important because it was decided in 1942 - after the confiscation of the people's gold in 1933 and after the 'corporate government' forced the currency of the private corporation, the FEDERAL RESERVE on America. This privately owned currency, the FEDERAL RESERVE NOTE is still by law the only permissible currency in use today.


Please note:
The government by becoming a corporator, (See 28 USC §3002(15(A)(B)(C), 22 USCA 286(e)) lays down its sovereignty and takes on that of a private citizen. It can exercise no power which is not derived from the corporate charter. (See: The Bank of the United States v. Planters Bank of Georgia, 5 L.Ed. (Wheat) 244; U.S. v. Butt, 309 U.S. 242).

# APPENDIX B

## Bond v. UNITED STATES

[First published online as "The Sovereign Citizen"]

by Judge Dale, retired
Thursday, 11 April 2013

Our federal government has instructed our federal, state and local police agencies that everyone who purports to be a SOVEREIGN should be TREATED as a TERRORIST! They have also brainwashed the American public into believing that being a SOVEREIGN is anti-American and unpatriotic! Perhaps this is "The POT calling the KETTLE black"?

WHAT IS SOVEREIGNTY? It is the inherent right and prerogative of a civilized people to rule itself, and to dictate all of the forms and conditions of the institutions it sets up to carry out this rule. Ironically, the U.S. SUPREME COURT agrees with those people who claim to be SOVEREIGN citizens of the American Republic!

- Bond vs. UNITED STATES, 529 US 334 – 2000, The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.
- Bond v. United States, 529 US 334 – 2000 – Supreme Court – Cited by 761 litigants in other cases.
- Bond v. US, 131 S. Ct. 2355 – 2011 – Supreme Court – Cited by 306 " "
- Bond v. US, 1 F. 3d 631 – 1993 – Court of Appeals, 7th – Cited by 66 " "

What are the implications of this 2000, U. S. Supreme Court ruling?

1] The delegates to the first Federal Convention prohibited the use of corporations by all governments representing the American Republic. Therefore, all of these corporate governments and their corporate laws are a usurpation of the organic Constitution of the United States of America. All State Governments are now sub-corporations of the Federal Government, making all Courts and all law enforcement personnel, corporate federal agencies or employees. [See: James Madison Journal of the Federal Convention, Vol. 2, P. 722] and [Pull up your State Code on your PC and search the Code for the words "District of Columbia" and "Federal Government." You will receive about 1000 references linking your state to the federal government.]

2] The state and federal government is a corporation and therefore the Congress, State Legislatures, City Councils, Municipalities and all State and Federal Courts are corporate entities posing as Constitutional branches of government.

3] Corporations are privately owned businesses, meaning that the Corporate United States belongs to one or more private individuals, which is always governed by a Board of Directors. The Corporate United States is privately owned by a group of European Royal and Elite individuals tied to the Federal Reserve System and the letters of incorporation are recorded in the Vatican. The President of the United States is actually the CEO of the United States and the Congress and all others are corporate employees. Everything they do is in the interest of the corporate owners! I can't access those documents because of National Security.

4] In order to promulgate and enforce Criminal Laws to govern the SOVEREIGN public, government must be SOVEREIGN too, which is an accepted RULE of LAW derived from the, Ancient Law of Kings. Corporations are not and can never be SOVEREIGN. They are not real; they are a fiction and only exist on paper.

5] Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Do the Judge and your lawyer know about this? You bet they do!

6] Since these government bodies are not SOVEREIGN, they cannot promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency! Did you ever agree to be arrested and tried under any of their corporate statutes? For that matter, did you ever agree to contract with them by agreeing to be sued for violating their corporate regulations?

(Citations and Complaints are contracts but they lack transparency because you were never told what might happen to you if you agree to contract, and that you had a right to refuse the accommodation!)

7] Do any of Americas Courts have Jurisdiction over a SOVEREIGN? Yes … but only by your consent to be judged by the Court. Can they compel (Summon or Subpoena) you to appear or participate in their process? No … they can't compel you and yes … they can ask but you can reject the accommodation in writing and nothing can be done about it because you have refused to give the court jurisdiction over you!

8] Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the SOVEREIGN public and these officers can be held personally liable for their actions. [Bond v. U.S., 529 US 334-2000]

9] There being no Constitutional Criminal Laws or Transparency in the American Justice System, everyone arrested, convicted and sentenced to prison under these CIVIL LAWS are in prison by CONSENT and therein, all American Jails are actually DEBTORS PRISONS!

10] Most of the County and State Prisons and all of the Federal Prisons are privately owned corporate businesses for profit, which kick back to the sentencing Judges. The Bureau of Prisons Privatization Management Branch provides general oversight, for these institutions. So if you are convicted in these Courts, you can expect to serve some jail time! Now you know why America has such high prison populations!

11] Can the State Government and Courts take Custody of your children? Only with your consent, otherwise their agents and officers can be held personally liable for their actions! Orphans are a different matter and can become wards of the Court until emancipated.

Corporate governments are a usurpation of the organic American Constitution and this corporatist onslaught in America has since its creation, been an ANTI-SOVEREIGN and TERRORIST REGIME and are in fact the real TERRORIST and TRAITORS to the American Republic.

Blessings,

Judge Dale, retired

---

## NOTES

On April 16, 2013 in an article titled *The Missing 13th Amendment* (posted on AntiCorruptionSociety.com), Judge Dale explained why it is difficult to validate the Bond v. UNITED STATES decision:

*The Supreme Court admitted this in the year 2000, in their decision of [Bond v. United States, 529 US 334, 2000] and our government controlled media swept it neatly under the carpet! In an attempt to avoid repercussions, the government created a false case and decision titled [US v. Bond] before the federal appeals court reversing the US Supreme Court. Some of you would never realize that there is NO body of law that can reverse the US*

*Supreme Court; it's the highest court in America even under their corporate regulations but then creating "illusions" and lying to the American Republic is second nature to them!*

From attorney Melvin Stamper's book *Fruit from a Poisonous Tree* (page 42):

*The creation of the enumerated powers of the United States Constitution was done by delegation of authority. The power of the sovereign people remained with the people. The federal government may exercise its enumerated power only on their behalf. This relationship was well-stated by the Supreme Court as follows:*
*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." (Yick Wo v. Hopkins, 118 US 353)*

Please note:
The government by becoming a corporator, (See 28 USC §3002(15(A)(B)(C), 22 USCA 286(e)) lays down its sovereignty and takes on that of a private citizen. It can exercise no power which is not derived from the corporate charter. (See: The Bank of the United States v. Planters Bank of Georgia, 5 L.Ed. (Wheat) 244; U.S. v. Butt, 309 U.S. 242).

# APPENDIX C

## THE TWELVE PRESUMPTIONS OF COURT

The following was provided by Cannon Law researcher Frank O'Collins. Website: One-heaven.org (http://one-heaven.org/home.php)

### Canon 3228

A Roman Court does not operate according to any true rule of law, but by presumptions of the law. Therefore, if presumptions presented by the private Bar Guild are not rebutted they become fact and are therefore said to stand true. There are twelve (12) key presumptions asserted by the private Bar Guilds which if unchallenged stand true being Public Record, Public Service, Public Oath, Immunity, Summons, Custody, Court of Guardians, Court of Trustees, Government as Executor/Beneficiary, Executor De Son Tort, Incompetence, and Guilt:

i.  **The Presumption of Public Record** is that any matter brought before a lower Roman Courts is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter. Unless openly rebuked and rejected by stating clearly the matter is to be on the Public Record, the matter remains a private Bar Guild matter completely under private Bar Guild rules; and

ii.  **The Presumption of Public Service** is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild. Unless openly rebuked and rejected, the claim stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath; and

iii.  **The Presumption of Public Oath** is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartiality and fairly as dictated by their oath. Unless openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath. If challenged, such individuals must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath; and

iv.  **The Presumption of Immunity** is that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Unless openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from any personal accountability for their actions; and

v.  **The Presumption of Summons** is that by custom a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands; and

vi.  **The Presumption of Custody** is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a thing and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a thing and property and therefore lawfully able to be kept in custody by custodians; and

vii.    **The Presumption of Court of Guardians** is the presumption that as you may be listed as a "resident" of a ward of a local government area and have listed on your "passport" the letter P, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians". Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court);

viii.    **The Presumption of Court of Trustees** is that members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System. Unless this presumption is openly challenged to state you are merely visiting by "invitation" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction - simply because you "appeared"; and

ix.    **The Presumption of Government acting in two roles as Executor and Beneficiary** is that for the matter at hand, the Private Bar Guild appoint the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default the trustee, therefore must obey the rules of the executor (judge/magistrate); and

x.    **The Presumption of Executor De Son Tort** is the presumption that if the accused does seek to assert their right as Executor and Beneficiary over their body, mind and soul they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor. Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged by not only asserting one's position as Executor as well as questioning if the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and a judge or magistrate of the private Bar guild may seek to assistance of bailiffs or sheriffs to assert their false claim; and

xi.    **The Presumption of Incompetence** is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly. Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent then the judge or magistrate can do what they need to keep you obedient; and

xii.    **The Presumption of Guilt** is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty". Therefore unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the public record or call a demurrer, then the presumption is you are guilty and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

# APPENDIX D

## WHAT IS A CONTRACT

From *Fruit from a Poisonous Tree* by attorney Melvin Stamper, JD[22]

"Contract law is above the Constitution and under the jurisdiction of Equity/Admiralty courts, so the governments began to contract with everyone." (pg 74)

From *The Great American Adventure* by Judge Dale, retired[23]

"Everything in America is about CONTRACTS and it is our burden as Americans to make government perform honorably, to be specific and to prohibit them from changing the meaning of common words, which is referred to in their circle of friends as: 'legalese!'" (2nd Edition - pg 11)

You cannot depend upon the courts to protect what *you think* are your rights, as long as you have signed contracts that *supersede* those "rights." So unless you understand the basics of contracts, you won't know how to protect your inalienable rights. While the BAR has made contract law very convoluted and complex, the basics remain inviolable.

## CONTRACTS

Definition of "contract" *(noun) - An enforceable agreement*. It depends for its validity on six conditions:

1. **Mutual assent - offer and acceptance**
2. **Legal consideration**
3. **Legal capacity for contracting**
4. **Absence of fraud or duress**
5. **Not in violation of law (in theory can't lawfully contract to murder, steal, damage property, trespass, sell into slavery)**
6. **Must be realistic and attainable**

### 1 – Mutual Assent

    a) Requires a meeting of the minds

    b) Obligation of good faith (U.C.C. 1-203)
        Every contract or duty within this Act imposes an obligation of good faith in its performance or enforcement.

    c) Requires full disclosure
        There can be no *meeting of the minds* unless the matter has been discussed; therefore, *full disclosure* of all terms and conditions is an absolute requirement for this condition. This is why contracts are called "*agreements*" Parties cannot *agree to agree* on terms that are not disclosed nor discussed. This would be a form of collusion and would violate the obligation of good faith.

    d) Requires a voluntary signature
        Your signature on a contract signifies your assent (agreement) to the terms and conditions. Courts have maintained that "Any sane person *understands* and *concurs with* the content of any instrument bearing his voluntary signature."

---

[22] *Fruit From a Poisonous Tree* by Melvin Stamper, JD is available at Amazon.com and Barnes and Noble

[23] *The Great American Adventure* is available as a free download on the AntiCorruptionSociety.com web site

e) Cannot bind non-signatories

Signatories on a contract cannot bind non-signatories to the terms and conditions of a contract unless they hold a signed agreement to do so - often referred to as the 'power of attorney'.

f) Cannot be unilaterally altered

Once a contract is signed, any material *adverse unilateral alteration* of the contract may result in cancellation of the contract as the mutual assent criteria would no longer exist.

## 2 – Legal Consideration

Lawful contracts need to contain some form of monetary exchange or assurance. An agreement is legally enforceable only when each of the parties gives something and gets something. That something given or obtained is the price for the promise. It should be noted however that 'consideration' may be an act (doing something) or forbearance (not doing something) or a promise to do or not to do something. It may be past, present or future.

## 3 – Legal Capacity

Signatories must meet legal qualification and be at least 18 years of age, considered sane, and not under the undue influence of drugs or alcohol.

## 4 – Absence of fraud or duress

Contracts are not enforceable if they were signed using coercion, misrepresentation or fraud, as any of these would negate the mutual assent required to create an enforceable agreement in the first place.

Any claim of 'implied consent' to terms that were not disclosed can be viewed as misrepresentation.

However, adhesion contracts are commonplace in our world today.

Adhesion contract is a standardized contract/form offered in exchange for goods and/or services on essentially a "take it or leave it" basis. A distinctive feature of adhesion contract is that weaker party has no realistic choice as to its terms.

Wheeler v. St. Joseph Hospital, Cal.App., 63 Cal.App.3d 345 Standard Oil of Calif. B. Perkins, C.A.Or., 347 F.2d 379, 383.

Lechmere Tire and Sales Co. v. Burwick, 360 Mass. 713, 720, 721 277 N.E.2d 503 (emphasis added)

Unconscionable adhesion contract is a contract the terms of which are excessively unreasonable, overreaching and one-sided. One which no sensible man not under delusion, duress, or in distress would make, and such as no honest and fair man would accept. Franklin Fire Ins. Co. v Noll, 115 Ind. App. 289, 58 N.E.2d 947,949,950

Unconscionable adhesion contracts are not enforceable as most represent coercion or undue influence. If being coerced into signing an adhesion contract it is wise to write "under duress" or "all rights preserved" above your name. Another strategy is to preface your signature with an ellipsis (three dots signifying the absence of words or conditions)

## 5 – Does not violate the Common Law

Can't contract to murder, steal, damage property, trespass, sell into slavery

## 6 – Must Be Realistic or Attainable

Legal Maxim: *Impossibillium nulla obligatio est*. In other words, there is no obligation to do impossible things.

## Vacating the Contract

If these six conditions are not met there are legal grounds for vacating or rescinding the contract.

For example, if the mutual assent criterion was not met, the contract is not an enforceable agreement. From Judge Dale, retired:

"The corporate government's subversive tactics perverts "mutuality" [#1 - mutual assent] meaning that all registrants must understand the true nature and intent of the contract and subsequently must knowingly accept or consent to the terms and conditions of the contract. The absence of "mutuality" lawfully eliminates any and all contractual relationships, as historically established by the International Law of Contracts a/k/a Uniform Commercial Code."[24]

Another lawful reason for vacating a contract is if you become aware that you have made a mistake. Generally the mistake has to have been made as a result of misrepresentation of the facts. Misrepresentation is a false statement about a material fact relied on by a party to the contract. In the case of a misrepresentation, the injured party may rescind the contract.

The rescission of a contract must be done in writing and signed via a certified signature - (notarized or witnessed) - and presented by certified mail to the contracting party noting "Notice to agent is notice to principal - Notice to principal is notice to agent"

## NOTE

Attorney Melvin Stamper explained who subverted our legal system and when it was done in his book *Fruit from a Poisonous Tree:*

"The scheme also provided for the control of the courts via the 1913 creation of the American Bar Association, whose parent organization was the European International Bar Association, which was the creation of Rothschild. This allowed the International Bankers to control the practice of law, in that the only ones permitted to practice before the courts were those who were educated under their brand of law, which was only Admiralty and Contract law." (pg 58)

It is important to note that the Rothschild's were behind the creation of the Federal Reserve Act and its passage in 1913 which unlawfully turned control of the country's monetary system and currency over to the same International Bankers.

---

[24] From Judge Dale's *The Great American Adventure* (pg 98) available at AntiCorruptionSociety.com

**Checklist for evaluating the validity of a contract**

☐ 1. Mutual Assent

　☐ Meeting of the minds

　☐ Obligation of good faith

　☐ Full disclosure

　☐ Voluntary signature

　☐ Cannot bind non-signatories

　☐ Cannot be unilaterally altered

☐ 2. Legal consideration

☐ 3. Legal capacity

☐ 4. Absence of misrepresentation, fraud or duress

☐ 5. Cannot violate common law

☐ 6. Is realistic or attainable

# APPENDIX E

## PROPERTIES OF AN AFFIDAVIT

The fourth Commercial Maxim states a fundamental aspect of commercial law: "Truth is expressed by means of an affidavit." Since each individual experiences whatever he does from his own particular perspective in time and space and through his unique nature and machinery of consciousness, all truth is subjective.[25] Truth, like beauty, is in the eye of the beholder.

