Pat Parsons

9160 HWY 64, Ste 12

Lakeland, TN 38002


U.S. District Court

Roman L. Hruska Federal Courthouse

111 South 18th Plaza

Suite 1152

Omaha, NE 68102


CASE # 8:17cv44

To whom it may concern;


I am writing to confirm that my husband, Michael Wayne Parsons was moved from Phelps County jail to Furnas County Jail on Monday February 13, 2017. The address to the Furnas County Jail is:


Furnas County Jail

912 Rst

Beaver City, NE 68926


Because they are denying him access to mail, any correspondence should be sent (or copied) to the above Lakeland address, or the jail staff may withhold his mail from him, keeping him from responding within any time restraints.


Regards,

*Pat Parsons* (signature)

Pat Parsons

RECEIVED

FEB 21 2017

CLERK
U.S. DISTRICT COURT

Pat Parsons
9160 Hwy 64 Ste 12
Lakeland TN 38002

MEMPHIS TN 380
16 FEB 2017 PM 3 L

RECEIVED
FEB 21 2017
CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
OMAHA NE 68102

68102-132277