22 February 2017

Ms. Clete Webster
1284 Mathis Road
Drummonds, Tn. 38023

Honorable Judge Kopf
Omaha, Nebraska

I come to you on behalf of my son Michael Wayne Parsons who was put into the Furnas County Jail when he landed at the Airport. He was transferred between Furnas and Phelps Counties several times. It seems that he was continually moved to prevent access to the Courts.

On 17 February 2017 Mike was transported to a Diagnostic Center in Lancaster County at 5:45 p.m. Mike always called his wife, Pat Parsons, to let her know he was ok. We were anxious that Mike had not called as he usually did. I called the Lincoln Correctional Center at 3216 West Van Dorn, Lincoln, Nebraska 68522 to be sure Mike had arrived safely. The Officer assured me that Mike was fine and in a safe keeper place #6230. I ask if I could talk with Mike and was told, No.

Today, I am told by my daughter-in-law, Pat, that the following actions had been inflicted upon my son. When Mike arrived at the Diagnostic Center, he was confronted by six men dressed in full body armor. They threw him down on the concrete floor, cutting his forehead and loosened his front teeth. They continued by cutting off all his clothing, injuring his shoulder, and then threw him into a shower.

The men who did the above told that Mike was combative. No such actions on his part had been exhibited ever before and certainly not on six men in full combat gear.

I am told that Mike is now and has been since 17 February 2017 in SOLITARY CONFINEMENT. He has extreme claustrophobia as I do.

Honorable Judge Kopf, if you can assist in this extreme travesty of Justice, please do so.

Very respectfully,


Clete Webster, Mike Parson's mother.
901 837 8420 Home
901 604 1565 Cell

RECEIVED
MAR 13 2017
CLERK
U.S. DISTRICT COURT