Pat Parsons
9160 HWY 64, Ste 12
Lakeland, TN 38002

U.S. District Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

RECEIVED
MAR 13 2017
CLERK
U.S. DISTRICT COURT

CASE # 8:17cv44

Honorable Judge Kopf;

I am writing to inform you of the treatment that my husband, Michael Wayne Parsons has received at Lincoln Correctional Center. On Friday 2-17-17 at 5:45pm, I received a call from Mr. Parsons informing me that he was being moved from Furnas County Jail to Lincoln. It took us until around midday on Sunday to determine that he was at Lincoln County Center. Normally, Mr. Parsons would call me to notify me of his location. When I asked why he was not allowed to call me to let me know where he was, the gentleman who answered the phone said that there were behavioral issues when Mr. Parsons arrived. This made absolutely no sense to me. Mr. Parsons has no behavioral issues. He has always been Yes/No, Sir/Ma'am, thank you, please to institution employees. I was worried that he was either beaten, drugged, or poisoned in transit from Furnas and that was why I had not heard from him. After sharing my concerns with a friend, it was suggested that I call the Attorney General's office.

I called the AG's office at 8:45am Wednesday, February 22, 2017 and told the woman who answered the phone of my concerns. She directed me to call Tammy Kluver, the Public Information Officer at LCC. I called Ms. Kluver and left a voice message at 9:00am, Wednesday. At 9:13am I received a short call from Mr. Parsons. Mr. Parsons told me that he had arrived at LCC on Friday evening 2-17-17 at about 9:00pm. He said that 6 men in body armor surrounded him and threw him on the concrete floor. He sustained a cut on his forehead, his front teeth are now loose and his shoulder is damaged. They then cut his clothes off, hogtied him and threw him in the shower. His has been placed in solitary confinement, although Corporal Cooper on Monday, February 20, 2017 told me that he was in segregation, but with other men although not in general population. This treatment of a human being is inhumane and cruel.

Mr. Parsons is an innocent man who was railroaded by corrupt officials here in Tipton County Tennessee. He has never hurt anyone and he is being treated as though he was a mass murderer or worse. He has been separated from his legal papers that he was trying to file with his Writ of Habeas Corpus. Officials at Phelps County Jail and Furnas County Jail deliberately tried to keep him from getting copies to the U.S. District Court and have

denied him the ability to mail filings to the Court. He is being completely denied his right to Due Process.

I fear for my husband's life at this point. No one deserves to be treated in such a manner.

Regards,

Pat Parsons

Pat Parsons
9160 HWY 64 Ste 12
Lakeland TN 38002

RECEIVED

MAR 1 0 2017

CLERK
US DISTRICT COURT

MEMPHIS TN 381
22 FEB 2017 PM 6 L

Judge Kopf
U.S. District Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha NE 68102

681 0291322