Pat Parsons
9160 HWY 64, Ste 12
Lakeland, TN 38002

U.S. District Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

CASE # 8:17cv44

To whom it may concern;

I am writing to confirm that my husband, Michael Wayne Parsons was moved from Lincoln Correctional Center. Mr. Parsons called me at 10:49PM on Tuesday March 28, 2017 to let me know after an 8 day trip across the country that he was now at Tipton County Correctional Facility. Mr. Parsons is now at:

Tipton County Correctional Facility
1801 South College Street, Suite 106
Covington, TN 38019

Regards,

*[signature]*

Pat Parsons

RECEIVED
APR 8 - 2017
CLERK
U.S. DISTRICT COURT

Pat Parsons
9160 HWY 64, Ste 12
Lakeland TN 38002



RECEIVED
APR 3 - 2017
CLERK
U.S. DISTRICT COURT

US District Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha NE 68102