IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL WAYNE PARSONS, A Live Man, Amabassador, Tsilhqot in Nation Tribal Member, Associate Chief Justice Universal Supreme Court, Tsilhqot In Under Duress without Prejudice;<br><br>              Petitioner,<br><br>   vs.<br><br>ANNE PAINE, Furnas County Judge; PENNY GREGG, Phelps County Jail LT; KURT KAPPERMAN, Sheriff, Furnas County NEB; and JOSEPH H. WALKERIII, Tipton County Judge;<br><br>             Respondents. | 8:17CV44<br><br>**JUDGMENT** |

     Pursuant to the Memorandum and Order entered this date, the Petition for Writ of Habeas Corpus is dismissed with prejudice, and the court will not issue a certificate of appealability in this matter.

     Dated this 7th day of April, 2017.

                                               BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               Senior United States District Judge