Inasmuch as everyone has free will and is the irreducible unit of experience, choice, responsibility, and self-government, only each particular man or woman can speak his/her own truth and has the right and obligation to do so. No one is obligated, nor qualified, to express the truth of another, as per the famous line in Tennyson's book, The Courtship of Miles Standish: "Why don't you speak for yourself, John."

Dispute resolution ("law") requires a universally accepted means for someone to assert his subjective truth in a manner that all understand is intended to be uttered without equivocation, concealment, deception, or insincerity. An affidavit, especially an affidavit "sworn true, correct, and complete," has evolved over time to be the accepted process by which someone expresses his truth in the most solemn, absolute, ceremonial means possible, past which nothing exists. An affidavit, as a solemn and sworn statement of truth, automatically renders the affiant the subject of charges of perjury if any portion of his affidavit is false.

Black's Law Dictionary, Fifth Edition, defines affidavit and oath as follows:

> "*Affidavit.* A written or printed declaration or statement of facts, made voluntarily, and confirmed by the oath or affirmation of the party making it, taken before a person having authority to administer such oath or affirmation." pp. 28-29.

> "*Oath.* Any form of attestation by which a person signifies that he is bound in conscience to perform an act faithfully and truly.... An affirmation of truth of a statement, which renders one willfully asserting untrue statements punishable for perjury. An outward pledge by the person taking it that his attestation or promise is made under an immediate sense of responsibility to God. A solemn appeal to the Supreme Being in attestation of the truth of some statement. An external pledge or asseveration, made in verification of statements made, or to be made, coupled with an appeal to a sacred or venerated object, in evidence of the serious and reverent state of mind of the party, or with an invocation to a supreme being to witness the words of the party, and to visit him with punishment if they be false...." p. 555.

In order to be characterized as an affidavit, a document must contain the characteristics and properties itemized below. To wit, an affidavit:

1. States facts ("truth") only on the basis of firsthand, personal knowledge, not conjecture, theory, or hearsay. The facts stated must express direct knowledge of the affiant (not "information and belief," which is hearsay).

2. Cannot be argumentative.

3. Must not draw conclusions of law.

4. Can be executed and served at any time without notice to the adverse party. Because an affidavit is not subject to cross-examination, it is an ex parte[26] proceeding.

---

[25] If someone expresses his subjective truth and others verify the same truth in their own subjective terms, said "truth" is labeled as "objective fact," i.e. the abstract map is acknowledged by others as accurately representing the territory.

[26] Ex parte: One side only; by or for one party; done for, in behalf of, or on the application of, one party only. Black's Law Dictionary, First Edition.

5. Must be certified (witnessed) by an officer of the state authorized to administer oaths, usually a notary public.[27] If it is not so sworn it will not be considered as being an affidavit.

6. Constitutes one of three kinds of testimony, the other two being deposition and direct oral examination, and stands as uncontroverted evidence if not timely rebutted point-for-point by proper counteraffidavit executed by the adverse party.

7. Must be executed by being sworn true, correct, and complete, i.e. under oath, defining the degree and nature of the commercial liability being staked by the affiant for the veracity, accuracy, relevance, and verifiability of everything stated in the affidavit.

8. Can be invalidated or nullified only by being rebutted point-for-point by counteraffidavit sworn true, correct, and complete.

9. Stands as the truth concerning each point that is not rebutted by counteraffidavit as above; the entire affidavit stands as the truth in the matter if not answered at all.

10. Stands in full as the judgment (application) of the law if completely unrebutted by counteraffidavit as above; invokes execution of the law concerning the points in the affidavit that are not expressly rebutted in a counteraffidavit.

Without a "competent witness," i.e. testimony, no court has any power to act. Judgments may be made solely on evidence, but all evidence requires that a competent witness attest its validity, i.e. verify the evidence submitted. Without a competent witness, a judgment is void.

In court, the adverse party has the right to cross-examine. When testimony is issued via affidavit, the adverse party has the right (and obligation, if he/she desires not to have the affiant's affidavit stand as the truth and judgment of the law) to respond to the affidavit point-for-point via counteraffidavit sworn true, correct, and complete.

Regardless of the form in which testimony is introduced into proceedings and disputes, once a "competent witness" has submitted testimony (by any means, including affidavit), the adverse party must:

1. Disprove stated facts or prove alternative facts;

2. Prove application of law re stated facts or alternative facts.

In the event that the adverse party fails to comply with the above two (2) essentials, the "testimony" of the "competent witness" is established as uncontroverted[28] evidence.

For the most part (almost always), attorneys (including government attorneys), are not "competent witnesses" because (1) they do not have firsthand knowledge of facts, and (2) they do not submit whatever they have to say under oath, i.e. "the truth, the whole truth, and nothing but the truth" (e.g. via affidavit sworn true, correct, and complete). Attorneys act under authority of the "system," not under their own unlimited liability, and only relate second-hand information, i.e. what is related to them by others. Legally, therefore, what an attorney states is hearsay. It is not the result of direct experience and cannot be attested on the basis of direct, personal knowledge.

As well as meeting criteria stated above, an affidavit should, ideally:

---

[27] Certification of an affidavit, i.e. "third-party witness," has been universally necessary from inception, probably for thousands of years. The process began with someone who personally knew the affiant signing, and certified that the name was truly that of the affiant and not an imposter. Such measure was taken to prevent fraud and forgery in the event that someone other than the one whose name was being signed was actually signing the affidavit.

[28] Uncontroverted: Not denied; not contradicted.

1. Have all paragraphs numbered, for the purpose of, inter alia,[29] identifying particular points/passages for future reference should rebuttal be attempted.

2. Contain as many points as possible—without violating any of the above-stated criteria—of the seven points of a seven-point instrument (see seven-point instruments in Glossary); the more points, the more formidable.

3. Have a unique form number at the bottom, different from that of any other affidavit, for unambiguous future reference and enhanced admissibility as evidence.

4. Be a plain statement of facts, written in clean, clear, matter-of-fact, minimalist style: "Just the facts, ma'am."

5. Be written in the present tense.

6. Avoid use of pronouns and the words, "to" (infinitive form is least-ambiguous use) and "or," which are ambiguous. The less ambiguity, the less need for a third party, such as a judge, to intervene in the matter to "interpret" the text.

7. Contain as few adjectives and adverbs as possible, since such color matters and try to tell people what to think. Often the more nakedly words and terms are expressed, the more definitive and ironclad they are.

8. Be signed in red ink, signifying blood. Signing in red ink acts as a signal that you, as the affiant, are stating your truth in the capacity of a sentient, living being with unlimited liability, and not a corporately colored, artificial entity (TRADE NAME) operating in limited liability.

9. Have as much documentation, i.e. exhibits, attachments, and documentary evidence, supporting the assertions made in the affidavit, as possible. Obviously, the more incontrovertible the substantiation, the better.

---

[29] Inter alia: Lat.: among other things… Barron's Law Dictionary, Third Edition.

# APPENDIX F

## CITATIONS AND SUMMONS
### [From Judge Dale's The Legal Process, SECTION 2]

**CITATIONS**

The Police Officer is instructed to explain that your signature is merely an acknowledgment that you received a copy of the CITATION but in actuality, your signature is notification to the Court and Judge that you have accepted or CONSENTED to this offer to CONTRACT, which also grants the Judge CONSENT; PERSONAM and SUBJECT MATTER jurisdiction over you and the case!

You can cancel that CONTRACT however by rescinding your CONSENT. The Federal Truth in Lending Act provides that any party to a CONTRACT may rescind his CONSENT, within three business days of entering into such a CONTRACT. So across the face of the CITATION you should print or type in large print, the following words:

I DO NOT ACCEPT THIS OFFER TO CONTRACT.

I DO NOT CONSENT TO THESE PROCEEDINGS.

Use blue ink [for admiralty] or purple ink [for royalty]. Admiralty is the Court and Royalty represents your Sovereignty. Either way is appropriate. Sign your signature underneath in blue or purple ink and in front of a Notary and under your signature type: **Without prejudice, UCC 1-308**. This is another way to declare that you may not be held responsible for this Contract pursuant to the Uniform Commercial Code.

Serve Cancelled Citation back on the Clerk / Court, along with a Certificate of Service, by Certified Mail, Return Receipt Requested. This kills the CITATION; removes your CONSENT and removes the JURISDICTION of the Court, all at the same time. It really is that simple!

NOTE: A Certificate of Service is a letter that first identifies the Citation and then defines how and when you returned the document to the Court and is signed. If not denied, it becomes a truth in commerce by Tacit Procuration.[30] [Make two originals of everything, so if documents get 'lost', you still have an original.]

Remember to keep a copy of everything, in case the Clerk attempts to trash your response, which certainly will not happen with a Certificate of Service or if it is mailed back by the Notary. The Notary is actually a Deputy Secretary of State and is more powerful than the Court Clerk!

**SUMMONS and LAWSUITS**

The SUMMONS process, whether it is defined a Civil or Criminal Action, is once again an offer to CONTRACT, despite what words are used to command your appearance or response. It too can be cancelled just by following the same procedure as the CITATION process above. A million dollar lawsuit is no different than a CITATION and both can be cancelled! Hard to believe, isn't it?

NOTE: How many of you have ever attempted to avoid Jury Duty? All you had to do was cancel the SUMMONS [OFFER to CONTRACT]; notarize it and mail it back to the Jury Commissioner. Don't worry, they won't bother you because you are obviously too smart and may influence their Jury!

From ACS consultants:
In many instances the corporate government entities will repeat their efforts to contract with you and may even add threatening verbiage to lure you in. Just repeat the process within three days of the offer and write "2nd refusal" below I DO NOT ACCEPT THIS OFFER TO CONTRACT - I DO NOT CONSENT TO THESE PROCEEDINGS. Unfortunately, it could take several times before they give up.

---

[30] *Tacit Procuration: Example - if someone accuses you of theft in writing and you fail to respond or deny those allegations in writing, your failure to deny or act is considered an admission of guilt!*

## Also recommended:



**Available as a downloadable pdf on AntiCorruptionSociety.com web site**



**Available as a downloadable pdf on the AntiCorruptionSociety.com web site
and as a spiral bound hard copy on the StopTheCrime.net web site**

# Who is Running America?

**The Bankruptcy of America,
the Corporate United States
and the New World Order**



or How the Uniform Commercial Code
replaced the United States Constitution

**Available as a downloadable pdf on AntiCorruptionSociety.com web site**



This guide is available as a free download at AntiCorruptionSociety.com
**Tab: LAWFULLY YOURS**

**Spiral bound copies of LAWFULLY YOURS are available for purchase at VacLib.org
Tabs: Books Videos Tapes - Books**

IN THE GENERAL SESSIONS COURT OF TENNESSEE

FOR THE 25TH JUDICIAL CIRCUIT AT COVINGTON

---

STATE OF TENNESSEE,                    *
                                       *
              Plaintiff,               *
                                       *
Vs.                                    *    No. 14-CR-314
                                       *
MICHAEL WAYNE PARSONS,                 *
                                       *
              Defendant.               *

---

            WHEREFORE, BE IT REMEMBERED that the
above-styled cause came on to be heard on this the
11th day of February, 2016, at 1:00 o'clock p.m.,
before the Honorable William Peeler, Judge,
presiding, when and where the following
proceedings were had:

APPEARANCES

For the State. . . . . . . . WALTER FREELAND, ESQ.
BY SPECIAL APPEARANCE . . . . Michael Wayne Parsons

SALLY A. WORKMAN
Court Reporter
8370 Brunswick Road
Millington, Tennessee 38053
(901) 829-2771
sallysteno@gmail.com

index

## T E S T I M O N Y

| NAME | DIRECT | CROSS | REDIRECT | RECROSS |
|------|--------|-------|----------|---------|

Edward Danny Johnson   14

## E X H I B I T S

| NUMBER | ITEM | MARKED |
|--------|------|--------|
| 1 | Photo | 22 |
| 2 | " | 23 |

1    THE COURT:  Mr. Parsons, have a seat,

2    sir.

3    Now this is in the matter of State of

4    Tennessee versus Michael Wayne Parsons.

5    Mr. Parsons is charged on warrant No. 14-CR-314

6    with being a convicted felon in possession of a

7    firearm.   It's Tennessee Code Annotated

*INDICTMENT*
8    39-17-1307, subsections e and f.

*HAS*
*19-17-1307(b)(i)(A)* 9    He was charged under that warrant in the

10   General Sessions Court, and then as a result of

11   that new charge, he had his parole revoked and he

12   was subsequently indicted by the Tipton County

13   Grand Jury while he was actually in custody at the

14   Tennessee Department of Correction as a result of

15   his parole violation.

16   Mr. Parsons filed a motion for a

*T WAS A MOTION* 17   preliminary hearing while he was incarcerated and
*TO DISMISS*
18   Judge Walker has reviewed that request by

19   Mr. Parsons -- that was done pursuant to Rule 5 --

20   and Judge Walker remanded this case back to the

21   General Sessions Court to conduct the preliminary

22   hearing that Mr. Parsons demanded.

23   I have advised Mr. Parsons of his rights,

24   and on at least three separate occasions I brought

*MIKE SAYS THAT HE WAS NEVER ADVISED OF HIS ANY RIGHTS*
*GOD GIVEN RIGHTS WERE NEVER ADVISED -ONLY*
*RIGHT PEELER IS REFERING TO IS TO ATTORNEY*

3

*PEELER ADMITS MIKE IS NOT RE-PRESENTED*

1  him in front of me and asked him if he had an
2  attorney, if he wished to have an attorney
3  appointed by the Court, or if he wished to
4  represent himself. And I've never been able to
5  get an answer thus far from Mr. Parsons as to
6  whether or not he wanted an attorney, had an
7  attorney, or wished to represent himself.

*NEVER CITES? RULE!*

8  So pursuant to this (rule), the Court is
9  required, within certain time constraints, to go
10  ahead and provide Mr. Parsons with a preliminary
11  hearing. It's not a trial, it's not a
12  determination of guilt or innocence. It's simply
13  a probable cause hearing, and because I cannot get
14  an answer as to whether or not Mr. Parsons wants
15  an attorney or intends to represent himself, the
16  Court's decided that it's just going to move
17  forward and conduct this preliminary hearing.

*MIKE DID NOT ET OUT OF STATE PRISON INTIL MAY 16, 2015*

18  I reviewed the Circuit Court file and it
19  appears that since March 2015 Judge Walker -- at
20  least on a monthly basis -- Judge Walker has been
21  making the same inquiry of Mr. Parsons as to
22  whether or not he had an attorney, wished to have
23  a court-appointed attorney, or wished to represent
24  himself, and the record indicates that basically

*" I ONLY STATED I SEEK LEGAL COUNSEL AND ASK THE FORM OF COURT" WHICH BOTH PEELER & WALKER REFUSE TO ANSWER"... THEREFORE I COULD NOT PROCEED ..."*

4

*[Handwritten marginal notes:]*

DEELER CALLS ASKING WHAT DRM OF COURT THEY OPERATE AS "TURNING THE TABLES". WASN'T TURNING THE TABLES REMINISCENT OF WHAT WE READ IN BIBLE?

HIS IS WRONG JHAT HE CALLED THE MICHAEL CORPORATION OR PARSONS ASKED THE TRUST I WAS CALLING THE MAN Parsons OR IVE MAN Michael Wayne THE CORPORATION. I QUICKLY SAID Wayne Parsons, WAS Michael AND NOT HE LIVEMAN WAYNE NICHAEL THE CORPORATION PARSONS NOR WAS I THE HARGED NOR OR THE =IDUCIARY FOR THE SURETY WAYNE OR TRUST NICHAEL CORP. OR PARSONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Judge Walker has gotten the same answers that this Court has gotten, and that is you can never get an answer.

Mr. Parsons always wants to turn the tables and ask the Court questions when what the Court is trying to do is provide Mr. Parsons with counsel, let his counsel answer his questions, and we can never get past that.

In fact, I couldn't even get past Mr. Parsons properly identifying himself before the Court.

So anyway, the Court has decided that pursuant to Judge Walker's order from the trial court, I'm going to move forward with conducting the preliminary hearing today and I have to assume that Mr. Parsons does not wish to be represented.

Now, Mr. Parsons, I'm going to ask you again before I start with this, do you have an attorney?

(No response.)

THE COURT:  Mr. Parsons?  Do you have an attorney, sir?

THE DEFENDANT:  I'm Michael Parsons, not the corporation or trust, which you're pursuing.

5

1    You do not have jurisdiction.  Judge Walker did

2    not -- none of what you said earlier is true.

3         First of all, I have served this Court --

4         THE COURT:  I got your notices --

5         THE WITNESS:  I'm not an 8-USC 1401-A *SHOULD BE (a)*

6    statutory U. S. citizen, I am not that citizen.

7    This Court does not have jurisdiction.  You're

8    operating administrative court.

9         What you said earlier about this motion

10   to dismiss was a lie.  This is a motion to dismiss

11   the charge in the indictment; this is not a demand

12   for a preliminary hearing.  Read it.  On page 4 --

13        THE COURT:  Judge Walker made that

14   decision, Mr. Parsons.

15        THE DEFENDANT:  You're misquoting the

16   motion.  He did not have the authority.  I did not

17   give him consent to do any ruling on this

18   pertaining to a motion for a preliminary hearing.

19        What I cited was that this is to dismiss

20   the charge on page 3.  The charge must now be

21   dismissed by the authority of Tennessee --

22        THE COURT:  Judge Walker did not do that.

23   He did not --

24        THE DEFENDANT:  This is my motion.  He

*JOT SHOW ANY
DENIAL OF MY
MOTION TO DISMISS*

6

1        can only rule on my motion.

2                THE COURT:  He denied it.  He denied it.

3                THE DEFENDANT:  No, he did not.  The

*IIKE REQUESTED
ROOF OF WALKER
DENYING MOTION*

          record does not show that.

5                THE COURT:  He denied the motion.

6                THE DEFENDANT:  You don't have proof of

7        that.  Put forth the proof that he denied it.

8                THE COURT:  I'm not going to put forth

9        any proof other than what we're going to do today,

10       Mr. Parsons, and we're getting ready to do it.

11               THE DEFENDANT:  You don't have

12       jurisdiction.

13               THE COURT:  The State's -- all right.

14       Here's what we're going to do.  You're going to

15       sit there and be quiet and the State is going to

16       move forward with providing the Court with what is

17       *BINDING CONTRACT* necessary to establish probable cause, if they can

18       do that.  If they can not do that, then the charge

19       will be dismissed.  But that's all we're doing

20       today.  I'm not hearing your argument.

21               THE DEFENDANT:  What jurisdiction is this

22       Court -- I've asked you multiple times, what

23       jurisdiction is this court?

24               THE COURT:  And I told you I'm not

*HE FAILED TO
DISMISS
HARGE WHEN
STATES WITNESS
ADMITTED I
HAS NOT IN HOUSE
ITH GUNS THAT
HAS LOCKED UP.
EELER FAILED
O DO THIS &
AN BE SUED
BECAUSE HE
DES NOT HAVE
JURISDICTION*

7

1           <u>answering your question.</u>  I'll appoint an attorney

2           for you --

3                   THE DEFENDANT:  No, sir.  You have to

4           tell me, is this an administrative --

5                   THE COURT:  I don't have to tell you

6           anything.  I don't have to tell you anything.

7                   THE DEFENDANT:  I demand this be moved to

8           a --

9                   THE COURT:  Mr. Parsons, I'm going to

10          tell you this.  You can sit there quietly and you

11          can listen to the court proceedings, but if you're

12          going to continue down this road of challenging

13          the jurisdiction of the Court, and you're going to

14          disrupt my hearing, I'm going to have you excluded

15          from the hearing and I'll go ahead and decide the

16          case without you being present.

17                So the record will reflect that once

18          again, for at least the fourth time, I have asked

19          Mr. Parsons if he wanted a court-appointed

20          attorney, and I've also asked him if he wishes to

21          represent himself, and he has not responded for

22          the fourth time.  <u>All Mr. Parsons wants to do is</u>

23          <u>talk about jurisdiction, and the Court's not going</u>

24          <u>to deal with that.</u>

AGAIN PEELER REFUSES TO DEAL WITH THAT BECAUSE HE DOES NOT HAVE JURISDICTION.

```
 1                     THE DEFENDANT:  You can't proceed without
 2        jurisdiction.
 3                     THE COURT:  Watch us.  We're getting
 4        ready to --
 5                     THE DEFENDANT:  That makes this a
 6        criminal court.  You're --
 7                     THE COURT:  It is a criminal court,
 8        you're charged with a criminal offense, and you
 9        are a convicted felon and you're charged with
10        being in possession of firearms as a convicted
11        felon, and that's what the Court's going to hear.
12        Now --
13                     THE DEFENDANT:  The international supreme
14        court overruled that.  I'm no longer a convicted
15        felon.  That charge was overturned by the
16        international supreme court.  I've got the
17        document here to certify you.  I've also --
18                     THE COURT:  By some court in British
19        Columbia that represents some --
20                     THE DEFENDANT:  It is superior to the
21        United States Supreme Court.  That means it's
22        superior to you.  I'm a Chilcotin native; right
23        here for you to read, sir.
24                     THE COURT:  I've got the entire file.
```

PEELER ADMITS HE HAS THE ORDERS + REASONS FOR JUDGEMENT FROM THE USCT THAT OVERTURNED THE FALSE CONVICTION OF 2009, MAKING CURRENT CHARGE VOID.

9

 1 |                 THE DEFENDANT:  I'm also an associate

 2 |    justice.  You do not have jurisdiction over me.

 3 |    I'm an internationally protected person.  I demand

 4 |    to be released immediately.

 5 |                 THE COURT:  The trier told --

 6 |                 THE DEFENDANT:  This is an international --

 7 |                 THE COURT:  -- the Court, which I deem to

 8 |    be really a threat and considered to turn it over

 9 |    to Homeland Security.  They, in their

10 |    correspondence with the Court, said that if I did

11 |    not release you, they were declaring war on this

12 |    Court.  *NO, PEELER'S ACTIONS ARE SEEN AS DECLARATION OF WAR ON CHILCOTIN*

13 |                 THE DEFENDANT:  That's not what it says.

14 |    That's a lie.  That's not what it says.  It says

15 |    that Tennessee is declaring war on them.  You need

16 |    to read the document and quit lying about what it

17 |    said.  You're committing fraud upon the Court.

18 | *(TO $DEPUTY)*  You need to also remove him from the

19 |    bench right now.  He is a fraud --

20 |                 THE COURT:  Mr. Parsons, here's what it

21 |    says.  It says:  "Anything short will be deemed by

22 |    the native people as a declaration of war on your

23 |    part."  I'm reading that verbatim.

24 |                 THE DEFENDANT:  Your part.  You're

1  declaring war on the native people of the

2  Chilcotin nation.

3         THE COURT:  Well, they're declaring war

4  on me, is what it says.

5         All right.  Well, Mr. Parsons, enough

6  arguing.

7         General, I'm going to ask the State to go

8  ahead and proceed.  The warrant sets out an

9  incident of February 11, 2014, and I've already

10  read Mr. Parsons at one of the previous hearings,

11  which has been recorded on audio and video; I read

12  him all of the factual allegations that were made

13  against him -- and maybe I ought to just read it

14  again just so it's clear in the record.

15         The warrant alleges:  On February 11 the

16  Tipton County Sheriffs Department, Tipton County

17  Animal Control and Dr. Aubrey Haley, DVM, and

18  Michael Parsons' parole officer, Danny Johnson,

19  went to 444 Hughes Road in regards to an animal

20  cruelty complaint from PETA and to conduct a

21  compliance check to determine if Michael Parsons

22  was in compliance with the conditions of his

23  parole.

24         The animals were visually examined by

*THE ONLY PEOPLE REPORTED GOING INTO THE HOUSE WERE JOHNSON & GREEN*

1    Dr. Haley and appeared to be in satisfactory

2    health and have adequate shelter.

3         Parole Officer Danny Johnson and

4    Investigator Michael Green conducted a search of

5    Parsons' residence.  Inside the residence

6    Investigator Green located two camouflage-type

7    backpacks.  Inside the two packs were

8    approximately 865 rounds of different caliber

9    ammunition.

10        Investigator Green then asked Patricia

11   Parsons if there were any guns in the house and

12   she stated there was a rifle in the bedroom.  She

13   then took me back to their bedroom and pointed to

14   a closet with no door.  I located a Remington 700

15   ADL .308 caliber -- it's got the serial number

16   listed -- rifle.

*THIS IS HEARSAY ON JOHNSON'S PART. HE WAS NOT IN ROOM.*

17        Patricia Parsons stated she did not

18   initially tell me the gun was there because she

19   wanted to protect her husband.

20        Investigators then continued to search in

21   what Patricia called Mike's office.  Investigators

22   located two AR-15 Beta magazines, a Tactical

23   Industries .22 caliber conversion kit for an AR-15

24   and a .22 caliber magazine for an AR-15.

1            Investigator Green spoke with Patricia

2       Parsons and asked her again if there were any

3       other weapons in the house. She stated she had

4       a .357 pistol in the same bedroom as the rifle.

5       She stated it belonged to her. I located a Smith

6       & Wesson model 686 -- and it has the serial number

7       listed -- loaded with six rounds of ammunition in

8       a shoe box approximately two feet from the side of

9       the bed.

10           Michael Parsons was arrested for being a

11      convicted felon in possession of a firearm and

12      transported to the jail.

13           That's the charge against Mr. Parsons.

14           General Freeland, I'll ask you to

15      proceed. This is a preliminary hearing. The

16      Court is --

17           THE DEFENDANT: Are we following the

18      rules of court? The rules of court, do they

19      apply?

20           THE COURT: The Court has made --

21           THE DEFENDANT: I object to your Honor

22      reading something into the record that no witness

23      has taken an oath to attest to.

24           THE COURT: Your objection is noted,

OBJECTED TO
EELER STATING
NTO THE RECORD
HERE'S NO
IITNESS HAD
TAKEN OATH TO
ATTEST. THIS
IS WHERE COURT
WAS ALLOWING
STATE TO FRONT LOAD
AND PROSECUTION
WAS ALLOWED TO
CREATE A RECORD
THAT DID NOT EXIST
US WAS CREATING FACTS.

13

1       Mr. Parsons.  Those are the allegations against

2       you, and that's what the Court is going to decide

3       if there's probable cause.

4               Go ahead, General, let's move on.

5               MR. FREELAND:  The State will call Parole

6       Officer Danny Johnson.

7               THE DEFENDANT:  May I be entitled to have

8       my information that was brought for me to

9       prepare -- since you've had me locked up for a

10      month and I've had no access to legal counsel, may

11      I at least have access to my notes?

12              THE COURT:  Mr. Parsons, you will not

13      acknowledge to me that you are representing

14      yourself.  You won't tell me if you're --

15              THE DEFENDANT:  I'm not a corporate

16      fiction; I'm a live man.

17              THE COURT:  I understand.

18              THE DEFENDANT:  I have rights.

19              THE COURT:  You made it very clear you're

20      a live man, and that you're not Michael Wayne

21      Parsons, and that's been --

22              THE DEFENDANT:  You're coming after a

23      corporate fiction.

24              THE COURT:  What is it you're --

HIS INDICATES
HA I DID NOT
DENTIFY WITH
THE MICHAEL
JAYNE PARSONS
'ORPORATION
R TRUST, TRUSTEE
FIDUCIARY OR
USE ASSURETY FOR
THE CONSTRUCTIVE
TRUST OR THE
see QUE VE (SIC)
TRUST. I NEVER
ASSUMED THE ROLE FOR THE CONSTRUCTIVE
OF TRUSTEE TRUST THEY HAVE CREATED.

14

1          THE DEFENDANT:  Are you not the trustee

2     of the Michael Parsons trust?

3          THE COURT:  Mr. Parsons, I'm not going to

4     answer your questions.

5          THE DEFENDANT:  Where's the clerk?  The

6     clerk would be the administrator - (OF THE TRUST)

7          THE COURT:  All right, all right.  Move

8     on, General.  Let's hear from the Officer.

9               EDWARD DANNY JOHNSON,

*WAS DENIED* 10  the said witness, having been first duly sworn, was

*HE ABILITY TO*

*ROSS-EXAMINE* 11  examined and testified as follows:

*HE WITNESS,*

*JANNY JOHNSON* 12  DIRECT EXAMINATION

13  BY MR. FREELAND:

14  Q    State your name, please.

15  A    I'm Edward Danny Johnson.  I'm a Parole Officer

16  with the State of Tennessee out of the Jackson Parole

17  Office.

18  Q    How long have you been a parole officer for the

19  State of Tennessee?

*DES NOT KNOW* 20  A    Approximately seven years, sir.

*HW LONG HE'S*

*BEEN A PAROLE* 21  Q    So you would have been in that capacity in

*OFFICER?*

22  February 2014, correct?

23  A    That's correct.

24  Q    What does your office cover, geographically?

1   A      My office covers all of Tipton County, and at the
2   time in 2014, I also was parole officer in Haywood
3   County.
4   Q      And among your parolees in 2014 did you have a
5   Michael Wayne Parsons as a parolee for aggravated assault
6   convictions, among other things, out of Tipton County?
7   A      Yes, sir, I was his parole officer.
8   Q      Had you met with him prior to February 11, 2014?
9   A      Had I done what, sir.
10  Q      Had you met with Mr. Parsons?
11  A      Oh, yes, sir, numerous times.
12  Q      Can you identify the Michael Wayne Parsons that
13  you had as a parolee in February 2014?
14  A      Yes, sir, that's him seated right there
15  (indicating).
16              MR. FREELAND:  The record will reflect
17         that the witness has identified the gentleman in
18         the orange jumpsuit as Michael Wayne Parsons.
19  Q      On that date of February 11, 2014, did you have
20  occasion, along with others, to go to a 444 Hughes Road,
21  Brighton, Tennessee, address?
22  A      Yes, sir, I did.
23  Q      Is that in Tipton County?
24  A      Yes, sir, that's Tipton County, and that's the

Note: The image contains handwritten margin annotations.

OHNSON ADMITS
E WAS ASKED
IPTON COUNTY
SHERIFF'S OFFICERS
D FACILITATE A
AND UNDER THE
ILLUSION OF A
HOME INSPECTION
NSIT SINCE THEY
'AD NO WARRENT
ECAUSE IS WAS
J ILLEGAL RAID
ILLEGAL SEARCH,
HEY USED HIM
) FACILITATE
WARRANTLESS
RAID, BECAUSE
THEY CONTACTED
HIM + NOT HIM
THEM IT MAKES
RAID ILLEGAL,

PRETENSE
E HAD NEVER
BEEN ON
PROPERTY PAST
THE GATE SINCE
NILE GOT HOME

SHERIFF'S
OFFICER BROUGHT
OHNSON THERE,
URTHER INDICATES
IETR CONTROL
F HIM TO
FACILITATE
LLEGAL RAID.

---

16

address where Mr. Parsons resides.

Q     Is that the address that that gentleman at counsel
table over there gave you as his address?

A     Yes, sir.

Q     What was the purpose of your going to that address
at that time?

A     I had been contacted by the Sheriff's Department
that there had been a complaint from PETA, which is
acronym for People For the Ethical Treatment of Animals,
about the animals that Mr. Parsons had on his property,
and he had numerous hybrid wolves and various animals,
and they asked if I would go out with them and conduct a
search and let the veterinarian go and check the animals.
That's what the initial thing was.

      Plus, I'd also take that opportunity to do a home
visit while we were there since I had not been in his
home in sometime at that point. [HE HAD NEVER BEEN IN HOUSE... NOT EVEN INITIAL VISIT.]

Q     As a parole officer, you do have a right to make
home visits with your parolees; is that correct?

A     Yes, sir. Rule 8 of the Parole states that any
parolee in the State of Tennessee agrees to a search of
their home, person, vehicle, place of residence, by any
probation, parole officer, and law enforcement officer at
any time without probable cause, and also that home

1  visits are a normal function with every parolee or

2  probationer that we make from time to time.

3  Q        And you did in fact then go to that location on

4  Hughes Road, correct?

5  A        Yes, sir.

6  Q        Describe to the Court whether or not you made

7  entry into the property, and if so, how.

8  A        Okay. I was riding in a vehicle with two deputies

9  from the Tipton County Sheriff's Department. I had

10  called Mr. Parsons to let him know I was coming to do a

11  home visit. He drove -- his driveway from where --

12  there's a short area you can come off the road. Then

13  there's a locked gate and it's about three-tenths of a

14  mile from the gate up to his house.

15        On that day he did drive down to the gate in an

16  automobile. I got out -- I actually had a copy of his

17  parole certificate in my hand with the rules and what

18  have you on it. He was curious about who else was in the

19  vehicle. Ended up introducing -- there were people with

20  the Sheriff's Department that I was with, and we needed

21  to come on the property and conduct a home visit and a

22  search. NEVER SAID THEY WERE THERE TO SEARCH ANYTHING

23        And he denied us access, saying he did not have

24  the key or any way to open the gate to us.

*SHERIFF'S BROUGHT JOHNSON - TRUCK HAD 4 PEOPLE HIDING INSIDE*

*HOURS EARLIER - MIKE WASN'T HOME WHEN JOHNSON CALLED*

*HE NEVER GAVE PROOF OF GUY WHO WAS WITH HIM. MIKE ONLY DENIED ACCESS TO UNKNOWN MAN. HE DID NOT HAVE AUTHORITY TO ALLOW THEM ACCESS*

*HE DID NOT HAVE ACCESS AS HE WAS SHOVED UP AGAINST A TRUCK, EFFECTIVELY UNDER ARREST*

18

1  Q    So you were on one side of the gate at his

2  property and he was on the other?

3  A    Yes, sir.  This went on for probably 10 or 15

4  minutes, telling him he needed to open the gate.  I think

5  it even mentioned that he was going to be leaving, which

6  if he was leaving, he had to have a way to get the gate

7  open.

*HAD AN ENTERPRISE RENTAL TRUCK BEING DELIVERED*

8       Eventually he tried to -- I think he tossed his

9  car keys, threw them off to one side.  In fact, I think

10 Mr. Parsons saw some other vehicles parked on the road.

11 He went around the officers and was headed toward the

12 road, and I think they told him to stop and not go there.

*A LINE OF TIPTON COUNTY MARKED + UNMARKED VEHICLES + ANIMAL CONTROL STRETCHING OUT A LONG WAY. (10-12 VEHICLES)*

13      At that point I think is when he tossed his keys.

14 His keys were recovered.  One of the officers then got in

15 his car and they found -- I think there was actually a

16 remote that would unlock the gate and the gate was

17 eventually unlocked and we proceeded, myself, with the

18 officers, and I think the veterinarian that was there and

19 other officers did get up to the house and conduct a

20 search of the property, checked the animals.

21 Q    Did you go into the house?

22 A    Yes, sir, after they -- they did conduct a search

23 and the animals found -- I think the veterinarian found

24 that the animals were fine, they had adequate shelter,

*PROOF THAT THE PCTA COMPLAINT WAS USED TO FACILITATE A WARRANTLESS ILLEGAL RAID.*

*P.O. JOHNSON SAYS "I THINK" 8 TIMES ON THIS PAGE INDICATING HE IS LYING, USING PLAUSIBLE DENIABILITY.*

19

1   wasn't a problem there.

2        While Mr. Parsons, I think, was talking with other

3   officers, myself and Investigator Green approached

*SEEMS COURT REPORTER LEAVES OUT PERTINATE INFORMATION*

4   Mrs. Parsons and I told her we needed -- I needed to

5   check the house because I had not been in the house in

6   sometime.

7   Q        Can you see the person you're describing as

8   Mrs. Parsons in the courtroom?

9   A        Yes, sir, she seated on this row in the kind of

10  greenish-colored top there with glasses.

11  Q        That was the lady that you saw and was identified

12  to you as Mrs. Parsons, the wife of Mr. Parsons, correct?

13  A        Yes, sir.

14  Q        Was there anybody else in the residence?

15  A        Not at the time.  She unlocked the door for us to

16  go into the residence.

17  Q        Other than law enforcement, were Mr. and Mrs.

18  Parsons the only ones in the residence?

19  A        Mr. Parsons was not in the residence at the time

20  we went in and searched.  He was around another building

21  speaking to officers.

22  Q        Only Mrs. Parsons was in the residence, correct?

*NO OTHER TESTIMONY TO A GRAND JURY WOULD BE VALID SINCE MALID SINCE NO ONE ELSE WAS IN HOUSE.*

23  A        It was myself, Investigator Green, and

24  Mrs. Parsons.

1   Q      Describe the layout physically -- not in minute

2   detail -- but generally as to the size of the residence.

3   A      In the entry door we went in, and off to the right

4   there was a room with a desk.  I recall it had a laptop

5   on it.  There was a lot of boxes and things, and a couple

6   of camouflage backpacks on the thing.  I did -- as we

7   stepped in, I did ask Mrs. Parsons if this was Michael's

8   office and she said, Yes, it was, and I pointed at the

9   camouflage bags and asked her if those were his "go

10  bags," like, you know, if there was an Apocalypse or

11  something came.  She said, "Yes, those are Michael's 'go

12  bags.'" *I DID NOT SAY THIS. I DO NOT USE TERM "GO BAG" IT'S A BUG OUT BAG.*

13          Investigator Green and I -- I think from there,

14  just to the left there's like the kitchen area, then you

15  have a hall on down left goes into the bedroom at the end

16  of this mobile home.

17          We did enter Mr. Parsons's -- what his wife

18  identified as his office.  Began to look through the bags

19  that she identified as his bags, and it was in those bags

20  we found several hundred rounds of ammunition.  A good

21  portion of that was that .308 ammo that would be used in

22  the weapon, the rifle that was later found in his

23  bedroom.  We found in fact there were two -- I think a

24  couple of -- I can't remember if it was 50- or 100-round

*WOULD IT NOT BE THEIR BEDROOM...*

1    drum-type ammo magazines that would fit an AR-type

2    weapon.  There was a bayonet.  Just a lot of different

3    things.  There were many different calibres.  I think

4    there were .22 ammunition, may have been .357 magnum.  I

5    know .308 -- a lot of .308 magazines.

6         We did find some parts and things -- we never

7    found an AR-type weapon, but we did find an AR conversion

8    kit, to convert like 223-round AR to be able to fire .22s

9    that somebody, if they wanted to practice but not spend a

10   lot of money on ammo, they could convert their regular

11   weapon that normally shot a 223-round shoot .22.

12        I think while I was still in there Investigator

13   Green asked Mrs. Parsons if there were any weapons in the

14   house.  At that time she did say something to him about

15   there was a rifle in the bedroom.  *GREEN* He went down the hall

16   with her and shortly thereafter came back into the

17   kitchen area carrying a box with a scoped (AR) rifle .308 *NOT AR*

18   caliber.    *SCOPE WAS NOT ATTACHED*

19        He did ask her also, I think a little bit later,

20   if there were any other weapons in there.  She said there

21   was a pistol, and when he went back in the bedroom he did

22   find a loaded .357 magnum pistol in a -- I can't remember

23   if it was in a shoebox or some kind of box that was

24   within a couple feet of the bedside.

*JOHNSON NEVER WENT INTO BEDROOM HE IS RELYING ON HEARSAY*

1   Q      Did you see Investigator Green with what you

2   described as the handgun and the rifle?

3   A      Yes, sir.

4   Q      Let me, if I could, pass you a photograph and ask

5   you if you can identify -- if you recognize what that

6   depicts?

7   A      This does appear to be the handgun, sir.

8              MR. FREELAND:  Your Honor, we move to

9          make that photograph the next-numbered exhibit.

10             THE DEFENDANT:  I object.  The evidence

11         that's available and the evidence -- I do not

12         recognize the pictures as reliable.

13             THE COURT:  Your objection is overruled,

14         Mr. Parsons.  The Court will accept the photograph

15         in lieu of bringing this gun into the courtroom.

16             It will be marked as Exhibit 1.

17             (Photo was marked as Exhibit 1.)

18             THE COURT:  Go ahead, General.

19  BY MR. FREELAND:

20  Q      Let me show you another photograph and ask if you

21  can identify what this depicts, if you can.

22             THE DEFENDANT:  Can I be provided access

23         to see these exhibits?

24             THE COURT:  Certainly.  Now, Mr. Parsons,

HE WAS ONLY
SHOWN A PHOTO
- COULD NOT
D THE GUN
TSELF

23

1    here's the thing that troubles me, and I'm not

2    going to get into arguing with you. But you have

3    never told me that you're representing yourself.

4    So as far as I'm concerned you're not

5    representing. You don't have hired attorney, you

6    don't have court-appointed attorney, and you will

7    not acknowledge to the Court that you want to

8    represent yourself. So I'm doing you a favor by

9    passing those documents to you, and I'm going to

10   let you look at them. You can look at them. You

11   asked to look at them, and there they are.

12          Now move on, General.

13   A     That is the -- does appear to be the weapon that

14   we took out of the house that day that was found in the

15   closet by -- well, Mrs. Parsons showed Investigator Green

16   where it was.

17          MR. FREELAND: Your Honor, we move to

18   have that second photograph of the rifle marked.

19          THE COURT: That will be marked Exhibit

20   2, and I'll have the Court officer show that to

21   Mr. Parsons.

22          (Photo was marked as Exhibit 2.)

23   BY MR. FREELAND:

24   Q     Do you know who holds as evidence the .357 handgun

'BELER
ICKNOWLEDGES
1IKE IS NOT
2EPRESENTED

ASSUMPTION.

1   and the Remington .308 rifle?

2   A     It's my understanding it's in the evidence room

3   here at the Tipton County Justice Center.

4   Q     As a parole officer, would you ever be an evidence

5   custodian?

6   A     No, sir, I'm not.

7   Q     Did you see -- and looking in the backpack

8   described to you as being Mr. Parsons' backpack, did you

9   find ammunition compatible with a Remington .308 caliber

10  rifle?

11  A     Yes, sir, a great deal of it.

12  Q     Did you have any ammunition compatible with a .357

13  handgun?

14  A     I believe we did.  I can't say with absolute

15  certainty right now.  I know the .308 rounds were there.

16  I'm not sure about the .357.  The .357 was loaded when we

17  found it, though.  It had rounds in it.

18  Q     Is the mere possession of the ammunition a

19  violation of parole?

20  A     No, sir.  That would be a violation if he was on

21  probation.  It's not a violation to have ammunition on

22  parole, which is an extraordinary difference in the

23  rules.

24  Q     But the handgun possession and the possession of

25

1  the rifle led ultimately, of course, to violation of

2  parole; is that your understanding?

3  A    Yes, sir.  They are -- a handgun and a long gun of

4  any type is a violation of parole, and of course, the

5  law.

6           MR. FREELAND:  That's all I have.

7           THE COURT:  Thank you, sir.  You can step

8     down.

9           Do you have any other witnesses, General?

10          MR. FREELAND:  No, sir.  Your Honor.

11          THE DEFENDANT:  Can I cross-examine this

12          THE COURT:  No, sir.

13          UNIDENTIFIED FEMALE:  Your Honor, may I

14     speak?

15          THE COURT:  No.

16          MR. FREELAND:  Your Honor, I would like

17     to make as the next exhibit certified copies of

18     Tipton Circuit 6030 which indicate that on

19     November 23, 2009, Mr. Parsons was convicted of an

20     aggravated -- actually two counts of aggravated

21     assault, Counts III and IV of Docket No. 6030, and

22     I'd like to submit that, your Honor.

23          THE COURT:  That's the proof of

24     conviction of felony?

VIOLATES
DUE-PROCESS+
RULES

MIKE'S MOTHER

PEELER DID NOT WANT ANYTHING
ADDED TO RECORD THAT DENYS
SHOWS LACK OF PROBABLE CAUSE

26

1        MR. FREELAND:  Certified copies of those

2    convictions out of the Circuit Court in Tipton

3    County.

4        THE COURT:  All right.  Now I thought

5    long and hard about this hearing and how the Court

6    was going to conduct it, and the Court has wide

7    latitude in the preliminary hearing stage.  All

8    that is required is for the State to show that

9    there's probable cause.  The Court is not required

10   to hear -- not required to hear evidence of

11   defense or alibi or whatever.  All that the Court

12   is required to look at is whether there's probable

13   cause for the warrant to stand.

14       The State's put on sufficient evidence to

15   show the Court that there is probable cause for

16   the warrant to stand.

17       Mr. Parsons will not acknowledge to the

18   Court that he has an attorney, wants an attorney,

19   or even that he's representing himself.

20       So the Court is finding probable cause at

21   this point.

22       I'm concluding the hearing --

23       THE DEFENDANT:  The State's witness

24   testified he didn't have -- I didn't have

27

1   possession.  He sat there and testified I didn't

2   have possession; they were locked in a locked

3   house.  Under 39-17-1307 the exception is if the

4   guns are locked up.  I'm not in possession.  He

5   sat there and proved I didn't have possession.

6       THE COURT:  All right.  The Court

7   listened to the evidence.  The Court finds

8   probable cause.  The case will be bound over to

9   the Grand Jury.

10      THE DEFENDANT:  The Judge is a crook.

11      THE COURT:  Now on the issue of bond, the

12  Court has also thought long and hard about that.

13  The Court has reviewed the Circuit Court files and

14  the transcripts that are in the file.  Mr. Parsons

15  was convicted of two counts of aggravated assault

16  and two counts of misdemeanor theft, and he

17  received an effective sentence of seven years out

18  of the Circuit Court.  Evidence presented at that

19  time established that Mr. Parsons had threatened

20  his victims with serious bodily injury, he had

21  pointed a gun at their heads, he had threatened to

22  kill them, and he had counted down while he was

23  holding the victims at gunpoint, and then he took

24  the victims' property while he held them at

*(handwritten left margin, lines 8-10):* MIKE WAS DENIED RIGHT TO PRESENT TO GRAND JURY.

*(handwritten left margin, lines 21-24):* JUDGE PUTTING THINGS INTO RECORD THAT WERE NOT TESTIFIED TO.

28

gunpoint.  All --

THE DEFENDANT:  That was never alleged in the trial.  The Judge made it up to send me to prison.

THE COURT:  Also, the evidence was and the testimony in that hearing was there had been other altercations with neighbors, and on one occasion he had struck a neighbor in the face and had actually broken his nose.

After Mr. Parsons's parole was violated on those new charges -- and he has the new charges that are before this Court of possession of firearms by a convicted felon.

Mr. Parsons will not acknowledge the authority or the jurisdiction of this Court, and in fact I couldn't even on the first day, get past him identifying himself with his proper name, and I could not get Mr. Parsons to answer the questions of the Court, to respond to the questions of the Court, and it is clear --

THE DEFENDANT:  The Court won't respond to --

THE COURT:  -- he does not accept the authority of this Court --

*[Handwritten left margin, lines 8-13:]* GRAND JURY SAID THIS WAS SELF-DEFENSE + IT WAS EXPUNGED, AS SUCH CANNOT BE BROUGHT UP IN THE COURT EVER.

*[Handwritten left margin, lines 15-19:]* THE COURT FAILED TO PROVE JURISDICTION IN THIS CASE. I SAID I WAS "n. w. P. THE LIVE MAN..."

*[Handwritten left margin, line 24:]* CORRECT, HE HAS NO AUTHORITY

1               THE DEFENDANT:  You don't have

2     jurisdiction, you don't have authority.

3               THE COURT:  It continues on.

4               THE DEFENDANT:  I have not consented to

5     give you jurisdiction.

6               THE COURT:  He has stated his intention

7     to go to Canada.  There have been letters --

8     multiple letters sent to the Court --

9               THE DEFENDANT:  I will be here -- if

10    called upon, as I always have -- I've been here

11    every time the Court has invited me to be here.

12    I've never not once missed a court appearance when

13    I've been asked to appear.

14              THE COURT:  The letters of the tribe

15    indicate that because of Mr. Parsons's standing in

16    the tribe and his appointment to associate

17    justice, that he has the right to freely travel

18    without interference, obstruction, or restraint

19    across borders to other countries and that he

20    enjoys internationally protected status and

21    diplomatic immunity, which creates great concern

22    for the Court.

23              THE DEFENDANT:  That is the Jay Treaty

24    which this Court --

*[Handwritten note in left margin:]* HE HAS ALWAYS APPEARED EACH TIME HE WAS INVITED

30

1       THE COURT:  If he were to go to Canada

2   under the protection of tribal law, it would be

3   virtually impossible for this Court to regain

4   jurisdiction over him.

5       There have been threats made by the

6   Chilcotin nation to this Court stating that if

7   Mr. Parsons is not released, that they will deem

8   this as a declaration of war against this Court.

*FALSE STATEMENT*

9       Based on all of that, the Court --

10      THE DEFENDANT: *THEY DID NOT DECLARE* War against the court. *?*

11      THE COURT:  -- believes that Mr. Parsons

12  is a danger to the community and a danger to

13  others, based on his conviction of these incidents

14  involving dangerous --

15      THE DEFENDANT:  Mr. Braxton (sic) shot at *LAXTON*

16  my wife and my dog twenty-nine times.  I said

17  "Stop shooting."

18      THE COURT:  Okay.  All right.  The Court

19  finds him to be a danger to others and to the

20  community and also to be a flight risk, and he'll

21  be held without bond to be presented before Judge

22  Walker with the court date most likely being March

23  14, which would be State's day.

24      MR. FREELAND:  Yes, sir.

*HE WAS NEVER OUT OF THEIR CUSTODY. HE WAS BOUND + SHACKLED.*

1          That concludes the matter.

2          Sheriff, take Mr. Parsons into custody.

3    This Court's through with this matter.

4          THE DEFENDANT:  I would order the Court

5    to return the property my wife gave back to

6    Mrs. Parsons.  That is her property.

7          MR. FREELAND:  What property are you

8    asking to be returned to your wife as her

9    property?

10          THE DEFENDANT:  The files that she

11    presented that were to be given to me that were

12    never given to me.  That needs to go back to her.

13          THE COURT:  I don't know who has those,

14    Mr. Parsons.  I don't have them.

15          THE DEFENDANT:  Did you get it back?

16          MRS. PARSONS:  No.

17          THE DEFENDANT:  These officers have her

18    property.  They need to return it immediately.

19    And I would also ask that her physical property be

20    returned.  Since you've got me locked up,

21    obviously there's no concern -- she needs

22    protection for herself.  That's her property.

23          THE COURT:  That's evidence.  You go

24    ahead.

32

1              MR. FREELAND:  Your Honor, I'm curious as

2         to what physical property belongs to Mrs. Parsons.

3              THE COURT:  Well, the guns, I guess is

4         what he's talking about.  But that's evidence.

5              THE DEFENDANT:  All these notes right

6         here belong to my wife.

7              THE COURT:  Those were never presented to

8         the Court and I don't have those.  So as far as

9         I'm, concerned, she can have them back.  The

10        record will reflect they were never turned over to

11        the Judge, I never looked at those, so we'll

12        certainly just return those, undisturbed, back to

13        Mrs. Parsons.

14              That concludes the case.  The Court will

15        stand adjourned.

16                   (HEARING CONCLUDED)

17

18

19

20

21

22

23

24

33

1   STATE OF TENNESSEE
                        ss          C E R T I F I C A T E
2   COUNTY OF SHELBY

3        I, Sally A. Workman, Notary Public at Large for

4   the State of Tennessee, do hereby certify that I reported

5   in machine shorthand the foregoing hearing, STATE vs.

6   MICHAEL WAYNE PARSONS.

7        I hereby certify that the foregoing pages were

8   printed under my personal supervision and that they con-

9   stitute a true record of the proceedings had.

10       I further certify that I am not an attorney nor

11  counsel of any of the parties, nor a relative or employee

12  of any attorney or counsel connected with the action, nor

13  am I financially interested in the action.

14       Witness my hand and official seal in the State

15  of Tennessee on February 15, 2016.

16

17

18

19

20                                  Sally, A Workman

21                                  SALLY A WORKMAN,
                                    Court Reporter, and
22                                  Notary Public

23  My Commission Expires:
        March 23, 2016
24      TN License #481

## Affidavit of [Patricia M. Parsons]

I, [Patricia M. Parsons], Affiant, being of lawful age, qualified and competent to testify to, and having firsthand knowledge of the following facts, do hereby swear that the following facts are true, correct and not misleading:

On June 24, 2016, I went to the Tipton County Jail to pick up Mr. Michael Parsons. The following is the physical state that he was in. Mr. Parsons is 6'5" tall and would normally weigh 195 pounds. Mr. Parsons had been starved to the point that he lost about 30 pounds and looked emaciated or gaunt. Mr. Parsons was extremely pale and weak. Mr. Parsons was in severe pain due to broken ribs, cuts and bruises, as he had been beaten by another inmate by the name of Toliver a couple of weeks earlier. Mr. Parson spent several weeks trying to recuperate from his injuries.

_Pat M Parsons_

[Full Name]

### NOTARY

In Tennessee, Shelby, on this 24th day of January, 2017, before me, __Pat M. Parsons__, the undersigned Notary Public, personally appeared Affiant's Full Name, to me known to be the living (wo)man described herein, who executed the forgoing instrument, and has sworn before me that he/she executed the same as his/her free-will act and deed.



(Notary seal)

_Tina L. Keller_

Notary

My commission expires: __9-16-18__



**Alternative Health Empowerment, Inc.**
670 Colonial Road, Suite 5
Memphis, Tennessee 38117
(901) 683-8200 / www.AHE4Life.com

To whom it may concern;                                                                    January 30, 2017

My name is Dr. Bradley M. Frezza, ND, I am a naturopathic doctor practicing in the Memphis, TN area. Mike Parsons is a client of mine (*natural medicine is illegal in the state of Tennessee and by law I cannot call him a patient and I have to work as a natural health counselor*). I saw him on July 5th, 2016 just after his release from jail on parole. Mr. Parsons had lost approximately 30 pounds in the 5 1/2 months since the last time that I had seen him, and appeared to be very pale and weak. He had a bruise on the right side of his forehead, three broken ribs appeared to be suffering from malnutrition.

At my recommendation, Mr. Parsons used natural healing methods and herbal products from my clinic to recover from his injuries and regain his health and weight. It is my personal opinion that the law enforcement officials in Tipton County, Tennessee have a personal vendetta against Mr. Parsons and that his very life could be at risk if he were to be re-incarcerated at one of their facilities.

If you have any questions for me that do not violate HIPPA laws, please feel free to contact me at the above address or telephone number or you may reach me at DrFrezza@AHE4Life.com.

Sincerely,

Dr. Bradley M. Frezza, ND

The following is the DUNS number for **TENNESSEE, STATE OF**:
DUNS number: **041438821**

The following is the DUNS number for **STATE OF TENNESSEE**:
DUNS number: **024490499**

The following is the DUNS number for **STATE OF TENNESSEE**:
DUNS number: **025454330**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **099182131**

The following is the DUNS number for **TIPTON, COUNTY OF**:
DUNS number: **078843816**

The following is the DUNS number for **TIPTON, COUNTY OF**:
DUNS number: **144546442**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **009993866**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **056140908**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **069428782**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **069428782**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **125591482**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **169824757**

The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **780441192**


The following is the DUNS number for **COUNTY OF TIPTON**:
DUNS number: **784352684**

## FURNAS COUNTY

912 R ST
BEAVER CITY, NE 68926-2636
(308) 268-2245

The following is the DUNS number for **FURNAS COUNTY**:
DUNS number: **028450732**

## FURNAS COUNTY

202 N NEBRASKA AVE

YORK, NE 68467-3660

(308) 962-7912

The following is the DUNS number for **FURNAS COUNTY**:
DUNS number: **186295338**

## FURNAS COUNTY

912 R ST

BEAVER CITY, NE 68926-2636

(308) 268-2245

The following is the DUNS number for **FURNAS COUNTY**:
DUNS number: **186295338**

## FURNAS COUNTY

118 12TH ST

BEAVER CITY, NE 68926-2715

(308) 268-2824

The following is the DUNS number for **FURNAS COUNTY**:
DUNS number: **964611206**

## NEBRASKA, STATE OF

1445 K ST OOM 2316

LINCOLN, NE 68509

(402) 471-2311

The following is the DUNS number for **NEBRASKA, STATE OF**:
DUNS number: **007496631**

## STATE OF NEBRASKA

1501 PLUM CREEK PKWY STE 3

LEXINGTON, NE 68850-2610

(308) 324-2064

The following is the DUNS number for **STATE OF NEBRASKA**:
DUNS number: **026780646**

## STATE OF NEBRASKA

1700 STONE ST

FALLS CITY, NE 68355-2003

(402) 245-4439

The following is the DUNS number for **STATE OF NEBRASKA**:
DUNS number: **034389604**

## STATE OF NEBRASKA

2207 OSBORNE DR W STE 100

HASTINGS, NE 68901-9111

(402) 463-5681

The following is the DUNS number for **STATE OF NEBRASKA**:
DUNS number: **088868566**

## NOTICE OF 'CONDITION PRECEDENT'

In compliance with Executive Order 13132 ("Federalism") signed by President Bill Clinton on August 10, 1999 Section 2: "(d) The people of the States are free, subject only to restrictions in the Constitution itself or in constitutionally authorized Acts of Congress, to define the moral, political, and legal character of their lives."

I hereby define my political and legal characters as follows:

Be it known by all, that I Michael Wayne Parsons, as a living flesh and blood man that on this day of 23 in the month of June and the year 2015 do hereby give notice to all in the world that I am not a citizen of the United States, nor any corporation posing as government such as STATE OF TENNESSEE CORPORATION. Any who wish to challenge this admission must do so by responding to this notice within 30 days of publication. Notice is also given to any one in the world who may have a contract (or unsigned presumed contract) under the above name, that this notice serves as an addendum to all contracts or presumptions ab initio, in which the signatory name may (or may not) appear. Notice that the following be included as part and above the perceived signatory name which is in fact an autograph with or without the notice "without prejudice, UCC1-207, UCC1-308 or ..., which indicates done under threat, duress and coercion rendering it a void contract and all of my God given rights are reserved."

Let it be known to all that this notice also serves to rebut any presumption that any Federal, State, County or Municipality or and Corporation posing as government in including but not limited to any and all STATE OF___, COUNTY OF___ CITY OF ___ COUNTRY OF___ etc, has authority (parens patriae) over any of my family or property.

Let it be known that as a flesh and blood living man I can not see communicate with any corporations as they are non-living fictions on paper and in the minds of fools, and as such, I can only reply to living flesh and blood men and woman.

All return address or responses to be addressed as follows. Notice – all three line addresses will be returned to senders.

Line 1   Michael Wayne Parsons
Line 2   P.O. Box 655
Line 3   Arlington, Tennessee [38002]
Line 4   (united States of America)

# Vienna Convention on Diplomatic Relations
**1961**

Done at Vienna on 18 April 1961. Entered into force on 24 April 1964.
United Nations, *Treaty Series*, vol. 500, p. 95.



Copyright © United Nations
2005

## Vienna Convention on Diplomatic Relations
## Done at Vienna on 18 April 1961

*The States Parties to the present Convention,*

*Recalling* that peoples of all nations from ancient times have recognized the status of diplomatic agents,

*Having in mind* the purposes and principles of the Charter of the United Nations concerning the sovereign equality of States, the maintenance of international peace and security, and the promotion of friendly relations among nations,

*Believing* that an international convention on diplomatic intercourse, privileges and immunities would contribute to the development of friendly relations among nations, irrespective of their differing constitutional and social systems,

*Realizing* that the purpose of such privileges and immunities is not to benefit individuals but to ensure the efficient performance of the functions of diplomatic missions as representing States,

*Affirming* that the rules of customary international law should continue to govern questions not expressly regulated by the provisions of the present Convention,

*Have agreed* as follows:

### *Article 1*

For the purpose of the present Convention, the following expressions shall have the meanings hereunder assigned to them:

(*a*)   The "head of the mission" is the person charged by the sending State with the duty of acting in that capacity;

(*b*)   The "members of the mission" are the head of the mission and the members of the staff of the mission;

(*c*)   The "members of the staff of the mission" are the members of the diplomatic staff, of the administrative and technical staff and of the service staff of the mission;

(*d*)   The "members of the diplomatic staff" are the members of the staff of the mission having diplomatic rank;

(*e*)   A "diplomatic agent" is the head of the mission or a member of the diplomatic staff of the mission;

(*f*)   The "members of the administrative and technical staff" are the members of the staff of the mission employed in the administrative and technical service of the mission;

2

(g)     The "members of the service staff" are the members of the staff of the mission in the domestic service of the mission;

(h)     A "private servant" is a person who is in the domestic service of a member of the mission and who is not an employee of the sending State;

(i)     The "premises of the mission" are the buildings or parts of buildings and the land ancillary thereto, irrespective of ownership, used for the purposes of the mission including the residence of the head of the mission.

### Article 2

The establishment of diplomatic relations between States, and of permanent diplomatic missions, takes place by mutual consent.

### Article 3

1. The functions of a diplomatic mission consist, inter alia, in:

(a)     Representing the sending State in the receiving State;

(b)     Protecting in the receiving State the interests of the sending State and of its nationals, within the limits permitted by international law;

(c)     Negotiating with the Government of the receiving State;

(d)     Ascertaining by all lawful means conditions and developments in the receiving State, and reporting thereon to the Government of the sending State;

(e)     Promoting friendly relations between the sending State and the receiving State, and developing their economic, cultural and scientific relations.

2. Nothing in the present Convention shall be construed as preventing the performance of consular functions by a diplomatic mission.

### Article 4

1. The sending State must make certain that the *agrément* of the receiving State has been given for the person it proposes to accredit as head of the mission to that State.

2. The receiving State is not obliged to give reasons to the sending State for a refusal of *agrément*.

3

*Article 5*

1. The sending State may, after it has given due notification to the receiving States concerned, accredit a head of mission or assign any member of the diplomatic staff, as the case may be, to more than one State, unless there is express objection by any of the receiving States.

2. If the sending State accredits a head of mission to one or more other States it may establish a diplomatic mission headed by a chargé d'affaires ad interim in each State where the head of mission has not his permanent seat.

3. A head of mission or any member of the diplomatic staff of the mission may act as representative of the sending State to any international organization.

*Article 6*

Two or more States may accredit the same person as head of mission to another State, unless objection is offered by the receiving State.

*Article 7*

Subject to the provisions of articles 5, 8, 9 and 11, the sending State may freely appoint the members of the staff of the mission. In the case of military, naval or air attachés, the receiving State may require their names to be submitted beforehand, for its approval.

*Article 8*

1. Members of the diplomatic staff of the mission should in principle be of the nationality of the sending State.

2. Members of the diplomatic staff of the mission may not be appointed from among persons having the nationality of the receiving State, except with the consent of that State which may be withdrawn at any time.

3. The receiving State may reserve the same right with regard to nationals of a third State who are not also nationals of the sending State.

*Article 9*

1. The receiving State may at any time and without having to explain its decision, notify the sending State that the head of the mission or any member of the diplomatic staff of the mission is persona non grata or that any other member of the staff of the mission is not acceptable. In any such case, the sending State shall, as appropriate, either recall the person concerned or terminate his functions with the mission. A person may be declared non grata or not acceptable before arriving in the territory of the receiving State.

2. If the sending State refuses or fails within a reasonable period to carry out its obligations under paragraph 1 of this article, the receiving State may refuse to recognize the person concerned as a member of the mission.

### *Article 10*

1. The Ministry for Foreign Affairs of the receiving State, or such other ministry as may be agreed, shall be notified of:

(*a*)   The appointment of members of the mission, their arrival and their final departure or the termination of their functions with the mission;

(*b*)   The arrival and final departure of a person belonging to the family of a member of the mission and, where appropriate, the fact that a person becomes or ceases to be a member of the family of a member of the mission;

(*c*)   The arrival and final departure of private servants in the employ of persons referred to in subparagraph (*a*) of this paragraph and, where appropriate, the fact that they are leaving the employ of such persons;

(*d*)   The engagement and discharge of persons resident in the receiving State as members of the mission or private servants entitled to privileges and immunities.

2. Where possible, prior notification of arrival and final departure shall also be given.

### *Article 11*

1. In the absence of specific agreement as to the size of the mission, the receiving State may require that the size of a mission be kept within limits considered by it to be reasonable and normal, having regard to circumstances and conditions in the receiving State and to the needs of the particular mission.

2. The receiving State may equally, within similar bounds and on a non-discriminatory basis, refuse to accept officials of a particular category.

### *Article 12*

The sending State may not, without the prior express consent of the receiving State, establish offices forming part of the mission in localities other than those in which the mission itself is established.

### *Article 13*

1. The head of the mission is considered as having taken up his functions in the receiving State either when he has presented his credentials or when he has notified his arrival and a true copy of his credentials has been presented to the Ministry for Foreign Affairs of the receiving State, or such other

5

ministry as may be agreed, in accordance with the practice prevailing in the receiving State which shall be applied in a uniform manner.

2. The order of presentation of credentials or of a true copy thereof will be determined by the date and time of the arrival of the head of the mission.

*Article 14*

1. Heads of mission are divided into three classes, namely:

(*a*)　That of ambassadors or nuncios accredited to Heads of State, and other heads of mission of equivalent rank;

(*b*)　That of envoys, ministers and internuncios accredited to Heads of State;

(*c*)　That of chargés d'affaires accredited to Ministers for Foreign Affairs.

2. Except as concerns precedence and etiquette, there shall be no differentiation between heads of mission by reason of their class.

*Article 15*

The class to which the heads of their missions are to be assigned shall be agreed between States.

*Article 16*

1. Heads of mission shall take precedence in their respective classes in the order of the date and time of taking up their functions in accordance with article 13.

2. Alterations in the credentials of a head of mission not involving any change of class shall not affect his precedence.

3. This article is without prejudice to any practice accepted by the receiving State regarding the precedence of the representative of the Holy See.

*Article 17*

The precedence of the members of the diplomatic staff of the mission shall be notified by the head of the mission to the Ministry for Foreign Affairs or such other ministry as may be agreed.

*Article 18*

The procedure to be observed in each State for the reception of heads of mission shall be uniform in respect of each class.

6

*Article 19*

1. If the post of head of the mission is vacant, or if the head of the mission is unable to perform his functions a chargé d'affaires ad interim shall act provisionally as head of the mission. The name of the chargé d'affaires ad interim shall be notified, either by the head of the mission or, in case he is unable to do so, by the Ministry for Foreign Affairs of the sending State to the Ministry for Foreign Affairs of the receiving State or such other ministry as may be agreed.

2. In cases where no member of the diplomatic staff of the mission is present in the receiving State, a member of the administrative and technical staff may, with the consent of the receiving State, be designated by the sending State to be in charge of the current administrative affairs of the mission.

*Article 20*

The mission and its head shall have the right to use the flag and emblem of the sending State on the premises of the mission, including the residence of the head of the mission, and on his means of transport.

*Article 21*

1. The receiving State shall either facilitate the acquisition on its territory, in accordance with its laws, by the sending State of premises necessary for its mission or assist the latter in obtaining accommodation in some other way.

2. It shall also, where necessary, assist missions in obtaining suitable accommodation for their members.

*Article 22*

1. The premises of the mission shall be inviolable. The agents of the receiving State may not enter them, except with the consent of the head of the mission.

2. The receiving State is under a special duty to take all appropriate steps to protect the premises of the mission against any intrusion or damage and to prevent any disturbance of the peace of the mission or impairment of its dignity.

3. The premises of the mission, their furnishings and other property thereon and the means of transport of the mission shall be immune from search, requisition, attachment or execution.

*Article 23*

1. The sending State and the head of the mission shall be exempt from all national, regional or municipal dues and taxes in respect of the premises of the mission, whether owned or leased, other than such as represent payment for specific services rendered.

2. The exemption from taxation referred to in this article shall not apply to such dues and taxes payable under the law of the receiving State by persons contracting with the sending State or the head of the mission.

*Article 24*

The archives and documents of the mission shall be inviolable at any time and wherever they may be.

*Article 25*

The receiving State shall accord full facilities for the performance of the functions of the mission.

*Article 26*

Subject to its laws and regulations concerning zones entry into which is prohibited or regulated for reasons of national security, the receiving State shall ensure to all members of the mission freedom of movement and travel in its territory.

*Article 27*

1. The receiving State shall permit and protect free communication on the part of the mission for all official purposes. In communicating with the Government and the other missions and consulates of the sending State, wherever situated, the mission may employ all appropriate means, including diplomatic couriers and messages in code or cipher. However, the mission may install and use a wireless transmitter only with the consent of the receiving State.

2. The official correspondence of the mission shall be inviolable. Official correspondence means all correspondence relating to the mission and its functions.

3. The diplomatic bag shall not he opened or detained.

4. The packages constituting the diplomatic bag must bear visible external marks of their character and may contain only diplomatic documents or articles intended for official use.

5. The diplomatic courier, who shall be provided with an official document indicating his status and the number of packages constituting the diplomatic bag, shall be protected by the receiving State in the performance of his functions. He shall enjoy person inviolability and shall not be liable to any form of arrest or detention.

6. The sending State or the mission may designate diplomatic couriers ad hoc. In such cases the provisions of paragraph 5 of this article shall also apply, except that the immunities therein mentioned shall cease to apply when such a courier has delivered to the consignee the diplomatic bag in his charge.

7. A diplomatic bag may be entrusted to the captain of a commercial aircraft scheduled to land at an authorized port of entry. He shall be provided with an official document indicating the number of

packages constituting the bag but he shall not be considered to be a diplomatic courier. The mission may send one of its members to take possession of the diplomatic bag directly and freely from the captain of the aircraft.

### Article 28

The fees and charges levied by the mission in the course of its official duties shall be exempt from all dues and taxes.

### Article 29

The person of a diplomatic agent shall be inviolable. He shall not be liable to any form of arrest or detention. The receiving State shall treat him with due respect and shall take all appropriate steps to prevent any attack on his person, freedom or dignity.

### Article 30

1. The private residence of a diplomatic agent shall enjoy the same inviolability and protection as the premises of the mission.

2. His papers, correspondence and, except as provided in paragraph 3 of article 31, his property, shall likewise enjoy inviolability.

### Article 31

1. A diplomatic agent shall enjoy immunity from the criminal jurisdiction of the receiving State. He shall also enjoy immunity from its civil and administrative jurisdiction, except in the case of:

(a) A real action relating to private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;

(b) An action relating to succession in which the diplomatic agent is involved as executor, administrator, heir or legatee as a private person and not on behalf of the sending State;

(c) An action relating to any professional or commercial activity exercised by the diplomatic agent in the receiving State outside his official functions.

2. A diplomatic agent is not obliged to give evidence as a witness.

3. No measures of execution may be taken in respect of a diplomatic agent except in the cases coming under subparagraphs (a), (b) and (c) of paragraph 1 of this article, and provided that the measures concerned can be taken without infringing the inviolability of his person or of his residence.

4. The immunity of a diplomatic agent from the jurisdiction of the receiving State does not exempt him from the jurisdiction of the sending State.

*Article 32*

1. The immunity from jurisdiction of diplomatic agents and of persons enjoying immunity under article 37 may be waived by the sending State.

2. Waiver must always be express.

3. The initiation of proceedings by a diplomatic agent or by a person enjoying immunity from jurisdiction under article 37 shall preclude him from invoking immunity from jurisdiction in respect of any counterclaim directly connected with the principal claim.

4. Waiver of immunity from jurisdiction in respect of civil or administrative proceedings shall not be held to imply waiver of immunity in respect of the execution of the judgement, for which a separate waiver shall be necessary.

*Article 33*

1. Subject to the provisions of paragraph 3 of this article, a diplomatic agent shall with respect to services rendered for the sending State be exempt from social security provisions which may be in force in the receiving State.

2. The exemption provided for in paragraph 1 of this article shall also apply to private servants who are in the sole employ of a diplomatic agent, on condition:

(*a*)    That they are not nationals of or permanently resident in the receiving State; and

(*b*)    That they are covered by the social security provisions which may be in force in the sending State or a third State.

3. A diplomatic agent who employs persons to whom the exemption provided for in paragraph 2 of this article does not apply shall observe the obligations which the social security provisions of the receiving State impose upon employers.

4. The exemption provided for in paragraphs 1 and 2 of this article shall not preclude voluntary participation in the social security system of the receiving State provided that such participation is permitted by that State.

5. The provisions of this article shall not affect bilateral or multilateral agreements concerning social security concluded previously and shall not prevent the conclusion of such agreements in the future.

*Article 34*

A diplomatic agent shall be exempt from all dues and taxes, personal or real, national, regional or municipal, except:

(a)    Indirect taxes of a kind which are normally incorporated in the price of goods or services;

(b)    Dues and taxes on private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;

(c)    Estate, succession or inheritance duties levied by the receiving State, subject to the provisions of paragraph 4 of article 39;

(d)    Dues and taxes on private income having its source in the receiving State and capital taxes on investments made in commercial undertakings in the receiving State;

(e)    Charges levied for specific services rendered;

(f)    Registration, court or record fees, mortgage dues and stamp duty, with respect to immovable property, subject to the provisions of article 23.

### Article 35

The receiving State shall exempt diplomatic agents from all personal services, from all public service of any kind whatsoever, and from military obligations such as those connected with requisitioning, military contributions and billeting.

### Article 36

1. The receiving State shall, in accordance with such laws and regulations as it may adopt, permit entry of and grant exemption from all customs duties, taxes, and related charges other than charges for storage, cartage and similar services, on:

(a)    Articles for the official use of the mission;

(b)    Articles for the personal use of a diplomatic agent or members of his family forming part of his household, including articles intended for his establishment.

2. The personal baggage of a diplomatic agent shall be exempt from inspection, unless there are serious grounds for presuming that it contains articles not covered by the exemptions mentioned in paragraph 1 of this article, or articles the import or export of which is prohibited by the law or controlled by the quarantine regulations of the receiving State. Such inspection shall be conducted only in the presence of the diplomatic agent or of his authorized representative.

### Article 37

1. The members of the family of a diplomatic agent forming part of his household shall, if they are not nationals of the receiving State, enjoy the privileges and immunities specified in articles 29 to 36.

2. Members of the administrative and technical staff of the mission, together with members of their families forming part of their respective households, shall, if they are not nationals of or

11

permanently resident in the receiving State, enjoy the privileges and immunities specified in articles 29 to 35, except that the immunity from civil and administrative jurisdiction of the receiving State specified in paragraph 1 of article 31 shall not extend to acts performed outside the course of their duties. They shall also enjoy the privileges specified in article 36, paragraph 1, in respect of articles imported at the time of first installation.

3. Members of the service staff of the mission who are not nationals of or permanently resident in the receiving State shall enjoy immunity in respect of acts performed in the course of their duties, exemption from dues and taxes on the emoluments they receive by reason of their employment and the exemption contained in article 33.

4. Private servants of members of the mission shall, if they are not nationals of or permanently resident in the receiving State, be exempt from dues and taxes on the emoluments they receive by reason of their employment. In other respects, they may enjoy privileges and immunities only to the extent admitted by the receiving State. However, the receiving State must exercise its jurisdiction over those persons in such a manner as not to interfere unduly with the performance of the functions of the mission.

*Article 38*

1. Except insofar as additional privileges and immunities may be granted by the receiving State, a diplomatic agent who is a national of or permanently resident in that State shall enjoy only immunity from jurisdiction, and inviolability, in respect of official acts performed in the exercise of his functions.

2. Other members of the staff of the mission and private servants who are nationals of or permanently resident in the receiving State shall enjoy privileges and immunities only to the extent admitted by the receiving State. However, the receiving State must exercise its jurisdiction over those persons in such a manner as not to interfere unduly with the performance of the functions of the mission.

*Article 39*

1. Every person entitled to privileges and immunities shall enjoy them from the moment he enters the territory of the receiving State on proceeding to take up his post or, if already in its territory, from the moment when his appointment is notified to the Ministry for Foreign Affairs or such other ministry as may be agreed.

2. When the functions of a person enjoying privileges and immunities have come to an end, such privileges and immunities shall normally cease at the moment when he leaves the country, or on expiry of a reasonable period in which to do so, but shall subsist until that time, even in case of armed conflict. However, with respect to acts performed by such a person in the exercise of his functions as a member of the mission, immunity shall continue to subsist.

3. In case of the death of a member of the mission, the members of his family shall continue to enjoy the privileges and immunities to which they are entitled until the expiry of a reasonable period in which to leave the country.

4. In the event of the death of a member of the mission not a national of or permanently resident in the receiving State or a member of his family forming part of his household, the receiving State shall permit the withdrawal of the movable property of the deceased, with the exception of any property acquired in the country the export of which was prohibited at the time of his death. Estate, succession and inheritance duties shall not be levied on movable property the presence of which in the receiving State was due solely to the presence there of the deceased as a member of the mission or as a member of the family of a member of the mission.

### Article 40

1. If a diplomatic agent passes through or is in the territory of a third State, which has granted him a passport visa if such visa was necessary, while proceeding to take up or to return to his post, or when returning to his own country, the third State shall accord him inviolability and such other immunities as may be required to ensure his transit or return. The same shall apply in the case of any members of his family enjoying privileges or immunities who are accompanying the diplomatic agent, or travelling separately to join him or to return to their country.

2. In circumstances similar to those specified in paragraph 1 of this article, third States shall not hinder the passage of members of the administrative and technical or service staff of a mission, and of members of their families, through their territories.

3. Third States shall accord to official correspondence and other official communications in transit, including messages in code or cipher, the same freedom and protection as is accorded by the receiving State. They shall accord to diplomatic couriers, who have been granted a passport visa if such visa was necessary, and diplomatic bags in transit, the same inviolability and protection as the receiving State is bound to accord.

4. The obligations of third States under paragraphs 1, 2 and 3 of this article shall also apply to the persons mentioned respectively in those paragraphs, and to official communications and diplomatic bags, whose presence in the territory of the third State is due to force majeure.

### Article 41

1. Without prejudice to their privileges and immunities, it is the duty of all persons enjoying such privileges and immunities to respect the laws and regulations of the receiving State. They also have a duty not to interfere in the internal affairs of that State.

2. All official business with the receiving State entrusted to the mission by the sending State shall be conducted with or through the Ministry for Foreign Affairs of the receiving State or such other ministry as may be agreed.

3. The premises of the mission must not be used in any manner incompatible with the functions of the mission as laid down in the present Convention or by other rules of general international law or by any special agreements in force between the sending and the receiving State.

13

*Article 42*

A diplomatic agent shall not in the receiving State practise for personal profit any professional or commercial activity.

*Article 43*

The function of a diplomatic agent comes to an end, inter alia:

(*a*)    On notification by the sending State to the receiving State that the function of the diplomatic agent has come to an end;

(*b*)    On notification by the receiving State to the sending State that, in accordance with paragraph 2 of article 9, it refuses to recognize the diplomatic agent as a member of the mission.

*Article 44*

The receiving State must, even in case of armed conflict, grant facilities in order to enable persons enjoying privileges and immunities, other than nationals of the receiving State, and members of the families of such persons irrespective of their nationality, to leave at the earliest possible moment. It must, in particular, in case of need, place at their disposal the necessary means of transport for themselves and their property.

*Article 45*

If diplomatic relations are broken off between two States, or if a mission is permanently or temporarily recalled:

(*a*)    The receiving State must, even in case of armed conflict, respect and protect the premises of the mission, together with its property and archives;

(*b*)    The sending State may entrust the custody of the premises of the mission, together with its property and archives, to a third State acceptable to the receiving State;

(*c*)    The sending State may entrust the protection of its interests and those of its nationals to a third State acceptable to the receiving State.

*Article 46*

A sending State may with the prior consent of a receiving State, and at the request of a third State not represented in the receiving State, undertake the temporary protection of the interests of the third State and of its nationals.

*Article 47*

1. In the application of the provisions of the present Convention, the receiving State shall not discriminate as between States.

2. However, discrimination shall not be regarded as taking place:

(*a*)    Where the receiving State applies any of the provisions of the present Convention restrictively because of a restrictive application of that provision to its mission in the sending State;

(*b*)    Where by custom or agreement States extend to each other more favourable treatment than is required by the provisions of the present Convention.

*Article 48*

The present Convention shall be open for signature by all States Members of the United Nations or of any of the specialized agencies Parties to the Statute of the International Court of Justice, and by any other State invited by the General Assembly of the United Nations to become a Party to the Convention, as follows: until 31 October 1961 at the Federal Ministry for Foreign Affairs of Austria and subsequently, until 31 March 1962, at the United Nations Headquarters in New York.

*Article 49*

The present Convention is subject to ratification. The instruments of ratification shall be deposited with the Secretary-General of the United Nations.

*Article 50*

The present Convention shall remain open for accession by any State belonging to any of the four categories mentioned in article 48. The instruments of accession shall be deposited with the Secretary-General of the United Nations.

*Article 51*

1. The present Convention shall enter into force on the thirtieth day following the date of deposit of the twenty-second instrument of ratification or accession with the Secretary-General of the United Nations.

2. For each State ratifying or acceding to the Convention after the deposit of the twenty-second instrument of ratification or accession, the Convention shall enter into force on the thirtieth day after deposit by such State of its instrument of ratification or accession.

*Article 52*

The Secretary-General of the United Nations shall inform all States belonging to any of the four categories mentioned in article 48:

(*a*)   Of signatures to the present Convention and of the deposit of instruments of ratification or accession, in accordance with articles 48, 49 and 50;

(*b*)   Of the date on which the present Convention will enter into force, in accordance with article 51.

### *Article 53*

The original of the present Convention, of which the Chinese, English, French, Russian and Spanish texts are equally authentic, shall be deposited with the Secretary-General of the United Nations, who shall send certified copies thereof to all States belonging to any of the four categories mentioned in article 48.

IN WITNESS WHEREOF the undersigned Plenipotentiaries, being duly authorized thereto by their respective Governments, have signed the present Convention.

DONE at Vienna this eighteenth day of April one thousand nine hundred and sixty-one.

————————





File No:U-15-6030;
W2010-02073-CCA-R3-CD;
Hearing Date: December 02, 2015

## IN THE UNIVERSAL SUPREME COURT
## OF THE T'SILHQOT'IN

Between:

Michael Wayne Parsons

Appellant

And:

State of Tennessee

Appellee

## ORDER

Coming on before me on appeal in the sovereign T'silhqot'in Territory under the authority of the *Constitution of the Tsilqhot'in Nation* is the wrongful conviction and wrongful prosecution matter of Mr. Michael Wayne Parsons therefore;

THIS COURT ORDERS that:

1. Mr. Michael Wayne Parsons's 2007 wrongful conviction of aggravated assault, burglary of a vehicle and theft is overturned and nullified.

2. Mr. Michael Wayne Parsons is fully exonerated from the 2007 wrongful conviction of aggravated assault, burglary of a vehicle and theft.

3. Mr. Michael Wayne Parsons is awarded compensation for his wrongful incarceration in the amount of $5000 per diem for each day he was incarcerated.

4. Mr. Michael Wayne Parsons's record, including NCIC records shall be expunged from the 2007 wrongful conviction of aggravated assault, burglary of a vehicle and theft, within 21 days of this order.

By the Court:

_____
The Honourable Chief Justice
of the Universal Supreme Court



File No:U-15-6030;
W2010-02073-CCA-R3-CD;
Hearing Date: December 02, 2015

## IN THE UNIVERSAL SUPREME COURT
## OF THE T'SILHQOT'IN

Between:

Michael Wayne Parsons

Appellant

And:

State of Tennessee

Appellee

### REASONS FOR JUDGMENT

[1] This is a final appeal proceeding  relating to the wrongful conviction and travesty of justice in case 6030 and subsequent proceedings brought before me, this 2nd day of December 2015 for correction from the Circuit Court of Tennessee at Covington Twenty-fifth Judicial District regarding Mr. Michael Wayne Parsons. As, the duly appointed Chief Justice of the Universal Supreme Court of the Tsilhqot'in, an international aboriginal court under the authority of the host Tsilhqot'in Nation's *Constitution of the Tsilhqot'in Notion,* now dispose of this here international matter which the guest nation, the United States of America and the Twenty-fifth Judicial District of the State of Tennessee is obliged to uphold under the full faith and credit doctrine as well as the Host/Guest Nation concept. Pursuant to sections 3(17) of the *Constitution of the Tsilhqot'in Nation* "All rulings by the Universal Supreme Court of the Tsilhqot'in are final and without appeal and must be upheld by guest nations and international courts and governments;"

1

[2] On December 02, 2015 the appellant, Mr. Parsons, of aboriginal descent, attorned to the Universal Supreme Court for relief, pursuant to section 3(16) of the *Constitution of the Tsilhqot'in Nation* and section 2 & 3 of the *Universal Supreme Court Act*. It is unknown if service was duly rendered upon the appellee, therefore the State of Tennessee has 30 days after service to apply by written submissions to this court, and only this court, to change or vary this ex parte order/ judgement, pursuant to section 3(17) of the *Constitution of the Tsilhqot'in Nation* and has 45 days to appear before me at the Kamloops USCT Division, British Columbia, to show cause why these findings should not be fixed. I note that nothing in these reasons preclude Mr. Parsons from proceeding with his civil claim either in this court or another venue.

HELD:       Mr. Michael Wayne Parsons is hereby exonerated of all prior 2007 convictions;  2 counts of
            aggravated assault, 2 counts of theft, and burglary of a vehicle are hereby nullified.

### HISTORY OF THE CASE:

[3] On September 24, 2007 a neighbour Mr. Barry D. Laxton across the street from 444 Hughes Road in a rural Tennessee community of Brighton, USA, where Mr. & Mrs. Parsons resided, was according to Mr. Laxton's own testimony mowing his lawn when he spotted some of Mr. Parson's dogs (which happened to be a wolf/dog cross, hereafter referred to as "dogs", "dog" or in particular "Brandi"; simply for brevity and dispelling of any myth that a wolf/dog cross is of any other temperament other than the ordinary range of dog breeds) running loose.

[4] There was evidence presented to the court by both parties that Mr. Parsons was a responsible dog owner who kept his dogs in an enclosed, fenced space unless on a leash or otherwise controlled but on this day as at times animals and children sometimes do, some of the dogs escaped or intentionally were, and unknown to the Parsons, let loose from their enclosure and were at large.

[5] I note here that it is highly suspect that the incident which occurred that day just so happened to coincide with a meeting that Mr. Parsons had with his attorney regarding a civil suit against the State of Tennessee with respect to election fraud. I also note it was improper during the underlying proceedings for the General Sessions Judge William Peeler and a Circuit Court Judge, Joseph H. Walker III to have anything to do with this case against Mr. Parsons due to the conflict of interest with respect to the civil suit in which they were named as parties. Instead of recusing themselves from the proceedings as other judges properly had done, they purposefully interjected

2

themselves into this case and continued to be seized of this case, giving not only the semblance of impropriety but outright conspiracy , collusion and corruption against Mr. Parsons, above Mr. Parsons repeated objections.

THE ALLEGED CRIME:

[6] So on September 24, 2007, while Mr. Laxton, claimed he was mowing his daughter's lawn across the street from the Parsons property to the south. Another neighbour, Mr. King, on the property adjacent to Mr. Parsons's property on the north side of the street, doing mechanical work near a hangar on his father in law's property. Mr. King testified that he saw Mr. Laxton attempting to "shushing away" Mr. Parsons dogs who were at large, on their own property, across the street. Mr. King also testified all the dogs left the vicinity except for one dog named Brandi. Mr. King and Mr. Laxton testified Mr. Laxton went into his daugher's house, retrieved a rifle and went back outside. It has never been explained why Mr. Laxton had his rifle in his daughter's house. Mr. Laxton did not call the Parsons or animal control. Any reasonable person would have called the Parsons, animal control or the police.

[7] Mr. King testified that he incited or egged Mr. Laxton on, becoming an accomplice to the actions of Mr. Laxton by saying, "When the wolf then crossed the ditch, I said, 'You better do something now. He's coming at you.' " By his own testimony he refused or neglected to stop, hinder, or dissuade Mr. Laxton from going across the street with his rifle. Mr. King later told Mr. Laxton to hide his rifle in his (King's) truck.

[8] It was at the point Mr. Laxton stepped off of daughter's property and crossed the street with a semi-automatic rifle in hand that Mr. Laxton ceases to be a victim and becomes the predator, hunter, stalker and perpetrator of the crime that ensues. If Mr. Laxton would have gone inside his daughter's house, instead of going back outside with his rifle, for his protection, in case the dog crossed the road to attack him, he might have had an arguable defence for shooting the dog in self-defense . Instead, Mr. Laxton crossed the street, off his daughter's property, putting himself in close proximity to the dog which he claimed was endangering him. He then fired his semi-automatic weapon towards the north into the Parsons property, fatally killing the dog, attacking Mr. and Mrs. Parsons who were outside looking for their dog. Whether Mr. Laxton shot in the air at first or not, whether the lay of the land had any depressions or ditches in it does not matter because at some point his spray of bullets flew low

3

enough to hit the dog on the ground, simultaneously endangering the life of Mr. and Mrs. Parsons. Mr. Parsons testified that he heard several bullets fly past him while witnessing Mr. Laxton shooting in his and his wife's direction, eventually killing his dog Brandi, who was in close proximity to both Mr. and Mrs. Parsons. It is here that proof of malice aforethought with willful intention to commit murder of Mr. & Mrs. Parsons exists, that *mens rea* is met . It is plain and obvious if one bullet had been shot into the Parsons property with intent, a crime had been committed. There is ample evidence a barrage of bullets were shot into the Parson residence.

[9] Any reasonable person would question Mr. Laxton's motives for going back outside with a rifle if he felt unsafe outside with Mr. Parson's dogs at large. Mr. Laxton not only went back outside on his daughter's property, but then took steps off his daughter's property, toward the dog across the street, coming into closer proximity to the dog, spraying Mr. Parson's property with bullets, endangering the life of the Parsons. It is to be noted neither Mr. Laxton nor Mr. King reside in the neighbourhood where Mr. Parsons live but were on September 24, 2007 visiting relatives and both happened to be outside doing yard work. In other words, neither were on their own property. This event coincidently was only the 3rd time the Parsons's dogs were ever at large. At trial the issue or possibility of foul play was never raised but attempted murder can be proven.

[10] During the trial, both Mr. Laxton and Mr. King both provided oral and written testimony. Both men testified that they were only shooting at the dog Brandi and not at Mr. & Mrs. Parsons and in effect could not see them therefore were not targeting them. Yet both make admissions of hearing, which can also be heard on tape, that Mr. Parsons yells at them to "Stop shooting", placing Mr. Parsons in Mr. Laxton's line of fire. Whether they had seen Mr. Parsons or not is irrelevant, they **heard** Mr. Parsons and continued shooting. Mr. Parsons would not have to say, "Stop shooting!" if the shooting had ceased before he arrived. Mr. Parsons testified he even fired his gun in order to get Mr. Laxton's attention to stop shooting in his presence. It was only at this time Mr. Laxton stopped shooting and walked over to Mr. King's vehicle instead of taking his gun to the house of his relatives. Mr. Laxton hid the evidence of his crime. It is the subsequent actions of Mr. Laxton and Mr. King that determine the degree of the crime in my view. Any reasonable person who discovered that they nearly shot another person by accident would have displayed some sort of shock or horror. None of that exists in this case. Had Mr. Laxton and Mr. King

4

been apologetic when they discovered Mr. & Mrs. Parsons were in their line of fire after the fact or shown some sort of remorse or regret for what could have resulted in the death of the Parsons, it could have been argued that Mr. Laxton had only committed aggravated assault and reckless endangerment. But that is not what occurs. What happens is that Mr. King tells Mr. Laxton to hide the weapon, then Mr. King retrieves his own gun from his truck, claiming the act of picking up his gun was self defense. The question remains as to why the actions of Mr. King were found by the court to be justified as self-defense while the actions of Mr. Parsons were not. Mr. Parsons cannot be guilty of any crime. There was not a word of remorse by either Mr. Laxton or Mr. King for the actions that could have resulted in murder of the Parsons and did result in the death of their dog. Throughout the proceedings, their lack of remorse tends to demonstrate intent to commit bodily harm if not murder, and Mr. King's intent to assist him.

[11] Now I turn my attention to Mr. Parsons. Simply put, a man who cries, "Stop shooting!" is using words of self-defense not aggression. It is clearly evident Mr. and Mrs. Parsons were in Mr. Laxton's line of fire, which renders all subsequent actions of Mr. Parsons to be that of self-defense. Under the law of self-defense even if Mr. Parsons could have returned fire and shot Mr. Laxton, [which he mercifully does not do, I might add, and both Mr. Laxton and Mr. King should be very grateful to Mr. Parsons for that] Mr. Parsons could not be guilty of a crime as he was acting in self-defense in response to a shooter shooting at him, his wife and his dog. [See paragraph 25 herein, Necessity Defense.] Further, Mr. Parsons confiscated Mr. Laxton's rifle as evidence and nothing more, which was prudent to do in this case as the evidence may have disappeared or could have been used by the perpetrator to further his crime. It has been noted Mr. King told Mr. Laxton to hide Mr. Laxton's rifle. Seizing a weapon from a perpetrator at a crime scene can not be deemed as "theft" under any circumstances. Also, Mr. King's actions of reaching for his cell phone instead of his pistol speaks of no imminent danger imposed upon him by Mr. Parsons therefore it was Mr. Parsons who was at all times material the true victim. Fundamentally speaking, due to the fact Mr. Laxton fired the first shot at Mr. and Mrs. Parsons, it should have been clear to law enforcement, judges, the Grand Jury, the trial jury and all those involved with this case Mr. Parsons was acting in self-defense. The fact Mr. Parsons was charged with false and malicious charges which can not in any way be misconstrued or judgment

5

wrested from actions of self-defense speaks of judicial misconduct, apprehension of bias, discrimination, perjury, fraud, conspiracy and collusion.

[12] Mr. Parsons had every right under law to protect himself by diffusing the danger and threat to himself, his wife, his pets and belongings caused by Mr. Laxton and Mr. King. Mr. Parsons is in the truest sense a hero and an example of courage and bravery, yet as the victim in this case, he was without cause made to suffer, without limiting the scope of his suffering; calumny, false accusation, slander, libel, false arrest, false prosecution, false conviction and false imprisonment, denial of due process, loss of income, loss of business, loss of dog, mental anguish, hardship, assault, pain and cruelty. I am satisfied that the actions Mr. Parsons took on September 24, 2007 was legally correct and in my view worthy of commendation and his suffering worthy of compensation.

[13]Out of an abundance of evidence and proofs of Mr. Parsons's innocence that were brought out in this case, particulars of which I will not reiterate except for Mr. Parsons's dog being found upon examination by the veterinarian and examiner to have no head or frontal bullet fragments or holes only bullet damage to the back which attests to fact that the claim with respect to the dog charging the state's witness, Mr. Laxton is a lie.

THE TRAVESTY OF JUSTICE:

[14] Mr. Parsons as a matter of federal and international law had an undeniable right to counsel. Quoting from the trial transcript at lines 18-10, pp. 2&3 Mr. Parson states that:

> ...I object to this Court taking me to trial today without counsel. Let the record reflect that I do not waive my right to counsel. 'We hold that no person may be deprived of his liberty who has been denied the assistance of counsel as guaranteed in the 6th Amendment. This holding is applicable to all criminal prosecutions including prosecutions for violations of municipal ordinances. The denial of assistance of counsel will preclude the imposition of a jail sentence. Under the rules we announce today every judge will know when the trial is a misdemeanor start that no imprisonment may be imposed even though local law permits it unless the accused is represented by counsel. He will have a measure of the sentences and gravity of the offenses and therefore, know when to name the lawyer to represent the accused before the trial starts. And this is *Argersinger v Hamlin*, 407U.S. 25th, 27th, 31st, 37th, 38th, 40th, of June 12, 1972. Your Honour, I do not waive my right to counsel as guaranteed by the 6th Amendment again.

Judge Walker erred in law by not providing Mr. Parsons an attorney after Mr. Parsons advised the court the previous court appointed attorney withdrew twice, two weeks before the trial date. In response Judge Walker abused his powers by compelling Ms. Mills to sit side chair or as "elbow counsel" to Mr. Parsons during the trial as

6

well as compelling Mr. Parsons to conduct his own trial. The travesty of justice that occurred at trial included the

following elements:

- a) Mr. Parsons a pro se litigant had to prepare an entire trial by himself in less than 2 weeks.

- b) Mr. Parsons was unable to give instruction to counsel because counsel would not speak to him.

- c) Mr. Parsons "elbow counsel" did not utter a word during the trial in Mr. Parsons's defense.

- d) Mr. Parsons was suing Ms. Mills, so Ms. Mills was in conflict of interest with respect to Mr. Parsons best interests.

- e) In consequence, Mr. Parsons conviction must be nullified because Mr. Parsons neither had counsel nor had waived the right to counsel.

- f) The trial court engaged in substantive judicial error by allowing the trial to proceed without effective counsel.

- g) It was unconscionable for the Tennessee Court of Appeal to not reverse Mr. Parsons's conviction based on the denial of due process rights to counsel in a matter where incarceration is at issue; this is a flagrant violation of USCA, AM 14 &6.

[15] In addition to the previously stated travesty of justice, both Judge Walker and Peeler were named in the civil

suit regarding election fraud by Mr. Parsons. They did not recuse themselves. Quoting again from the trial

transcript lines 25,1, pp. 14,15 Mr. Parson and Judge Walker state:

...And of course, now that there is a civil lawsuit against the judge, I would ask the judge to recuse yourself. I make that
motion now. Court: That request will be denied.

And again at trial transcript lines 11-18, p. 13 it reads:

And then we had the probable cause hearing in April, for which I asked Judge Peeler to recuse himself, citing the fact
that he, individually, ordered my arrest the date of the event via phone conversation with the officers, according to
eye witnesses who will testify to that effect and of course, myself, who was told that by officers at the scene."

These judicial indiscretions and improprieties are suspect. On the day of the shooting, Judge Peeler ordered Mr.

Parsons's arrest; creating a conflict of interest by subsequently ruling against Parsons at the probable cause

hearing, suggesting a set up and conspiracy by these two judges against Mr. Parsons; which is illegal and a

criminal offense, violating the laws of Tennessee and the US Constitution, rendering all their rulings against Mr.

Parsons void on their face. Judges Peeler and Walker engaged in judicial misconduct by not recusing themselves

7

due to a conflict of interest. Judges Walker and Peeler erred by seizing themselves with matters relating to Mr.

Parsons, abusing their authority over Mr. Parsons and control of this case.

[16] Mr. Parsons was repeatedly denied due process and his rights during this case which consequently resulted in

a miscarriage and travesty of justice. The majority of Mr. Parsons objections were denied when they ought not to

have been. For example, Mr. Parsons had rightful claim to the witnesses he chose found at trial transcript lines 24-

1 pp. 15,16 stating:

> Your Honour, I do not waive my right to compulsory process to subpoena a key witness, Dr. Tina Fisher, whose
> testimony is crucial to my case.

This right was wrongfully denied by the court along with several other times Mr. Parsons was denied his evidence.

[17] Deputies, sheriffs private investigators and other law enforcement personnel at the scene of the crime were

negligent and/or failed to take statements from either Mr. or Mrs. Parsons, and refused to investigate all the

evidence at the crime scene.

[18] At some point during the trial it was discovered that during the voir dire, jurors lied about their relationship

to the state's witnesses and officials, denying Mr. Parsons of an impartial jury; it was this same partial jury which

wrongfully convicted Mr. Parsons.

[19] I accept the 15 page Chronology of Mr. Parsons's in the form of a letter with a Nexus attached to it, as being

an accurate depiction of the denials of due process, violations, atrocities, cover ups and travesties of justice

suffered by him and his family and I therefore attach it hereto.

[20] There is ample evidence suggesting a collective motive to silence Mr. Parsons during the trial; a travesty of

justice done to frame, wrongfully convict and wrongfully imprison Mr. Parsons.

ERROR IN LAW:

[21] The Rule Book of all rule books states at Proverbs 17:15, "He that justifieth the wicked, and he that

condemneth the just, even they both are abomination to the Lord, " and at Zephaniah 3:3, "...her judges are

8

evening wolves; they gnaw not the bones till the morrow." This herein case is a prime example of a gross

miscarriage and travesty of justice which must be corrected and Mr. Parsons fully exonerated. The said judges,

district attorney and government employees involved with Mr. Parsons's had a vested interest in silencing Mr.

Parsons and preventing him from his civil claim against them which they eventually succeeded obtaining.

[22] The 6th Amendment of the *US Constitution* states:

> "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence."

In *Gideon v Wainwright,* 372 U.S. 355 (1963) rules that indigent defendants must be provided with counsel in **all**

felony cases, especially where incarceration is an issue as stated before in the American seminal case of

*Argersinger v Hamlin.* This 6th Amendment was violated during these proceedings by failure to provide Mr. Parsons

with effective counsel, by failure to order witnesses and allow evidence in his favor, and failure to provide Mr.

Parsons with an impartial jury therefore all 2007 convictions of Mr. Parsons are rendered a nullity and set aside.

[23] The 14th Amendment of the *US Constitution* states:

> Amendment XIV, Section 1.

> "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

Mr. Parsons was deprived of his liberty and property, without due process of law or equal protection of Law.

[24] Under the *Constitution of Tennessee*, Mr. Parsons was denied his rights as the victim in this case, whereat

section 35 states:

> "Section 35.

> To preserve and protect the rights of victims of crime to justice and due process, victims shall be entitled to the following basic rights:

> (a) The right to confer with the prosecution.

9

(b) The right to be free from intimidation, harassment and abuse throughout the criminal justice system.

(c) The right to be present at all proceedings where the defendant has the right to be present.

(d) The right to be heard, when relevant, at all critical stages of the criminal justice process as defined by the General Assembly.

(e) The right to be informed of all proceedings, and of the release, transfer or escape of the accused or convicted person.

(f) The right to a speedy trial or disposition and a prompt and final conclusion of the case after the conviction or sentence.

(g) The right to restitution from the offender.

(h) The right to be informed of each of the rights established for victims.

The General Assembly has the authority to enact substantive and procedural laws to define, implement, preserve and protect the rights guaranteed to victims by this section"

[25] In my view this is a classic case where the Tennessee laws of the Necessity of Self-Defense applies and is

quoted following:

"The Necessity Defense. Under Tennessee law, conduct that would otherwise be criminal is justified if it is immediately necessary to avoid imminent harm. Moreover, the need to avoid harm must outweigh the harm to society or the interests of others brought about through the defendant's act. T.C.A. § 39-11-609.

Self-Defense. The following statute set forth the defense of self-defense under Tennessee law. Note in particular the italicized provision, which represents an important change in the law.

A person is justified in threatening or using force against another person when and to the degree the person reasonably believes the force is immediately necessary to protect against the other's use or attempted use of unlawful force. The person must have a reasonable belief that there is an imminent danger of death or serious bodily injury. The danger creating the belief of imminent death or serious bodily injury must be real, or honestly believed to be real at the time, and must be founded upon reasonable grounds. There is no duty to retreat before a person threatens or uses force. [emphasis added]

Any person using force intended or likely to cause death or serious bodily injury within the person's own residence is presumed to have held a reasonable fear of imminent peril of death or serious bodily injury to self, family or a member of the household when that force is used against another person, not a member of the family or household, who unlawfully and forcibly enters or has unlawfully and forcibly entered the residence, and the person using the force knew or had reason to believe that an unlawful and forcible entry occurred.

The threat or use of force against another is not justified if the person consented to the exact force used or attempted by the other individual. The threat or use of force against another is not justified if the person provoked the other individual's use or attempted use of unlawful force, unless: The person abandons the encounter or clearly communicates to the other the intent to do so; and The other nevertheless continues or attempts to use unlawful force against the person. (e) The threat or use of force against another is not justified to resist a halt at a roadblock, arrest, search, or stop and frisk that the person knows is being made by a law enforcement officer, unless:

The law enforcement officer uses or attempts to use greater force than necessary to make the arrest, search, stop and frisk, or halt; and The person reasonably believes that the force is immediately necessary to protect against the law enforcement officer's use or attempted use of greater force than necessary. T.C.A. § 39-11-611.

10

In *State v. Renner* (1995), the Supreme Court expounded on an important recent change in Tennessee law as it relates to self-defense.

Birch, J. ...

Until recently, Tennessee has traditionally followed the common law "duty to retreat" rule. Under this rule, one is required to retreat, "if reasonably feasible, except in defense of one's home or habitation or in the discharge of official duty."

In 1989, the General Assembly added a "no duty to retreat" rule to the law of self-defense. ... With this enactment, Tennessee joined the majority of jurisdictions which adhere to the "true man" doctrine. ... Under the "true man" doctrine, one need not retreat from the threatened attack of another even though one may safely do so. Neither must one pause and consider whether a reasonable person might think it possible to safely flee rather than to attack and disable or kill the assailant.

... As in all cases of self-defense, the force used must be reasonable, considering all of the circumstances. Moreover, the "true man" rule implies no license for the initiation of a confrontation or an unreasonable escalation of a confrontation in progress.

Whether the "true man" rule applies in a particular case is a matter to be determined by the jury. The jury determines not only whether a confrontation has occurred, but also which person was the aggressor. It also decides whether the defendant's belief in imminent danger was reasonable, whether the force used was reasonable, and whether the defendant was without fault. ...

Related Defenses. In Tennessee, a person is also justified in using force against another person to defend a third person who is in immediate danger. T.C.A. § 39-11-612. One is also justified in using force to prevent a suicide of self-infliction of serious injury. T.C.A. § 39-11-613.

Protection of Property. Tennessee law permits a property owner to use force to prevent or terminate a trespass to land, but deadly force is not permitted. T.C.A. § 39-11-614. This extends to the use of devices, as long as they do not carry a substantial risk of causing death or serious bodily harm. T.C.A. § 39-11-616."

[26] Under the *Constitution of the Tsilhqot'in Nation* section 4-Bill of Rights1(a-q) states:

4-Bill of Rights:

1)      This CONSTITUTION OF THE T'SILHQOT'IN NATION guarantees and extends the following fundamental rights and freedoms and the right to not be deprived thereof, to people who elect to stand under this CONSTITUTION OF THE T'SILHQOT'IN NATION;

a)      The right to life, liberty, safety and happiness;
b)      The right to freedom of religion and conscience;
c)      The right to freedom of thought, belief, opinion, press and speech;
d)      The right to be treated fairly and equally at all times;
e)      The right to not be subjected to any abuse, discrimination, cruel or unusual punishment;
f)      The right to freedom of mobility, association, peaceful assembly;
g)      The right to vote, call a referendum, peaceful protest and voice grievances;
h)      The right to pursue a livelihood, own and advance property without oppressing others;
i)      The right to be free from corrupt, immoral and tyrannical practices, laws and rulings;
j)      The right to be free from crime and criminals;
k)      The right to be presumed innocent and treated as such, until proven guilty;

11

l)      The right to a speedy, just and fair trial;

m)     The right to choose family rehabilitation, family counseling and parental training in lieu of family
        separation;

n)      The right to personal rehabilitation, edification, alternative medicines, therapies;

o)      The right to be informed of the truth;

p)      The right to freedom from oppression, genocide, poisoned food, air, water, bodily harm;

CONCLUSION:

[27] For all the reasons above, it is hereby ordered  that Mr. Michael Wayne Parsons was wrongfully and falsely

charged and wrongfully and falsely convicted on counts of aggravated assault, burglary of a vehicle , theft by the

State of Tennessee.  The wrongful convictions are nullified and set aside and Mr. Parsons is fully exonerated

henceforth. I make a *Vancouver (City) v Ward*, 2010 SCC 27 ruling.  The State of Tennesssee is ordered to pay Mr.

Parsons $5000 per diem accrued for each day Mr. Parsons spent in incarceration with respect to the 2007

conviction.

[28] Mr. Parsons  is free to seek further relief and compensation for business loss,  aggravated and punitive

damages, and libel and slander. The 2007 felony conviction is to be expunged from Mr. Parsons's record. The

Appellees are to pay court costs to the Universal Supreme Court in the amount of $10,000.  The 2014 indictment

will be dealt with separately.

By the Court:

The Honourable Chief Justice
of the Universal Supreme Court

12




File No:U-15-6030;
W2010-02073-CCA-R3-CD;
Hearing Date: December 02, 2015

## IN THE UNIVERSAL SUPREME COURT
## OF THE T'SILHQOT'IN

Between:

Michael Wayne Parsons

Appellant

And:

State of Tennessee

Appellee

## AMENDED ORDER

Coming on before me on appealin the sovereign T'silhqot'in Territory under the authority of the *Constitution of the Tsilqhot'in Nation* is the wrongful conviction and wrongful prosecution matter of Mr. Michael Wayne Parsons therefore;

THIS COURT ORDERS that:

1. Mr. Michael Wayne Parsons's 2009 wrongful conviction of aggravated assault, burglary of a vehicle and theft is overturned and nullified.

2. Mr. Michael Wayne Parsons is fully exonerated from the 2009 wrongful conviction of aggravated assault, burglary of a vehicle and theft.

3. Mr. Michael Wayne Parsons is awarded compensation for his wrongful incarceration in the amount of $5000 per diem for each day he was incarcerated.

4. Mr. Michael Wayne Parsons's record, including NCIC records shall be expunged from the 2009 wrongful conviction of aggravated assault, burglary of a vehicle and theft, within 21 days of this order.

By the Court:

_____

The Honourable Chief Justice
of the Universal Supreme Court

[The 18 Jan. 2016 order is amended to correct the date of conviction.]



**TSILHQOT'IN LETTER OF DECLARATION:**

I, Hereditary Grand Chief Stanley Stump Senior of the sovereign Tsilhqot'in Nation have been voted by and recognized by the Tsilhqot'in people and surrounding tribal nations as the leader and representative of the collective Tsilhqot'in Nation and the Chilcotin National Congress, ruling and governing body for the Tsilhqot'in Nation pursuant to sections (6-8) of the *Constitution of the Tsilhqot'in Nation.*

The Tsilhqot'in National Government is a society of elected chiefs which on December 8, 2015 has been ordered by the Universal Supreme Court to be "dismantled and subsumed by the Chilcotin National Congress". Any prior negotiations done by the Tsilhqot'in National Government have no force or effect unless expressly stated in writing by me. Any and all false accusations against the Chilcotin National Congress being a rogue nation or group shall be prosecuted.

I, Hereditary Grand Chief Stanley Stump Senior of the Tsilhqot'in Nation do hereby assert my right to govern and speak on behalf of the collective Tsilhqot'in Nation and its people to world nations, courts, governments and people.

Declared this 6ᵗʰ Day of March 2016

Grand Chief Stanley Stump Sr.,
Hereditary Grand Chief,
Chilcotin National Congress



**CHILCOTIN NATIONAL CONGRESS**

No. 8296

---

### STATE OF TENNESSEE

Vs.

### MICHAEL WAYNE PARSONS

---

### NOTICE TO THE COURT

I, Hereditary Grand Chief Stanley Stump Sr. do hereby notice the Tennessee courts that the Chilcotin National Congress [CNC] has on December 13, 2015 determined that Michael Wayne Parsons is innocent of all charges and/or convictions brought by Tennessee. The Universal Supreme Court of the Tsilhqot'in has also exonerated and acquitted Tsilhqot'in Ambassador Associate Justice Michael Wayne Parsons; ordering his immediate release.

The aforementioned and his family have been welcomed and accepted by the Clan mothers of the sovereign Tsilhqot'in Nation and territory and are now citizens of the Tsilhqot'in Nation and territory, whereat they are free from any and all foreign oppressive measures against them, having no force and effect upon the welcomed family. The Chilcotin National Congress of Tsilhqot'in Nation is not nor ever has been part of Canada and therefore not subject to the laws of Canada.

As a citizen, diplomat and dignitary of the Tsilhqot'in Nation, Ambassador Associate Justice Michael Wayne Parsons is free from the jurisdiction of all Tennessee and US courts.

Therefore, it is incumbent on the courts of Tennessee to immediately release and set free Ambassador Associate Justice Michael Wayne Parsons from incarceration, from being held a hostage and political prisoner at the Tipton County Correctional Facility.

Dated: March 12, 2016

Signed: _____
Grand Chief Stanley Stump, Sr.
Hereditary Grand Chief,
Chilcotin National Congress

TO WHOM IT MAY CONCERN

MY HUSBAND Michael Parsons
HAS BEEN DENIED:

① THE RIGHT TO A NOTARY
② THE RIGHT TO COPIES TO
   MAIL WITH THIS HABEAS
   CORPUS form
③ ACCESS TO BE ABLE TO
   MAIL THIS PACKAGE

WHAT I HAVE DOES NOT CONTAIN
ALL OF THE ATTACHMENTS, BUT
HOPEFULLY HIS PACKAGE WAS
PLACED IN THE MAIL FROM
PHELPS COUNTY JAIL TODAY.

**RECEIVED**

FEB 1 5 2017

**CLERK**
**U.S. DISTRICT COURT**

Michael Parsons
9160 HWY64 Ste 12
Lakeland TN 38002





U.S. POSTAGE
PAID
MEMPHIS, TN
38134
FEB 13, 17
AMOUNT

**$14.75**

R2304M112581-11

1006

68102





CERTIFIED MAIL

7016 1970 0000 2719 4765



**PRIORITY** ★ MAIL ★   TRACKED ★★★ INSURED ★

**UNITED STATES POSTAL SERVICE**

For Domestic and International Use     Label 107R, May 2014

**RECEIVED**

FEB 1 5 2017

CLERK
U.S. DISTRICT COURT

U.S. District Court
Roman L. Hruska Federal Courthouse
111 South 19th Plaza
Omaha NE 68102